# EXHIBIT A

Evidence of Use Regarding Infringement of U.S. Patent No. 7,310,537

| Claim 26 | Sierra Wireless |
|---|---|
| 26. A station, comprising: | Sierra Wireless makes, uses, tests, sells, offers for sale, and/or imports a mobile subscriber station (MSS) such as 5G compatible devices including but not limited to, AirLink 5G routers (XR90, XR80, EX400, XR60, MG90, RX400), EM series 5G modules (EM8695, EM9293, EM9291, EM9295, EM9190, EM9191), Semtech PerSe Connect Product Line (SX9340, SX9376), IoT Modules (HL7900), IoT 5G Modems (FX86E), Semtech Antennas, etc., which practices Claim 26.<br><br>Sierra Wireless 5G device is a station.<br><br>SIERRA WIRELESS IS NOW SEMTECH®<br><br>**AirLink® XR90 – High-Performance Dual 5G Vehicle Router**<br><br>Designed for mission-critical connectivity, the AirLink® XR90 delivers unmatched performance for public safety, transit, and mobile fleets. Powered by dual 5G cellular radios and dual independent 4×4 MU-MIMO Wi-Fi 6, it provides resilient, high-speed connectivity virtually anytime, anywhere, while reducing maintenance costs with ALMS Out-of-Band Management. |

1

| Claim 26 | Sierra Wireless |
|---|---|
|  | **AirLink® XR90 – Router Specifications**  Print Specs  Download Specs → <br><br>**KEY FEATURES**<br><br>Cellular Radios — Single 5G (Gen1) or Dual 5G (Gen1 & Gen2) / LPWA for ALMS Out of Band Management<br>Wi-Fi — Dual 4×4 MU MIMO Wi-Fi 6<br>Ethernet — Single 5G: 3x Gigabit, 1x 5 Gigabit Ethernet Port / Dual 5G: 4x Gigabit, 1x 5 Gigabit Ethernet Port<br>Serial — Single/Dual RS-232 (DB9) with optional cables<br>GNSS — 48 Channel GNSS with Dead Reckoning<br>CAN — CAN bus/OBD-II (J1979)/J1939<br><br>(https://www.sierrawireless.com/router-solutions/xr90/#applications) |

2

| Claim 26 | Sierra Wireless |
|---|---|
|  | **AirLink® XR80 5G LTE Router for Fixed and Mobile Applications**<br><br>**High Performance Multi-Network 5G /Wi-Fi 6 Router**<br><br>The supercharged AirLink® XR80 5G LTE router is optimized for fixed and mobile applications. The available dual-5G cellular radio and 5×4 MU-MIMO Wi-Fi 6 deliver the flexibility expected from a high-performance vehicle and industrial 5G router with customized configurations. The AirLink XR80 supports complete device-to-cloud security, reduces total cost of ownership with ALMS Out-of-Band management, and, with its cartridge-based design, enables long-term expandability and upgradability for critical mobile and industrial deployments.<br><br> |

3

| Claim 26 | Sierra Wireless |
|---|---|
| | **AirLink® XR80 – Router Specifications** 🖶 Print Specs   Download Specs → <br><br> **KEY FEATURES** <br><br> Cellular Radios — 5G/LTE Cat-20 / LPWA for ALMS Out of Band Management <br> Wi-Fi — 5×4 MU MIMO Wi-Fi 6 (Wi-Fi variants) <br> Ethernet — Single 5G: 3x RJ45 (2×1 Gbps + 1×5 Gbps) / Dual 5G: 4x RJ45 (3×1 Gbps + 1×5 Gbps) <br> Serial — Single/Dual RS-232 (DB9) with optional cables <br> GNSS — 48 Channel GNSS with Dead Reckoning <br> CAN — CAN bus/OBD-II (J1979)/J1939 <br><br> (https://www.sierrawireless.com/router-solutions/xr80/#specs) <br><br> **AirLink® EX400 5G RedCap Router** <br><br> **Right-Sized 5G RedCap Connectivity Engineered for Commercial IoT** <br><br> NEW-GEN  Ultra-low Power 5G <br><br> The AirLink EX400 reliably connects IoT assets across retail, manufacturing, and agricultural operations—delivering right-sized performance and 5G longevity without the complexity and premium costs of full-scale 5G solutions. Optimized throughput and semi-rugged design meet commercial IoT requirements, while full 5G RedCap and LTE support protects connectivity investments. <br><br> Built on Semtech's 30+ years of field-proven cellular expertise with defense-in-depth security and cloud management that simplifies operations across distributed locations. <br><br> SEMTECH® |

4

| Claim 26 | Sierra Wireless |
|---|---|
| | **AirLink® EX400 – Router Specifications**  🖶 Print Specs   → Download Specs <br><br> **KEY FEATURES** <br><br> Cellular Radios — 5G RedCap (Reduced Capability) <br> Wi-Fi — Single 1×1 MIMO Wi-Fi 6 (Optional) <br> Ethernet — Dual Ethernet (1 Gbps) <br> Serial — – <br> GNSS — Dual-band GNSS <br> CAN — – <br> I/O — 1 GPIO <br><br> (https://www.sierrawireless.com/router-solutions/ex400/#specs) |

| Claim 26 | Sierra Wireless |
|---|---|
| | ## AirLink® XR60<br>## Ultra-compact Rugged 5G and Wi-Fi 6 Cellular Router<br><br>The AirLink® XR60 is an ultra-compact, rugged 5G cellular router designed to deliver reliable, high-performance 5G and Wi-Fi 6 connectivity in space-constrained and harsh environments — from tight industrial enclosures to fast-moving vehicles.<br><br>Built for mission-critical applications, the XR60 supports advanced networking features, private network integration, and edge computing capabilities, enabling mission-critical organizations to future-proof their connectivity and accelerate digital transformation.<br><br>With AirLink Complete, the XR60 offers 5 years of hardware warranty, technical support, and secure remote management to keep your network online and optimized.<br><br> |

| Claim 26 | Sierra Wireless |
|---|---|
|  | **AirLink® XR60 – Router Specifications** 🖶Print Specs   Download Specs → <br><br>**KEY FEATURES** <br><br> Cellular Radios — 5G <br> Wi-Fi — 2×2 MIMO Wi-Fi 6 (Optional) <br> Ethernet — 1 x Ethernet RJ45 (1 Gbps) – Single Serial/Single Ethernet variant / 2 x Ethernet RJ45 (1×1 Gbps + 1×5 Gbps) – Dual Ethernet variant <br> Serial — Dual RS-232/485 (Serial/Ethernet variant) <br> GNSS — Dual-band 40 Channel GNSS <br> CAN — – <br> I/O — 1 GPIO <br><br> (https://www.sierrawireless.com/router-solutions/xr60/#specs) <br><br> **AirLink® MG90 5G** <br><br> **High Performance Multi-Network 5G/ Wi-Fi 5 Router** <br><br> The AirLink® MG90 is purpose built for transit, rail and first responders with dual-Cellular radios and dual Gigabit Wi-Fi delivering always-on connectivity with extensions to Land Mobile Radio (LMR) and satellite systems. |

7

Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 7,310,537

| Claim 26 | Sierra Wireless |
|---|---|
| | **AirLink® MG90 – Router Specifications** 🖶 Print Specs<br><br>**KEY FEATURES / MG90 5G 4×4 Global / MG90 DUAL 5G 2×2 Global / MG90 LTE-A Pro NAM / MG90 DUAL LTE-A Pro NAM / MG90 LTE-A Pro Global / MG90 DUAL LTE-A Pro Global** (see table below)<br><br>([https://www.sierrawireless.com/router-solutions/mg90/#services](https://www.sierrawireless.com/router-solutions/mg90/#services)) |

| KEY FEATURES | MG90 5G 4×4 Global / MG90 DUAL 5G 2×2 Global | MG90 LTE-A Pro NAM / MG90 DUAL LTE-A Pro NAM | MG90 LTE-A Pro Global / MG90 DUAL LTE-A Pro Global |
|---|---|---|---|
| Cellular Radios | 5G | LTE-A Pro | LTE-A Pro |
| Wi-Fi | Dual 3×3 Wi-Fi 5 | Dual 3×3 Wi-Fi 5 | Dual 3×3 Wi-Fi 5 |
| Ethernet | 5x Gigabit Ethernet Port (RJ45) | 5x Gigabit Ethernet Port (RJ45) | 5x Gigabit Ethernet Port (RJ45) |
| Serial | Single RS-232 serial port (DB9) | Single RS-232 serial port (DB9) | Single RS-232 serial port (DB9) |
| GNSS | 48 Channel GNSS with Dead Reckoning | 48 Channel GNSS with Dead Reckoning | 48 Channel GNSS with Dead Reckoning |
| CAN | CAN bus/OBD-II (J1939/J1708) (optional cable) | CAN bus/OBD-II (J1939/J1708) (optional cable) | CAN bus/OBD-II (J1939/J1708) (optional cable) |
| I/O | 5 GPIO | 5 GPIO | 5 GPIO |

8

| Claim 26 | Sierra Wireless |
|---|---|
|  | **AirLink® RX400 5G RedCap Router**<br><br>**Industry's Most Power-Efficient Rugged 5G RedCap Router\***<br><br>NEW-GEN — Ultra-low Power 5G<br><br>Anterix ACTIVE<br><br>Purpose-built for critical infrastructure, the rugged RX400 combines right-sized 5G RedCap connectivity with industry-leading power efficiency to bring 5G to extreme environments— even where only solar power is available.<br><br>With 5G RedCap and LTE support, built-in serial, edge computing capabilities and private networking support, utilities, oil & gas organizations, and cities can modernize aging infrastructure today while enabling future-ready communications. Delivered with defense-in-depth security from 30+ years of field-proven expertise.<br><br>**AirLink® RX400 – Router Specifications**  🖨 Print Specs   → Download Specs<br><br>**KEY FEATURES**<br><br>| Cellular Radios | 5G RedCap (Reduced Capability) |<br>|---|---|<br>| Wi-Fi | Single 1×1 MIMO Wi-Fi 6 (Optional) |<br>| Ethernet | Single Ethernet (1 Gbps) |<br>| Serial | Single/Dual RS-232 |<br>| GNSS | Dual-band GNSS |<br><br>(https://www.sierrawireless.com/router-solutions/rx400/#applications) |

9

Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 7,310,537

| Claim 26 | Sierra Wireless |
|---|---|
| |  (https://www.sierrawireless.com/iot-modules/5g-modules/em8695-5g-redcap-module/) |

10

| Claim 26 | Sierra Wireless |
|---|---|
| |  (https://www.sierrawireless.com/iot-modules/5g-modules/em9190/) |

Case 2:26-cv-00263    Document 1-1    Filed 03/31/26    Page 12 of 75 PageID #:  42

11

Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 7,310,537

| Claim 26 | Sierra Wireless |
| --- | --- |
| |  |

| Claim 26 | Sierra Wireless |
|---|---|
|  |  (https://www.sierrawireless.com/iot-modules/5g-modules/em9293/) |

| Claim 26 | Sierra Wireless |
|---|---|
| |  (https://www.sierrawireless.com/iot-modules/5g-modules/em9291/) |

14

| Claim 26 | Sierra Wireless |
|---|---|
|  |  (https://www.sierrawireless.com/router-solutions/antennas/#xr90) |

| Claim 26 | Sierra Wireless |
|---|---|
|  | **Semtech Antenna – 9-in-1 Dual Sharkfin**<br><br>The 9-in-1 Dual Sharkfin is a specialized antenna solution engineered and certified for AirLink XR90 mobility applications.<br><br>The antenna has a sleek sharkfin-style housing featuring a 4x4 MiMo for 4G/5G (617-6000MHz), dual-band 2.5/5GHz Wi-Fi, and GNSS with an integrated gain 26dB LNA for optimized performance.<br><br>**Specification**<br><br>PART NO.: 6001442 (Black)/6001501 (White)<br><br>ELECTRICAL DATA<br><br>Frequency Range — 4G/5G Elements: 617-960MHz / 1427-6000MHz; Wi-Fi Elements: 2.4/5-6GHz<br><br>Peak gain: Isotropic* — 4G/5G Elements: 617-960MHz 3.9dBi, 1427-4200MHz 6.4dBi, 4200-6000MHz 6.7dBi; Wi-Fi Elements: 2.4 GHz 4.3dBi, 5GHz 7.2dBi<br><br>Isolation* — 4G/5G Elements: 617-960MHz ≥7dB, 1427-6000MHz ≥ 16dB; Wi-Fi Elements: 2.4/5GHz ≥17dB<br><br>(https://www.sierrawireless.com/wp-content/uploads/2024/11/S-Datasheet-Antenna-9in1-Dual-Sharkfin-Nov2024-F.pdf  p. 1) |

16

| Claim 26 | Sierra Wireless |
|---|---|
| | ![5-in-1 Dual Sharkfin antenna — For Mobile Applications, 4m/13.12ft Cable Length, 4 x Cellular, GNSS, Download Datasheet]<br><br>(https://www.sierrawireless.com/router-solutions/antennas/#xr90) |

17

| Claim 26 | Sierra Wireless |
|---|---|
|  | **Semtech Antenna – 5-in-1 Dual Sharkfin for XR80 and XR90**<br><br>The 5-in-1 Dual Sharkfin is a specialized  antenna solution engineered and certified for AirLink® XR80 mobility applications.<br><br>The antenna has a sleek sharkfin-style housing featuring a 4x4 MiMo for 4G/5G (617-6000MHz) and GNSS with an integrated gain 26dB LNA for optimized performance.<br><br>**Specification**<br><br>PART NO. — 6001446 (Black)/6001524 (White)<br><br>ELECTRICAL DATA<br>Frequency Range — 4G/5G Elements — 617-960MHz / 1427-6000MHz<br>Peak gain: Isotropic* — 4G/5G Elements — 617-960MHz 4.2dBi / 1427-6000MHz 7.1dBi<br>Isolation* — 4G/5G Elements — 617-960MHz ≥7dB / 1427-6000MHz ≥ 16dB<br>Typical Efficiency — 4G/5G Elements — 617-960MHz 61% / 1427-6000MHz 71%<br>Correlation Co-efficient — 4G/5G Elements — <0.25<br>Pattern — Omni-directional<br><br>(https://www.sierrawireless.com/wp-content/uploads/2024/11/S-Datasheet-Antenna-5in1-Dual-Sharkfin-XR80-and-XR90-Nov2024-F.pdf  p. 1) |

| Claim 26 | Sierra Wireless |
|---|---|
|  | <br>(https://www.sierrawireless.com/router-solutions/antennas/#xr90) |

| Claim 26 | Sierra Wireless |
| --- | --- |
|  | **Sierra Wireless Antenna – 9-in-1 Dome**<br><br>The 9-in-1 Dome is a custom 5G single antenna solution for the AirLink XR90, tested and certified for mobile applications.<br><br>The antenna has a low-profile design that contains nine isolated high-performance antenna elements in a single housing for optimal coverage; four ultra-wideband elements spanning 617-6000MHz; a high performance GNSS antenna with an integrated 26dB gain LNA; and 4x4 MIMO dual band 2.4/5GHz Wi-Fi elements.<br><br>**Specification**<br><br>PART NO.<br>6001399 (Black)/6001400 (White)<br><br>ELECTRICAL DATA<br><br>Frequency Range — 4G/5G Elements: 617-960MHz / 1710-6000MHz; Wi-Fi Elements: 2.4/4.9-6GHz<br><br>Peak gain: Isotropic* — 4G/5G Elements: 617-960MHz 4dBi, 1710-3800MHz 6dBi, 4900-6000MHz 6dBi; Wi-Fi Elements: 2.4 GHz 5dBi, 4.9-6.0GHz 7dBi<br><br>Isolation* — 4G/5G Elements: > 10dBm; Wi-Fi Elements: > 12dBm<br><br>(https://www.sierrawireless.com/wp-content/uploads/2025/01/S-Datasheet-Antenna-9in1-Dome-2024-1.pdf  p. 1) |

| Claim 26 | Sierra Wireless |
|---|---|
|  | <br><br>(https://www.sierrawireless.com/router-solutions/antennas/#xr90) |

| Claim 26 | Sierra Wireless |
|---|---|
|  | **Semtech Antenna – 5-in-1 Dome 5G**<br><br>The 5-in-1 Dome is a 5G single antenna solution for the AirLink XR80/90 second radio. Tested and certified for mobile and fixed application.<br><br>The antenna has a low-profile design that contains five isolated high-performance antenna elements in a single housing for optimal coverage, four ultra-wideband elements spanning 617-6000MHz, and a high performance GNSS antenna with an integrated 26dB gain LNA. This antenna is ideally suited to pair with XP (XR 5G cartridge).<br><br>**Specification**<br><br>PART NO.<br>6001443 (Black)/6001445 (White)<br><br>ELECTRICAL DATA<br><br>Frequency Range — 4G/5G Elements — 617-960MHz / 1710-6000MHz<br><br>Peak gain: Isotropic* — 4G/5G Elements — 617-960MHz 4dBi / 1710-3800MHz 6dBi / 4900-6000MHz 6dBi<br><br>Isolation* — 4G/5G Elements — > 10dBm<br><br>Typical Efficiency — 4G/5G Elements — 617-960MHz >50% / 1710-3800MHz >60% / 4900-6000MHz >35%<br><br>(https://www.sierrawireless.com/wp-content/uploads/2025/01/S-Datasheet-Antenna-5in1-Dome-5G-2024-1-1.pdf p. 1) |

| Claim 26 | Sierra Wireless |
|---|---|
|  |  (https://www.sierrawireless.com/router-solutions/antennas/#xr90) |

| Claim 26 | Sierra Wireless |
|---|---|
| | **Semtech Antenna – 5-in-1 Flat Panel for XR80 and XR90**<br><br>The 5-in-1 Flat Panel antenna solution engineered and certified for AirLink® XR80/90 fixed/mobility applications.<br><br>The antenna features 4x4 MIMO supporting 4G/5G bands covering from 617 - 6000 MHz, along with high-performance GNSS.<br><br>**Specification**<br><br>PART NO.<br>6001432 (Black)<br><br>ELECTRICAL DATA<br>Frequency Range — 4G/5G Elements — 617-960MHz / 1427-6000MHz<br>Peak gain: Isotropic* — 4G/5G Elements — 617-960MHz 3.38dBi / 1427-6000MHz 4.76dBi<br>Isolation* — 4G/5G Elements — 617-960MHz ≥10dB / 1427-6000MHz ≥13dB<br>Typical Efficiency — 4G/5G Elements — 617-960MHz 40% / 1427-6000MHz 49%<br>Pattern — Omni-directional<br>Impedance — 50Ω<br><br>(https://www.sierrawireless.com/wp-content/uploads/2023/12/S-Datasheet-Antenna-5in1-Flat-Panel-for-XR80-and-XR90-Dec2023-F-1.pdf p. 1) |

| Claim 26 | Sierra Wireless |
|---|---|
| |  (https://www.sierrawireless.com/router-solutions/antennas/#xr80) |

| Claim 26 | Sierra Wireless |
|---|---|
| | **Semtech Antenna – 10-in-1 Dual Sharkfin**<br><br>The 10-in-1 Dual Sharkfin is a specialized antenna solution engineered and certified for AirLink XR80 mobility applications.<br><br>The antenna has a sleek sharkfin-style housing featuring a 4x4 MiMo for 4G/5G (617-6000MHz), dual-band 2.5/5GHz Wi-Fi, and GNSS with an integrated gain 26dB LNA for optimized performance.<br><br>**Specification**<br><br>PART NO.: 6001444 (Black)/6001500 (White)<br><br>**ELECTRICAL DATA**<br><br>Frequency Range — 4G/5G Elements: 617-960MHz / 1427-6000MHz; Wi-Fi Elements: 2.4/5GHz<br><br>Peak gain: Isotropic* — 4G/5G Elements: 617-960MHz 3.9dBi, 1427-4200MHz 6.4dBi, 4200-6000MHz 6.7dBi; Wi-Fi Elements: 2.4 GHz 5.1dBi, 5GHz 7.2dBi<br><br>Isolation* — 4G/5G Elements: 617-960MHz ≥7dB, 1427-6000MHz ≥ 16dB; Wi-Fi Elements: 2.4/5GHz ≥17dB<br><br>(https://www.sierrawireless.com/wp-content/uploads/2024/11/S-Datasheet-Antenna-10in1-Dual-Sharkfin-Nov2024-F.pdf p. 1) |

| Claim 26 | Sierra Wireless |
|---|---|
|  | **10-in-1 Dome**<br>For Mobile Applications<br>5m/16.4ft Cable Length<br>4 x Cellular<br>GNSS<br>5 x Wi-Fi<br>**Download Datasheet** →<br><br>([https://www.sierrawireless.com/router-solutions/antennas/#xr80](https://www.sierrawireless.com/router-solutions/antennas/#xr80)) |

Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 7,310,537

| Claim 26 | Sierra Wireless |
| --- | --- |
| | **Semtech Antenna – 10-in-1 Dome**<br><br>The 10-in-1 Dome is a custom 5G single antenna solution for the AirLink XR80, tested and certified for mobile and fixed application.<br><br>The antenna has a low-profile design that contains ten isolated high-performance antenna elements in a single housing for optimal coverage; four ultra-wideband elements spanning 617-6000MHz; a high performance GNSS antenna with an integrated 26dB gain LNA; and 5x5 MIMO dual band 2.4/5GHz Wi-Fi elements.<br><br>**Specification**<br><br>PART NO.<br>6001354 (Black)/6001355 (White)<br><br>ELECTRICAL DATA<br><br>Frequency Range: 4G/5G Elements — 617-960MHz / 1710-6000MHz; Wi-Fi Elements — 2.4/4.9-6GHz<br><br>Peak gain: Isotropic* — 4G/5G Elements: 617-960MHz 4dBi, 1710-3800MHz 6dBi, 4900-6000MHz 6dBi; Wi-Fi Elements: 2.4 GHz 5dBi, 4.9-6.0GHz 7dBi<br><br>Isolation* — 4G/5G Elements > 10dBm; Wi-Fi Elements > 12dBm<br><br>(https://www.sierrawireless.com/wp-content/uploads/2025/01/S-Datasheet-Antenna-10in1-Dome-2024-1.pdf p. 1) |

28

Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 7,310,537

| Claim 26 | Sierra Wireless |
|---|---|
|  | <br><br>(https://www.sierrawireless.com/router-solutions/antennas/#xr60) |

29

| Claim 26 | Sierra Wireless |
|---|---|
|  | **Semtech Antenna – 7-in-1 Dual Sharkfin for XR60**<br><br>The 7-in-1 Dual Sharkfin is a specialized antenna solution engineered and certified for AirLink® XR60 mobility applications.<br><br>The antenna has a sleek sharkfin-style housing featuring a 4x4 MiMo for 4G/5G (617-6000MHz), dual-band 2.5/5GHz Wi-Fi, and an active L1/L5 GPS/GNSS antenna.<br><br>**Specification**<br><br>PART NO. — 6001511(Black)/6001525(White)<br><br>ELECTRICAL DATA<br>Frequency Range: 4G/5G Elements 617–960MHz / 1427–6000MHz; Wi-Fi Elements 2.4/5GHz<br>Peak gain: Isotropic*: 4G/5G Elements 617–960MHz 4.2dBi, 1427–6000MHz 7.1dBi; Wi-Fi Elements 2.4GHz 4.6dBi, 5.15-7.125GHz 8.2dBi<br>Isolation*: 4G/5G Elements 617–960MHz ≥7dB, 1427–6000MHz ≥ 16dB; Wi-Fi Elements 2.4/5GHz ≥20dB<br><br>(https://www.sierrawireless.com/wp-content/uploads/2024/02/S-Datasheet-Antenna-7in1-Dual-Sharkfin-for-XR60-Feb2024-F.pdf p. 1) |

30

| Claim 26 | Sierra Wireless |
|---|---|
| | <br>7-in-1 Reef Sharkfin<br>For Mobile Applications<br>4m/13.12ft Cable Length<br>4 x Cellular<br>GNSS<br>2 x Wi-Fi<br>Download Datasheet →<br><br>(https://www.sierrawireless.com/router-solutions/antennas/#xr60) |

31

| Claim 26 | Sierra Wireless |
|---|---|
| | **Semtech Antenna – 7-in-1 Reef Sharkfin for XR60** <br><br> The 7-in-1 Reef Sharkfin is a specialized antenna solution engineered and certified for AirLink® XR60 mobility applications. <br><br> The antenna has a sleek sharkfin design with discrete low profile housing featuring a 4x4 MiMo for 4G/5G (617-6000MHz), dual-band 2.5/5GHz Wi-Fi, and an active L1/L5 GPS/GNSS antenna. <br><br> **Specification** <br><br> PART NO. — 6001545(Black) <br><br> ELECTRICAL DATA <br> Frequency Range — 4G/5G Elements: 617–960MHz / 1427–6000MHz; Wi-Fi Elements: 2.4/5GHz <br><br> Peak gain: Isotropic* — 4G/5G Elements: 617–960MHz 4dBi, 1427–6000MHz 6.4dBi; Wi-Fi Elements: 2.4GHz 3.3dBi, 5.15–7.125GHz 6.1dBi <br><br> Isolation* — 4G/5G Elements: 617–698MHz ≥4dB, 698–960MHz ≥6dB, 1427–6000MHz ≥12dB; Wi-Fi Elements: 2.4/5GHz >30dB <br><br> (https://www.sierrawireless.com/wp-content/uploads/2024/11/S-Datasheet-Antenna-7in1-Reef-Sharkfin-for-XR60-Oct2024-F-1.pdf p. 1) |

| Claim 26 | Sierra Wireless |
|---|---|
|  |  ([https://www.sierrawireless.com/router-solutions/antennas/#xr60](https://www.sierrawireless.com/router-solutions/antennas/#xr60)) |

| Claim 26 | Sierra Wireless |
|---|---|
|  | **Semtech Antenna –5-in-1 Reef Sharkfin for XR60**<br><br>The 5-in-1 Reef Sharkfin is a specialized antenna solution engineered and certified for AirLink® XR60 mobility applications.<br><br>The antenna has a sleek sharkfin design with discrete low profile housing featuring a 4x4 MiMo for 4G/5G (617-6000MHz), and an active L1/L5 GPS/GNSS antenna.<br><br><br><br>(https://www.sierrawireless.com/wp-content/uploads/2024/11/S-Datasheet-Antenna-5in1-Reef-Sharkfin-for-XR60-Oct2024-1.pdf p. 1) |

Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 7,310,537

| Claim 26 | Sierra Wireless |
|---|---|
| | <br><br>(https://www.sierrawireless.com/router-solutions/antennas/#xr60) |

35

| Claim 26 | Sierra Wireless |
|---|---|
|  | **Semtech Antenna – 7-in-1 Industrial for XR60**<br><br>The 7-in-1 Industrial antenna is a specialized antenna solution engineered and certified for AirLink® XR60 fixed applications.<br><br>The antenna has a low profile housing featuring a 4x4 MiMo for 4G/5G (617 - 4200MHz), dual-band 2.5/5GHz Wi-Fi, and an active L1/L5 GPS/GNSS antenna.<br><br>**Specification**<br><br>PART NO.<br><br>6001517 (Black)<br><br>ELECTRICAL DATA<br><br>Frequency Range — 4G/5G Elements: 617-960 / 1427-4200MHz — Wi-Fi Elements: 2.4/5GHz<br><br>Peak gain: Isotropic* — 4G/5G Elements: 617-960MHz 1.9dBi, 1427-4200MHz 6.3dBi — Wi-Fi Elements: 2.4GHz 3.6dBi, 5.15-7.125GHz 6.7dBi<br><br>Isolation* — 4G/5G Elements: 617-960MHz ≥6dB, 1427-4200MHz ≥12dB — Wi-Fi Elements: 2.4/5GHz >25dB<br><br>(https://www.sierrawireless.com/wp-content/uploads/2024/01/S-Datasheet-Antenna-7in1-Industrial-for-XR60-Jan2024.pdf p. 1) |

36

| Claim 26 | Sierra Wireless |
|---|---|
|  | <br><br>([https://www.sierrawireless.com/router-solutions/antennas/#xr60](https://www.sierrawireless.com/router-solutions/antennas/#xr60)) |

| Claim 26 | Sierra Wireless |
|---|---|
|  | **Semtech Antenna – 5-in-1 Industrial for XR60**<br><br>The 5-in-1 Industrial is a specialized antenna solution engineered and certified for AirLink XR60 fixed applications.<br><br>The antenna has a low profile housing featuring a 4x4 MiMo for 4G/5G (617–4200MHz), and an active L1/L5 GPS/GNSS antenna.<br><br>**Specification**<br><br>PART NO. — 6001518 (Black)<br><br>ELECTRICAL DATA<br>Frequency Range — 4G/5G Elements — 617-960MHz / 1427-4200MHz<br>Peak gain: Isotropic* — 4G/5G Elements — 617-960MHz 1.9dBi / 1427-4200MHz 6.3dBi<br>Isolation* — 4G/5G Elements — 617-960MHz ≥6dB / 1427-4200MHz ≥12dB<br>Typical Efficiency — 4G/5G Elements — 617-960MHz 50% / 1427-4200MHz 52%<br>Correlation Co-efficient — 4G/5G Elements — 617-960MHz <0.5 / 1427-4200MHz <0.3<br><br>(https://www.sierrawireless.com/wp-content/uploads/2024/01/S-Datasheet-Antenna-5in1-Industrial-for-XR60-Jan2024-F.pdf  p. 1) |

| Claim 26 | Sierra Wireless |
|----------|-----------------|
|          | <br><br>([https://www.sierrawireless.com/router-solutions/antennas/#xr60](https://www.sierrawireless.com/router-solutions/antennas/#xr60)) |

| Claim 26 | Sierra Wireless |
|---|---|
|  | **Semtech Antenna – 7-in-1 Long Industrial** <br><br> The 7-in-1 Industrial antenna is a custom single antenna solution for the Airlink XR60, tested and certified for fixed applications. This antenna has four wideband cellular elements covering 600-6000MHz; a high-performance dual frequency L1/L5 GNSS antenna with an integrated 26dB LNA; and 2 Wi-Fi 6E elements with full coverage at dual band 2.4/5GHz. <br><br> **Specification** <br><br> PART NO.    6001540 (Black) <br><br> ELECTRICAL DATA <br><br> Frequency Range: 5G/4G Elements 600-6000MHz; Wi-Fi Elements 2.4-2.5GHz/4.9-6GHz <br><br> Peak gain: Isotropic*: 5G/4G Elements 617-960MHz 2.1dBi; 1427-1518MHz 1.2dBi; 1710-4200MHz 3.8dBi; 4400-5925MHz 4.7dBi; Wi-Fi Elements 2.4-2.5G Hz 2.3dBi; 4.9-6GHz 3.2dBi <br><br> Isolation*: 5G/4G Elements > 12dBm; Wi-Fi Elements > 20dBm <br><br> (https://www.sierrawireless.com/wp-content/uploads/2024/06/S-Datasheet-Antenna-7in1-long-Industrial-for-XR60-Apr2024.pdf p. 1) |

40

| Claim 26 | Sierra Wireless |
|---|---|
|  | <br>(https://www.sierrawireless.com/router-solutions/antennas/#xr60) |

| Claim 26 | Sierra Wireless |
|---|---|
| | ## Semtech Antenna – 5-in-1 Long Industrial <br><br> The 5-in-1 Long Industrial antenna is a custom single antenna solution for the Airlink XR60, tested and certified for fixed applications. This antenna has four wideband cellular elements covering 600-6000MHz; a high-performance dual frequency L1/L5 GNSS antenna with an integrated 26dB LNA <br><br> **Specification** <br><br> PART NO. — 6001539 (Black) <br><br> **ELECTRICAL DATA** <br><br> Frequency Range — 5G/4G Elements — 600-6000MHz <br><br> Peak gain: Isotropic* — 4G/5G Elements — 617–960MHz 2.1dBi / 1427–1518MHz 1.2dBi / 1710–4200MHz 3.8dBi / 4400–5925MHz 4.7dBi <br><br> Isolation* — 5G/4G Elements — > 12dBm <br><br> (https://www.sierrawireless.com/wp-content/uploads/2024/06/S-Datasheet-Antenna-5in1-Long-Industrial-for-XR60-Apr2024.pdf p. 1) |

| Claim 26 | Sierra Wireless |
|---|---|
|  | <br><br>7-in-1 Flat Panel<br><br>For Fixed/Mobile Applications<br><br>3m/9.8ft Cable Length<br><br>4 x Cellular<br><br>GNSS<br><br>2 x Wi-Fi<br><br>Download Datasheet →<br><br>(https://www.sierrawireless.com/router-solutions/antennas/#xr60) |

43

Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 7,310,537

Case 2:26-cv-00263   Document 1-1   Filed 03/31/26   Page 45 of 75 PageID #: 75

| Claim 26 | Sierra Wireless |
|---|---|
| | **Semtech Antenna – 7-in-1 Flat Panel for XR60**<br><br>The 7-in-1 Flat Panel antenna solution engineered and certified for AirLink® XR60 fixed/mobility applications.<br><br>The antenna features 4x4 MIMO supporting 4G/5G bands covering from 617-6000 MHz, dual band 2.5/5GHz Wi-Fi, and an active L1/L5 GPS/GNSS antenna.<br><br>**Specification**<br><br>**PART NO.** — 6001548 (Black)<br><br>**ELECTRICAL DATA**<br><br>Frequency Range: 4G/5G Elements 617-6000MHz; Wi-Fi Elements 2.4/5GHz<br><br>Peak Gain: Isotropic*: 4G/5G Elements 617-960MHz 4.25dBi, 1427-6000MHz 4.08dBi; Wi-Fi Elements 2.4GHz 0.6dBi, 5.15-7.125GHz 1.37dBi<br><br>Isolation*: 4G/5G Elements 617-960MHz ≥10dB, 1427-6000MHz ≥10dB; Wi-Fi Elements 2.4/5GHz >10dB<br><br>(https://www.sierrawireless.com/wp-content/uploads/2024/11/S-Datasheet-Antenna-7in1-Flat-Panel-XR60-Nov2024-F.pdf p. 1) |

44

| Claim 26 | Sierra Wireless |
|---|---|
|  | **8-in-1 Dome**<br><br>For Mobile Applications<br><br>5m/16.4ft Cable Length<br><br>4 x Cellular<br><br>GNSS<br><br>3 x Wi-Fi<br><br>Download Datasheet<br><br>(https://www.sierrawireless.com/router-solutions/antennas/#mg90) |

45

| Claim 26 | Sierra Wireless |
|---|---|
|  | **Semtech Antenna – 8-in-1 Dome**<br><br>The 8-in-1 Dome is a custom single antenna solution for the MG90 5G 4x4, tested and certified for mobile applications.<br><br>The antenna has a low-profile design that contains eight isolated high-performance antenna elements in a single housing for optimal coverage; four ultra-wideband elements spanning 617-6000MHz; a high performance GNSS antenna with an integrated 26dB gain LNA; and 3x3 MIMO dual band 2.4/5GHz Wi-Fi elements..<br><br>**Specification**<br><br>**PART NO.** — 6001344 (Black)/6001345 (White)<br><br>**ELECTRICAL DATA**<br><br>**Frequency Range**<br>4G/5G Elements — 617-960MHz / 1710-6000MHz<br>Wi-Fi Elements — 2.4/4.9-6GHz<br><br>**Peak gain: Isotropic***<br>4G/5G Elements — 617-960MHz 4dBi / 1710-3800MHz 6dBi / 4900-6000MHz 6dBi<br>Wi-Fi Elements — 2.4 GHz 5dBi / 4.9-6.0GHz 7dBi<br><br>**Isolation***<br>4G/5G Elements — > 10dBm<br>Wi-Fi Elements — > 12dBm<br><br>(https://www.sierrawireless.com/wp-content/uploads/2025/01/S-Datasheet-Antenna-8in1_Dome-2024-1.pdf p. 1) |

| Claim 26 | Sierra Wireless |
|---|---|
| |

(https://www.sierrawireless.com/router-solutions/antennas/#mg90) |

47

| Claim 26 | Sierra Wireless |
|---|---|
|  | **Semtech Antenna – 6-in-1 Dome 5G**<br><br>The 6-in-1 Dome has been tested and certified to operate with AirLink LTE routers and gateways.<br><br>It has a low profile design that contains six isolated high performance antenna elements in a single housing for optimal coverage; two ultra-wideband elements spanning 617-960/1710-6000MHz support MiMo at LTE and 5G NR frequencies; a high performance (advanced filtering) GNSS antenna with an integrated 26dB gain LNA, and three dualband 2.4/5GHz Wi-Fi elements that provide 3x3 MiMo Wi-Fi.<br><br>The antenna is ground plane independent, and maintains a high level of performance even when mounted on a non-metallic surface.<br><br>**Specification**<br>PART NO.: 6001363 (White)/6001364 (Black)<br>ELECTRICAL DATA<br>Frequency Range — Cellular: 617-960/1710-6000 MHz; Wi-Fi: 2.4/4.9-6GHz<br>Operational Bands — Cellular: 2G/3G/4G LTE/5G NR Sub6; Wi-Fi: 2.4/5.0GHz Wi-Fi<br><br>(https://www.sierrawireless.com/wp-content/uploads/2025/01/S-Datasheet-Antenna-6in1-Dome-5G-2024-1.pdf p. 1) |

48

| Claim 26 | Sierra Wireless |
|---|---|
|  | <br><br>([https://www.sierrawireless.com/router-solutions/antennas/#mg90](https://www.sierrawireless.com/router-solutions/antennas/#mg90)) |

49

| Claim 26 | Sierra Wireless |
|---|---|
|  | **Semtech Antenna – 5G Paddle**<br><br>The 5G Paddle antenna is a ground plane independent antenna covering global 3G, 4G and 5G NR frequencies from 615-6000Mhz.<br><br>Tested and certified to provide guaranteed performance with all AirLink routers and gateways, the 5G Paddle antenna offers an articulated SMA connector for flexible positioning of 0-90° pivot and a sleek ruggedized profile for durability.<br><br>**Specification**<br><br>PART NO.<br>6001343<br><br>ELECTRICAL DATA<br>Frequency Range — 615-960, 1710-6000Mhz.<br>Operational Band — 2G/3G/4G LTE/5G NR<br>Typical VSWR — <2.5:1<br>Peak Gain: Isotropic — 2dBi<br>Compared to ¼ wave — 0dB<br>Polarisation — Vertical<br>Pattern — Omni-directional<br>Impedance — 50Ω<br>Max Input Power — 10W<br><br>(https://www.sierrawireless.com/wp-content/uploads/2025/01/S-Datasheet-Antenna-5G-Paddle-Nov2024-1.pdf p. 1) |

| Claim 26 | Sierra Wireless |
|---|---|
|  | **4-in-1 Dome** For Fixed Applications 2m/6.6ft Cable Length 2 x Cellular GNSS 1 x Wi-Fi Download Datasheet (https://www.sierrawireless.com/router-solutions/antennas/#rx400) |

Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 7,310,537

| Claim 26 | Sierra Wireless |
| --- | --- |
|  | (https://www.sierrawireless.com/wp-content/uploads/2026/01/S-Datasheet-Antenna-4in1-Dome-Jan2026-F.pdf p. 1) |

52

Semtech Antenna – 4-in-1 Dome

The 4-in-1 dome antenna feature an ultra low profile housing which contains 2x2 MiMo antenna function for 5G/4G, an active L1/L5 antenna for GPS/GNSS with 30db/26dB gain LNA and SiSo antenna functionality for 2.4/5.15-6GHz WiFi. This tough hockey puck style antenna has low visual impact and is engineered for demanding applications with a flame retardant, impact resistant and ingress protected housing rated to IP69K and IK10. Supplied with 2m (6.6') low loss double shielded CS30 cables and requiring only a single hole for installation 4-in-1 dome antennas are easy to install and ideal for industrial applications.

**Specification**

| PART NO. | | | |
| --- | --- | --- | --- |
|  | | 6001561 (Black) | |
| **ELECTRICAL DATA** | | | |
| Frequency Range | GPS/GNSS | 1559-1612 - 1164-1189 MHz | Patch type element |
|  | 5G/4G Elements | 698-960 - 1710-4200 MHz | Dipole type element |
|  | Wi-Fi Elements | 2.4/5.15-6GHz | PiFa antenna |
| Peak gain: Isotropic | 5G/45G Elements | 698-960MHz / 1710-4200MHz | 3dBi / 4dBi |
|  | Wi-Fi Elements | 2.4-2.485GHz / 5.15-6GHz | 3dBi / 3dBi |

| Claim 26 | Sierra Wireless |
|---|---|
|  |  (https://www.sierrawireless.com/router-solutions/antennas/#rx400) |

no

| Claim 26 | Sierra Wireless |
|---|---|
|  | **Semtech Antenna – 3-in-1 Dome**<br><br>The 3-in-1 dome antenna feature an ultra low profile housing which contains 2x2 MiMo antenna function for 5G/4G and an active L1/L5 antenna for GPS/GNSS with 30db/26dB gain LNA. This tough hockey puck style antenna has low visual impact and is engineered for demanding applications with a flame retardant, impact resistant and ingress protected housing rated to IP69K and IK10. Supplied with 2m (6.6') low loss double shielded CS30 cables and requiring only a single hole for installation the 3-in-1 dome antennas are easy to install and ideal for industrial applications.<br><br>**Specification**<br><br>PART NO.: 6001563 (Black)<br><br>ELECTRICAL DATA<br>Frequency Range — GPS/GNSS: 1559-1612 - 1164-1189 MHz — Patch type element<br>Frequency Range — 5G/4G Elements: 698-960, 1710-4200 MHz — Dipole type element<br>Peak gain: Isotropic — 5G/45G Elements: 698-960MHz 3dBi; 1710-4200MHz 4dBi<br>Isolation — 5G/4G Elements: >12dB<br><br>(https://www.sierrawireless.com/wp-content/uploads/2026/01/S-Datasheet-Antenna-3in1-Dome-Jan2026-F.pdf p. 1) |

Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 7,310,537

| Claim 26 | Sierra Wireless |
|---|---|
|  | <br><br>(https://www.sierrawireless.com/router-solutions/antennas/#rx400) |

55

| Claim 26 | Sierra Wireless |
|---|---|
|  | **Semtech Antenna – 4-in-1 SharkFin**<br><br>The 4-in-1 sharkfin antenna provides a 2x2 MiMo cellular 5G/4G (617-960/1710-4200MHz) with L1/L5 GPS/GNSS and SiSo WiFi 2.4-7.2GHz in a compact sharkfin style antenna housing. The cellular and WiFi elements are omnidirectional allowing easy placement of the antenna on the vehicle and the antenna can be installed on a conductive or non-conductive panel without significant detriment to performance. The sleek sharkfin styling creates a low visual impact on vehicles and the compact footprint allows installation where roof real-estate is limited including between the ribs on a Ford Explorer / Interceptor. The antenna is installed using a single M18 / ¾" hole maximising vehicle resale value and seals to IP69K when properly installed protecting the antenna and vehicle from water ingress. The antenna is supplied with 4m (13') long low loss flame retardant coaxial extension cables to simplify installation. The cables are compliant with UN ECE R118 making the antenna suitable for installation on buses and coaches.<br><br>**Specification**<br>PART NO.: 6001574 (Black)<br>ELECTRICAL DATA<br>Frequency Range:<br>GPS/GNSS: 1x 1559-1612 - 1164-1189 MHz — Patch type element<br>5G/4G Elements: 2x 617-960/1710-4200 MHz — PiFa antennas<br>Wi-Fi Elements: 1x 2.4-2.485/5.15-7.125GHz — PiFa antenna<br><br>(https://www.sierrawireless.com/wp-content/uploads/2026/01/S-Datasheet-Antenna-4in1_SHARKFIN-Jan2026-F.pdf p. 1) |

| Claim 26 | Sierra Wireless |
|---|---|
| |  (https://www.sierrawireless.com/router-solutions/antennas/#rx400) |

57

| Claim 26 | Sierra Wireless |
| --- | --- |
|  | **Semtech Antenna – 3-in-1 SharkFin**<br><br>The 3-in-1 sharkfin antenna provides a 2x2 MiMo cellular 5G/4G (617-960/1710-4200MHz) with L1/L5 GPS/GNSS in a compact sharkfin style antenna housing.<br><br>The cellular elements are omnidirectional allowing easy placement of the antenna on the vehicle and the antenna can be installed on a conductive or non-conductive panel without significant detriment to performance. The sleek sharkfin styling creates a low visual impact on vehicles and the compact footprint allows installation where roof real-estate is limited including between the ribs on a Ford Explorer / Interceptor. The antenna is installed using a single M18 / ¾" hole maximising vehicle resale value and seals to IP69K when properly installed protecting the antenna and vehicle from water ingress. The antenna is supplied with 4m (13') long low loss flame retardant coaxial extension cables to simplify installation. The cables are compliant with UN ECE R118 making the antenna suitable for installation on buses and coaches.<br><br>**Specification**<br><br>PART NO.<br>6001576 (Black)<br><br>ELECTRICAL DATA<br>GPS/GNSS   1559-1612 - 1164-1189 MHz   Patch type element<br>Frequency Range   5G/4G Elements   2x 617-960/1710-4200 MHz   PiFa antennas<br><br>(https://www.sierrawireless.com/wp-content/uploads/2026/01/S-Datasheet-Antenna-3in1_SHARKFIN-Jan2026-1.pdf  p. 1) |

| Claim 26 | Sierra Wireless |
|---|---|
| | **SX9340**<br>SEMTECH<br>SX9340<br><br>PerSe® Connect Pro, Ultra–High Performance PD Sensor<br><br>Overview  Applications  Resources  Support<br><br>**OVERVIEW**<br>Semtech SX9340 is a part of the Semtech PerSe Connect Pro product line which maximizes the connectivity for high-band 5G mmWave applications. It provides multiple-channels to support sophisticated radio frequency (RF) management for improved performance and regulatory compliance worldwide. Its extraordinary sensing performance and robust immunity make it the ideal choice for 5G mmWave smartphones, tablets and laptop applications.<br><br>**FEATURES**<br>• Multi-channel sensor input specially designed for Power Density (PD) application<br>• Ultra-high resolution sensing for several centimeter range detection<br>• Semtech patented smart engine<br>• Advanced temperature compensation<br>• Automatic calibration<br>• Ultra-low power consumption<br>• 400kHz I2C serial interface<br>• Operating temperature (-40 °C to +85 °C)<br>• Compact footprint<br>• Pb & halogen-free<br>• RoHS/WEEE-compliant<br><br>(https://www.semtech.com/products/smart-sensing/perse-contact-human-sensor/sx9340#resources) |

Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 7,310,537

| Claim 26 | Sierra Wireless |
|---|---|
| | <br><br>**HL7900 Global 5G LPWA Module**<br>Ultra-low Power, Future-Ready Connectivity Made Easy<br><br>Contact Sales<br><br>The HL7900 5G LPWA module is an advanced solution designed for low-power, long-lasting deployments requiring deep area coverage, combining efficiency, longevity, and security. This ultra-low power module reduces current consumption by up to 80%[1], thereby quadrupling the battery life of your IoT deployments. The HL7900 also features integrated GNSS*, and support for 3GPP's Release 14/15/16/17*, enabling new-generation low-power use cases while providing flexible connectivity options, enhanced coverage, and cost savings. Leveraging Semtech's 30 years of expertise in low-power solutions and a long-standing partnership with Sony Altair, the HL7900 simplifies and de-risks low-power deployments across critical applications such as smart energy, smart cities, logistics and asset tracking.<br>[1]Compared to previous generation HL78 module.<br><br>**Air Interface:**<br>Cat-M1, Cat-NB2, NTN*<br><br>**Region:**<br>Global<br><br>LPWA    NTN<br><br>**Best-in-Class Power Efficiency**<br>The HL7900 enables the next generation of battery-powered IOT devices with revolutionary decreases in power consumption across all operating modes (up to 4x lower than HL78).<br><br>**Unlicensed Band Radio***<br>With optional use of a secondary 802.15.4 radio supporting <1GHz and 2.4GHz frequencies, customers can expand their connectivity options and further optimize their BOM by replacing an external wireless MCU.<br><br>**Device Longevity**<br>With support for 3GPP Releases 14/15*/16*/17*, the HL7900 future-proofs your deployments and enables device longevity.<br><br>(https://www.sierrawireless.com/iot-modules/lpwa-modules/hl7900-global-5g/)<br><br>**Product Technical Specification**<br>HL7900/HL7900E |

60

| Claim 26 | Sierra Wireless |
|---|---|
|  | **8.3 Industry Certifications**<br><br>The HL7900/HL7900E module complies with the mandatory requirements described in the following standards. The exact set of requirements supported is network operator-dependent.<br><br>**Table 8-3: Standards Compliance**<br><br>|  |

Table 8-3: Standards Compliance

| Technology | Standards |
|---|---|
| 5G NR | 3GPP Release 17 |
| LTE | 3GPP Release 14 |
| WCDMA | 3GPP Release 99 |

(https://source.sierrawireless.com/resources/airprime/hardware_specs_user_guides/hl7900-product-technical-specification/#sthash.bwNqGEzV.dpbs; https://source.sierrawireless.com/-/media/support_downloads/airprime/hardware_specs_user_guides/hl79/41114801-hl7900-hl7900e-product-technical-specification-r5.ashx p. 1 & 81)

**SX9376**

SEMTECH SX9376

PerSe® Connect, High Performance, 8-Channel SAR Sensor

Overview   Applications   Resources   Support

61

| Claim 26 | Sierra Wireless |
|---|---|
|  | **OVERVIEW**<br><br>SX9376 is a member of the Semtech PerSe Connect product line which enables superior connectivity in the latest 5G and Wi-Fi applications. It provides 8-Channel to support advanced radio frequency (RF) control for performance optimization and worldwide Specific Absorption Rate (SAR) regulation compliance. Its class-leading sensing performance and ultra-high DC offset compensation capability make it the optimal solution for a wide range of consumer connected devices.<br><br>**FEATURES**<br><br>- 8-channel sensor input specially designed for SAR applications<br>    ○ Patented on-chip smart human sensing<br>    ○ Capacitance resolution down to 0.74aF<br>    ○ Capacitance offset compensation up to 600pF<br>- ~1.8V input supply voltage<br>- Automatic calibration<br>- Ultra-low power consumption<br>- I2C serial interface (I3C capable)<br>- -40°C to +85°C operation<br>- Compact package size<br>- Pb & halogen free, RoHS/WEEE compliant<br><br>(https://www.semtech.com/products/smart-sensing/perse-connect/sx9376)<br><br>**Signal Integrity**<br>**Mobile Transport**<br><br>Low-power 10G/25G/50G CDRs, TIAs, and laser drivers optimized for 5G fronthaul, backhaul, and emerging 6G mobile transport.<br><br>VIEW ALL PRODUCTS    CONTACT US |

| Claim 26 | Sierra Wireless |
|---|---|
| | **Scalable Optical Connectivity for 5G and 5G-Advanced and 6G Wireless Networks**<br><br>Semtech delivers high-performance analog and mixed-signal ICs for optical and copper interconnects that enable the lowest power consumption in next-generation mobile transport networks. With a focus on low latency, low power and high signal integrity performance, Semtech's Tri-Edge™,FiberEdge® and CopperEdge platforms support the evolving needs of fronthaul and midhaul optical links across 5G ,emerging 5G-Advanced architectures and future 6G architectures. Our solutions are optimized for mobile optical pluggables, enabling architectures from LR (10km), BiDi (15km) and WDM / ER (20km+) for system vendors and carriers at data rates from 10Gbs to 100Gbs This enables a seamless deployment in dense urban environments, rural coverage zones and high-capacity edge networks. These platforms are designed to meet the stringent requirements of time-sensitive networking (TSN) and precision time protocol (PTP) networks,—critical for real-time applications in public safety, industrial automation and smart grid infrastructure.<br><br>(https://www.semtech.com/products/signal-integrity/mobile-transport#parametric-search) |

| Claim 26 | Sierra Wireless |
|---|---|
| | **Semtech Strengthens 5G Leadership with Expanded Module Portfolio**<br><br>*New 5G broadband module based on Qualcomm® X85 Modem-RF platform advances next-generation connectivity*<br><br>**CAMARILLO, Calif., March 03, 2025** - Semtech Corporation(Nasdaq: SMTC), a high-performance semiconductor, IoT systems and cloud connectivity service provider, today unveiled two groundbreaking additions to its 5G broadband module portfolio. The expansion includes the EM9492 module, the first 5G broadband module powered by the Qualcomm X85 Modem-RF latest generation platform, and the **EM9295** module, a cost optimized 5G solution powered by Qualcomm X61 5G Modem-RF System. These innovations mark a significant advancement in 5G technology by Semtech and Qualcomm Technologies, Inc., addressing diverse performance and cost optimization needs.<br><br>The newly unveiled **EM9492** module is Semtech's third-generation 5G broadband solution and brings to market the first 5G module based on the Qualcomm X85 5G Modem-RF. The new platform is based on 3GPP Release 18, supporting 5G Advanced, the next step in the global evolution of 5G technology. It is designed to enable next-generation 5G applications for routers, gateways and video surveillance systems, with features such as dual SIM dual active (DSDA) and Artificial Intelligence (AI) on-chip processing to enhance edge-based AI applications and 6CC carrier aggregation for faster speeds and efficient sub-6GHz band utilization.<br><br>The **EM9295** module, powered by Qualcomm X61, delivers cost-optimized 5G connectivity designed for broader 5G adoption. Supporting 3GPP Release 16, the module delivers download speeds of up to 2.5Gbps over sub-6GHz bands. This solution is designed for use cases requiring an optimized balance of cost, performance and functionality, making 5G technology accessible for value-focused applications.<br><br>(https://www.semtech.com/company/press/strengthens-5g-leadership-expanded-module-portfolio) |

64

Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 7,310,537

| Claim 26 | Sierra Wireless |
|---|---|
| |  (https://www.sierrawireless.com/iot-modems/fx86e-5g-redcap-modem/) |

65

| Claim 26 | Sierra Wireless |
|---|---|
| | **GLOBAL**<br><br>Technology — 5G RedCap (Sub-6 Ghz) & LTE Cat-4<br><br>**FREQUENCY BANDS**<br><br>5G RedCap: 5G Sub-6 Ghz (FR1 1CC) — n1, n2, n3, n5, n7, n8, n12, n13, n14, n18, n20, n25, n26, n28, n30, n38, n40, n41, n48, n66, n70, n71, n77, n78, n79<br><br>4G LTE (Cat-4 DL / Cat-3 UL) — B1, B2, B3, B4, B5, B7, B8, B12, B13, B14, B17, B18, B19, B20, B25, B26, B28, B30, B34, B38, B39, B40, B41, B42, B43, B48, B66, B70, B71, B106<br><br>(https://www.sierrawireless.com/wp-content/uploads/2026/03/FX86E-Datasheet-Feb2026-2.pdf p. 1 & 3) |
| antenna unit configured to receive signals transmitted from another station on multiple beams; and | Sierra Wireless 5G device comprises antenna unit configured to receive signals transmitted from another station on multiple beams.<br><br>Sierra Wireless 5G device comprises antenna unit configured to receive signals (e.g., CSI-RS, downlink data, etc.) transmitted from another station (e.g., gNB) on multiple beams (e.g., in a MIMO configuration).<br><br>**5G NR Downlink CSI Reporting**   R2024b<br><br>This example shows how to compute downlink channel state information (CSI) parameters such as the channel quality indicator (CQI), precoding matrix indicator (PMI), and rank indicator (RI), for multiple input multiple output (MIMO) scenarios, as defined in TS 38.214 Section 5.2.2, over a tapped delay line (TDL) channel. The example supports CSI parameter computation for the type I single-panel, type I multi-panel, type II codebooks, and enhanced type II codebooks.<br><br>Open in MATLAB Online   Copy Command<br><br>**Introduction**<br><br>CSI parameters are the quantities related to the state of a channel. The user equipment (UE) reports CSI parameters to the access network node (gNB) as feedback. The CSI feedback includes several parameters, such as the CQI, the PMI, and the RI. The UE uses the channel state information reference signal (CSI-RS) to measure the CSI feedback. Upon receiving the CSI parameters, the gNB schedules downlink data transmissions (such as modulation scheme, code rate, number of transmission layers, and MIMO precoding) accordingly. This figure shows an overview of CSI-RS transmission, CSI computation and feedback, and the transmission of downlink data that is scheduled based on the CSI parameters. |

| Claim 26 | Sierra Wireless |
|---|---|
|  | (https://www.mathworks.com/help/5g/ug/5g-nr-downlink-csi-reporting.html)<br><br>5.2.2.3      Reference signal (CSI-RS)<br>5.2.2.3.1      NZP CSI-RS<br><br>The UE can be configured with one or more NZP CSI-RS resource set configuration(s) as indicated by the higher layer parameters *CSI-ResourceConfig*, and *NZP-CSI-RS-ResourceSet*. Each NZP CSI-RS resource set consists of $K \geq 1$ NZP CSI-RS resource(s).<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 16), 3GPP TS 38.214 v16.2.0 (2020-06), p. 93) |
| a controller for identifying beams based on beam identity information associated with signals received from the other station, | Sierra Wireless 5G device comprises a controller for identifying beams based on beam identity information associated with signals received from the other station.<br><br>Sierra Wireless 5G device comprises a controller (e.g., processor) for identifying beams based on beam identity information (e.g., nrofPorts, density, scramblingID, etc.) associated with signals (e.g., CSI-RS, downlink data, etc.) received from the other station. |

| Claim 26 | Sierra Wireless |
|---|---|
|  | 5.2.2.3    Reference signal (CSI-RS)<br><br>5.2.2.3.1    NZP CSI-RS<br><br>The UE can be configured with one or more NZP CSI-RS resource set configuration(s) as indicated by the higher layer parameters *CSI-ResourceConfig*, and *NZP-CSI-RS-ResourceSet*. Each NZP CSI-RS resource set consists of *K*≥1 NZP CSI-RS resource(s).<br><br>The following parameters for which the UE shall assume non-zero transmission power for CSI-RS resource are configured via the higher layer parameter *NZP-CSI-RS-Resource, CSI-ResourceConfig* and *NZP-CSI-RS-ResourceSet* for each CSI-RS resource configuration:<br><br>- *nzp-CSI-RS-ResourceId* determines CSI-RS resource configuration identity.<br>- *periodicityAndOffset* defines the CSI-RS periodicity and slot offset for periodic/semi-persistent CSI-RS. All the CSI-RS resources within one set are configured with the same periodicity, while the slot offset can be same or different for different CSI-RS resources.<br>- *resourceMapping* defines the number of ports, CDM-type, and OFDM symbol and subcarrier occupancy of the CSI-RS resource within a slot that are given in Clause 7.4.1.5 of [4, TS 38.211].<br>- *nrofPorts* in *resourceMapping* defines the number of CSI-RS ports, where the allowable values are given in Clause 7.4.1.5 of [4, TS 38.211].<br>- *density* in *resourceMapping* defines CSI-RS frequency density of each CSI-RS port per PRB, and CSI-RS PRB offset in case of the density value of 1/2, where the allowable values are given in Clause 7.4.1.5 of [4, TS 38.211]. For density 1/2, the odd/even PRB allocation indicated in *density* is with respect to the common resource block grid.<br>- *cdm-Type* in *resourceMapping* defines CDM values and pattern, where the allowable values are given in Clause 7.4.1.5 of [4, TS 38.211].<br>- *powerControlOffset*: which is the assumed ratio of PDSCH EPRE to NZP CSI-RS EPRE when UE derives CSI feedback and takes values in the range of [-8, 15] dB with 1 dB step size.<br>- *powerControlOffsetSS*: which is the assumed ratio of NZP CSI-RS EPRE to SS/PBCH block EPRE.<br>- *scramblingID* defines scrambling ID of CSI-RS with length of 10 bits.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 16), 3GPP TS 38.214 v16.2.0 (2020-06), p. 93) |
| wherein a set of beams that are geometrically distinguished from each other is selected for transmission of signals between a first station and a second station based on information of the identified beams. | Sierra Wireless 5G device comprises wherein a set of beams that are geometrically distinguished from each other is selected for transmission of signals between a first station and a second station based on information of the identified beams.<br><br>Sierra Wireless 5G devices comprise wherein a set of beams that are geometrically distinguished (e.g., orthogonal) from each other is selected (e.g., for Precoding Matrix Indicator (PMI) selection) for transmission of signals between a first station and a second station based on information of the identified beams. |

| Claim 26 | Sierra Wireless |
|---|---|
|  | **5.2.1.4    Reporting configurations**<br><br>The UE shall calculate CSI parameters (if reported) assuming the following dependencies between CSI parameters (if reported)<br><br>- LI shall be calculated conditioned on the reported CQI, PMI, RI and CRI<br>- CQI shall be calculated conditioned on the reported PMI, RI and CRI<br>- PMI shall be calculated conditioned on the reported RI and CRI<br><br>*3GPP*<br><br>Release 16                     51                     3GPP TS 38.214 V16.2.0 (2020-06)<br><br>- RI shall be calculated conditioned on the reported CRI.<br><br>The Reporting configuration for CSI can be aperiodic (using PUSCH), periodic (using PUCCH) or semi-persistent (using PUCCH, and DCI activated PUSCH). The CSI-RS Resources can be periodic, semi-persistent, or aperiodic. Table 5.2.1.4-1 shows the supported combinations of CSI Reporting configurations and CSI-RS Resource configurations and how the CSI Reporting is triggered for each CSI-RS Resource configuration. Periodic CSI-RS is configured by higher layers. Semi-persistent CSI-RS is activated and deactivated as described in Clause 5.2.1.5.2. Aperiodic CSI-RS is configured and triggered/activated as described in Clause 5.2.1.5.1.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 16), 3GPP TS 38.214 v16.2.0 (2020-06), pp. 50-51) |

| Claim 26 | Sierra Wireless |
| --- | --- |
| | **5.2.2.2.3 Type II Codebook**<br><br>For 4 antenna ports {3000, 3001, …, 3003}, 8 antenna ports {3000, 3001, …, 3007}, 12 antenna ports {3000, 3001, …, 3011}, 16 antenna ports {3000, 3001, …, 3015}, 24 antenna ports {3000, 3001, …, 3023}, and 32 antenna ports {3000, 3001, …, 3031}, and the UE configured with higher layer parameter *codebookType* set to 'typeII'<br><br>- The values of $N_1$ and $N_2$ are configured with the higher layer parameter *n1-n2-codebookSubsetRestriction*. The supported configurations of $(N_1,N_2)$ for a given number of CSI-RS ports and the corresponding values of $(O_1,O_2)$ are given in Table 5.2.2.2.1-2. The number of CSI-RS ports, $P_{CSI-RS}$, is $2N_1N_2$.<br>- The value of $L$ is configured with the higher layer parameter *numberOfBeams*, where $L=2$ when $P_{CSI-RS}=4$ and $L \in \{2,3,4\}$ when $P_{CSI-RS} > 4$.<br><br>*3GPP*<br><br>Release 16    76    3GPP TS 38.214 V16.2.0 (2020-06)<br><br>- The value of $N_{PSK}$ is configured with the higher layer parameter *phaseAlphabetSize*, where $N_{PSK} \in \{4,8\}$.<br>- The UE is configured with the higher layer parameter *subbandAmplitude* set to 'true' or 'false'.<br>- The UE shall not report RI > 2.<br><br>When $\upsilon \le 2$, where $\upsilon$ is the associated RI value, each PMI value corresponds to the codebook indices $i_1$ and $i_2$ where<br><br>$$i_1 = \begin{cases} [\,i_{1,1}\ i_{1,2}\ i_{1,3,1}\ i_{1,4,1}\,] & \upsilon=1 \\ [\,i_{1,1}\ i_{1,2}\ i_{1,3,1}\ i_{1,4,1}\ i_{1,3,2}\ i_{1,4,2}\,] & \upsilon=2 \end{cases}$$<br>$$i_2 = \begin{cases} [\,i_{2,1,1}\,] & subbandAmplitude = \text{'false'}, \upsilon=1 \\ [\,i_{2,1,1}\ i_{2,1,2}\,] & subbandAmplitude = \text{'false'}, \upsilon=2 \\ [\,i_{2,1,1}\ i_{2,2,1}\,] & subbandAmplitude = \text{'true'}, \upsilon=1 \\ [\,i_{2,1,1}\ i_{2,2,1}\ i_{2,1,2}\ i_{2,2,2}\,] & subbandAmplitude = \text{'true'}, \upsilon=2 \end{cases}$$<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 16), 3GPP TS 38.214 v16.2.0 (2020-06), pp. 75-76) |

70

| Claim 26 | Sierra Wireless |
|---|---|
| | **PMI Selection**<br><br>The PMI consists of a set of indices corresponding to the precoding matrix. The gNB can apply this precoding matrix for the downlink data transmission. The hDLPMISelect function reports a precoding matrix by considering a codebook from these supported codebooks:<br><br>• Type I single-panel codebooks, as defined in TS 38.214 Tables 5.2.2.2.1-1 to 5.2.2.2.1-12<br><br>• Type I multi-panel codebooks, as defined in TS 38.214 Tables 5.2.2.2.2-1 to 5.2.2.2.2-6<br><br>• Type II codebooks, as defined in TS 38.214 Tables 5.2.2.2.2-1 to 5.2.2.2.3-5<br><br>• Enhanced type II codebooks, as defined in TS 38.214 Tables 5.2.2.2.5-1 to 5.2.2.2.5-6<br><br>The PMI selection is based on the codebook type, the number of transmission layers, and other CSI reporting configuration parameters such as antenna panel dimensions. Each codebook consists of a set of precoding matrices. NR considers a dual-stage precoding matrix based on the codebooks design from TS 38.214 Sections 5.2.2.2.1 to 5.2.2.2.3 and Section 5.2.2.2.5.<br><br>$$W = W_1 W_2$$<br><br>Where,<br><br>$W_1$ is a matrix representing a discrete Fourier transform (DFT) beam or beam group for both polarizations based on the codebook type<br><br>$W_2$ can be any of the following based on the codebook type:<br><br>• Beam selection from $W_1$<br><br>• Weighting coefficients for the beams in $W_1$<br><br>• Cophasing values between two polarizations<br><br>(https://www.mathworks.com/help/5g/ug/5g-nr-downlink-csi-reporting.html)<br><br>Type II codebooks consider a set of orthogonal DFT beams to form the precoding matrix. As mentioned above, the $W_1$ matrix contains the information related to the DFT beams. For the given channel conditions and the number of DFT beams, the function computes the beam amplitude scaling and cophasing values ($W_2$) for all the DFT beams in each orthogonal beam group so that the linear combination of orthogonal beams approximates the eigenvector of the channel. The function reports the indices $i_1$ and $i_2$, as defined in TS 38.214 Section 5.2.2.2.3. These indices correspond to the precoding matrix $W$, which gives the maximum SINR. Type II codebook based PMI is more accurate than type I codebook based PMI, as multiple beams are considered in type II codebooks for the approximation of channel eigenvector. Because type II codebooks consider multiple beams, multi-user MIMO scenarios use type II codebooks instead of type I codebooks. These figures show the PMI selection procedure from type II codebooks.<br><br>**PMI Selection for Type II Codebooks**<br><br>CSI reporting configuration parameters → **Compute $W_1$** Identify O1×O2 number of orthogonal basis sets with N1×N2 number of discrete Fourier transform (DFT) vectors or beams Form $^{N1N2}C_L$ number of beam combinations with L number of beams from each orthogonal basis set → **Compute $W_2$** Get amplitude and cophasing values for all beams in each beam group by projecting the channel eigen vector onto all the beams → **Compute $W$** Form the precoding matrices as defined in TS 38.214 Table 5.2.2.2.3-5 → **Get PMI set** Choose the indices of the precoding matrix that has the maximum SINR (sum across all the layers) → PMI output |

Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 7,310,537

| Claim 26 | Sierra Wireless |
|---|---|
| |  |

| Claim 26 | Sierra Wireless |
|---|---|
|  | (https://www.mathworks.com/help/5g/ug/5g-nr-downlink-csi-reporting.html) |

| Claim 28 | Sierra Wireless |
|---|---|
| 28. The station as claimed in claim 26, comprising a mobile station. | Sierra Wireless 5G device comprises a mobile station.<br><br>Sierra Wireless 5G device is a User Equipment (UE).<br><br><br><br>(https://www.mathworks.com/help/5g/ug/5g-nr-downlink-csi-reporting.html)<br><br>5.2.2.3      Reference signal (CSI-RS)<br>5.2.2.3.1      NZP CSI-RS<br><br>The UE can be configured with one or more NZP CSI-RS resource set configuration(s) as indicated by the higher layer parameters *CSI-ResourceConfig,* and *NZP-CSI-RS-ResourceSet.* Each NZP CSI-RS resource set consists of $K \geq 1$ NZP CSI-RS resource(s).<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 16), 3GPP TS 38.214 v16.2.0 (2020-06), p. 93) |