# **EXHIBIT B**

Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 — Chart 1

| Claim 1 | Sierra Wireless, Inc. |
| --- | --- |
| 1. A method for waking a computing device over a wireless network comprising: | Sierra Wireless ("Sierra" or "Defendant"), makes, uses (including via testing), sells, offers for sale, and/or imports, Sierra Wireless BLE 5.0 and higher compatible devices, including but not limited to **AirPrime Sensor Hub, BC127, BC127-EXT, AirLink XR80**, and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), which practice claim 1. <br><br> Sierra Wireless **AirPrime Sensor Hub** incorporates BLE 5.0 and higher technology and performs operations consistent with the Bluetooth networking standards. BLE 5.0 and higher, is an integrated and fundamental part of the Bluetooth v5.0 specification. <br><br> SIERRA WIRELESS IS NOW **SEMTECH®** <br><br> AirPrime SensorHub <br><br> The Sierra Wireless AirPrime® SensorHub is an ultra-low power, highly ruggedized, reusable horizontal platform designed to anticipate and address a wide range of IoT use cases. |

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
|  | Features include:<br><br>• Compact form-factor to build on, test, or even take any IoT application to market including small tracking devices<br>• HL7802 cellular module for LTE-M (Cat-M1), NB-IOT (Cat-NB1) and 2G connectivity<br>• BX3105 Wi-Fi/BT module for built-in Wi-Fi b/g/n and Bluetooth 5.0 BLE<br><br>(https://source.sierrawireless.com/devices/iot-products/sensorhub/#sthash.eH68IWyn.dpbs)<br><br>**Product Technical Specification**<br>AirPrime BC127 Series |

Page |B-2

2

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
|  |  |

Case 2:26-cv-00263   Document 1-2   Filed 03/31/26   Page 5 of 13 PageID #: 110

Page |B-4

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
|  | The BC127 is a low-power, small form-factor self-contained Bluetooth 5.0 (BT) module.<br><br>With an embedded software suite, the BC127 is an ideal solution for developers who want to quickly and cost-effectively integrate BT5.0 functionality into their products.<br><br>Table 1-2 lists the module's supported wireless frequencies and modes, and Table 1-3 summarizes the key electrical specifications.<br><br>**Table 1-2: Supported RF Frequencies**<br><br>| Technology | Band | Notes |<br>|---|---|---|<br>| Bluetooth | 2.4 GHz (2.400–2.48 GHz) | BT 5.0 Dual Mode |<br><br>**Table 1-3: Electrical Specifications**<br><br>| Specification | Notes |<br>|---|---|<br>| Transmit Power | BER/EDR Class 2 < 4 dBm   BLE < 10 dBm |<br>| RF Sensitivity | 0.1% BER at -88 dBm GFSK |<br><br>(https://source.sierrawireless.com/-/media/support_downloads/airprime/hardware_specs_user_guides/airprime---bc127---product-technical-specifications---rev5,-d-,2.ashx)<br>Additionally, we have found that the **Sierra Wireless AIRLINK XR80** has future Bluetooth support, which indicates a high likelihood that it will support Bluetooth v5.0 or higher.<br><br>AirLink® XR80 5G LTE Router for Fixed and Mobile Applications<br><br>https://www.sierrawireless.com/router-solutions/xr80/#benefits |

4

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
| | **AIRLINK XR80 – PERFORMANCE SERIES ROUTER**<br><br>**Top Features / Specifications**<br><br>**Host Interfaces** — All WAN/LAN interfaces use Sierra Cognitive Wireless and Data Path Acceleration Architecture<br>Single 5G: 3x RJ-45 Ethernet ports (1x 5Gbps with PTP IEEE 1588, 2x 1Gbps)<br>Dual 5G: 4x RJ-45 Ethernet ports (1x 5Gbpswith PTP IEEE 1588, 4x 1Gbps)<br>Dual SIM Slots. Dual RS-232 serial on RJ-45.<br>Aux Port (GPIO/CAN), USB 3.2 type-C port, Bluetooth (future support)<br><br>(https://www.sphinxcomputer.de/produktdb/documents/7642_14833.pdf Page 2 of 2) |
| broadcasting a signal containing a wake-up data sequence for at least one computing device over a wireless network, wherein broadcasting the signal comprises periodically broadcasting the signal over one or more wireless channels until either a first predetermined time period expires or a confirmation signal is received; | Sierra's Accused BT Device performs the step of broadcasting a signal containing a wake-up data sequence for at least one computing device over a wireless network, wherein broadcasting the signal comprises periodically broadcasting the signal over one or more wireless channels until either a first predetermined time period expires or a confirmation signal is received.<br><br>Sierra's Accused BT Device broadcasts a signal (e.g., CONNECT_IND or AUX_CONNECT_REQ) containing a wake-up data sequence (e.g., AdvA) for at least one computing device over a wireless network (e.g., Bluetooth network).  BT Device periodically broadcasts the signal over one or more wireless channels (e.g., channels that advertising PDUs were received on) until either a first predetermined time period expires (e.g., transmit window) or a confirmation signal is received. |

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
|  | **2.3.3.1 CONNECT_IND and AUX_CONNECT_REQ**<br><br>The CONNECT_IND and AUX_CONNECT_REQ PDUs have the Payload as shown in Figure 2.12. TxAdd in the advertising channel PDU header indicates whether the initiator's device address in the InitA field is public (TxAdd = 0) or random (TxAdd = 1). The RxAdd in the advertising channel PDU header indicates whether the advertiser's device address in the AdvA field is public (RxAdd = 0) or random (RxAdd = 1).<br><br>The ChSel field in the CONNECT_IND PDU header shall be set to 1 if the initiator supports the LE Channel Selection Algorithm #2 feature (see Section 4.5.8.3).The ChSel field in the AUX_CONNECT_REQ PDU header is Reserved for Future Use.<br><br>**Payload**<br><br>| InitA (6 octets) | AdvA (6 octets) | LLData (22 octets) |<br><br>Figure 2.12: CONNECT_IND and AUX_CONNECT_REQ PDU payload<br><br>The format of the LLData field is shown in Figure 2.13.<br><br>**LLData**<br><br>| AA (4 octets) | CRCInit (3 octets) | WinSize (1 octet) | WinOffset (2 octets) | Interval (2 octets) | Latency (2 octets) | Timeout (2 octets) | ChM (5 octets) | Hop (5 bits) | SCA (3 bits) |<br><br>Figure 2.13: LLData field structure in CONNECT_IND and AUX_CONNECT_REQ PDU's payload<br><br>The Payload field consists of InitA, AdvA and LLData fields. The InitA field shall contain the Initiator's public or random device address as indicated by TxAdd. The AdvA field shall contain the advertiser's public or random device address as indicated by RxAdd.<br><br>(Bluetooth Core Specification v5.0, p. 2577)<br><br>(Bluetooth Core Specification v5.0, p. 2604) |

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
|  |  Figure 4.28: Master's view of LL connection setup with CONNECT_IND<br><br>(Bluetooth Core Specification v5.0, p. 2604) |
| receiving the broadcast signal at the at least one computing device, while that device is in a reduced power mode, wherein receiving comprises first entering a wake-up data sequence detection mode; | Sierra's Accused BT Device performs the step of signal at the at least one computing device, while that device is in a reduced power mode, wherein receiving comprises first entering a wake-up data sequence detection mode.<br><br>Sierra's Accused BT Device's broadcast signal is received by the computing device while that device is in a reduced power mode (e.g., Advertising State).  The computing device first enters a wake-up sequence detection mode (e.g., Advertising State).<br><br>The Link Layer in the Standby State does not transmit or receive any packets. The Standby State can be entered from any other state.<br><br>The Link Layer in the Advertising State will be transmitting advertising channel packets and possibly listening to and responding to responses triggered by these advertising channel packets. A device in the Advertising State is known as an advertiser. The Advertising State can be entered from the Standby State.<br><br>(Bluetooth Core Specification v5.0, p. 2553) |

7

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
| |  ((Bluetooth Core Specification v5.0, p. 2553) |
| scanning the received signal for a wake-up data sequence for that computing device, wherein scanning is performed until either the wake-up data sequence for that computing device is | Sierra's Accused BT Device performs the step of scanning the received signal for a wake-up data sequence for that computing device, wherein scanning is performed until either the wake-up data sequence for that computing device is received or a second predetermined time period expires.<br><br>Sierra's Accused BT Device's signal is scanned by the computing device for a wake-up data sequence (e.g., AdvA).  The scanning is performed until either the wake-up data sequence for that computing device is received (e.g., its AdvA in the CONNECT_IND) or a second predetermined time period expires (e.g., advertising interval). |

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
| received or a second predetermined time period expires; and | **4.5.5 Connection Setup – Slave Role**<br><br>After the advertiser receives a CONNECT_IND PDU on the primary advertising channel or sends an AUX_CONNECT_RSP PDU on the secondary advertising channel, the Link Layer is in the Connection State in the Slave Role. The slave shall reset the Link Layer connection supervision timer $T_{LLconnSupervision}$. The Link Layer shall notify the Host that the connection has been created. The first connection event shall use the data channel index as specified in Section 1.4.1.<br><br>(Bluetooth Core Specification v5.0, p. 2641)<br><br>If the advertiser receives a PDU for the advertising event that is not explicitly allowed it shall be ignored. If no PDU is received or the received PDU was<br><br>ignored, the advertiser shall either send an advertising PDU on the next used primary advertising channel index or close the advertising event.<br><br>(Bluetooth Core Specification v5.0, pp. 2609-10) |

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
|  | **4.4.2.2 Advertising Events**<br><br>Advertising events are defined as one or more advertising PDUs sent on the primary advertising channel beginning with the first used advertising channel index and ending with the last used advertising channel index. The advertising event can be closed early after a CONNECT_IND is received or when a SCAN_RSP is sent. The time between advertising events is the advertising interval.<br><br>Advertising packets sent on the secondary advertising channel are not part of the advertising event. Advertising events that use the ADV_EXT_IND PDU may also be part of an extended advertising event. All ADV_EXT_IND PDUs containing an AuxPtr field in the same advertising event shall point to the same AUX_ADV_IND packet.<br><br>*4.4.2.2.1   Advertising Interval*<br><br>For all undirected advertising events or connectable directed advertising events used in a low duty cycle mode, the time between the start of two consecutive advertising events (*T_advEvent*) for the same advertising data set (see Section 4.4.2.10) is computed as follows for each advertising event:<br><br>*T_advEvent = advInterval + advDelay* |

Case 2:26-cv-00263    Document 1-2    Filed 03/31/26    Page 12 of 13 PageID #: 117

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
|  | The *advInterval* shall be an integer multiple of 0.625 ms in the range of 20 ms to 10,485.759375 s.<br><br>The *advDelay* is a pseudo-random value with a range of 0 ms to 10 ms generated by the Link Layer for each advertising event.<br><br>As illustrated in Figure 4.3, the advertising events are perturbed in time using the advDelay.<br><br><br><br>Figure 4.3: Advertising events perturbed in time using advDelay<br><br>(Bluetooth Core Specification v5.0, pp. 2610-11) |
| restoring that computing device to a full power mode upon detection of a wake-up data sequence for that device and exiting the wake-up data sequence detection mode if the second predetermined time period expires. | Sierra's Accused BT Device performs the step of restoring that computing device to a full power mode upon detection of a wake-up data sequence for that device and exiting the wake-up data sequence detection mode if the second predetermined time period expires.<br><br>Sierra's Accused BT Device's signal restores the computing device to a full power mode (e.g., Connection State) upon detection of a wake-up data sequence (e.g., AdvA for that device) and exits the wake-up data sequence detection mode (e.g., Advertising State) if the second predetermined time period expires (e.g., the advertising interval). |

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
|  | Advertising events are defined as one or more advertising PDUs sent on the primary advertising channel beginning with the first used advertising channel index and ending with the last used advertising channel index. The advertising event can be closed early after a CONNECT_IND is received or when a SCAN_RSP is sent. The time between advertising events is the advertising interval.<br><br>(Bluetooth Core Specification v5.0, pp. 2610) |