# EXHIBIT C

Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 — Chart 2

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
| 1. A method for waking a computing device over a wireless network comprising: | Sierra Wireless ("Sierra" or "Defendant"),  makes, uses (including via testing), sells, offers for sale, and/or imports, Sierra Wireless Bluetooth 4.1 and higher compatible devices, including but not limited to **AirLink XR90, AirPrime BX3100, AirPrime BX3105,  AirPrime BX3210, BC127, BC127-HD, BC127-EXT, BC127-HD-EXT** and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), which practice claim 1.<br><br>Sierra Wireless accused products incorporates Bluetooth 4.1 (BR/EDR) and higher technology and performs operations consistent with the Bluetooth networking standards.<br><br>SIERRA WIRELESS IS NOW SEMTECH<br><br>AirLink® XR90 – High-Performance Dual 5G Vehicle Router<br><br>AirLink® XR90 – Router Specifications<br><br>Bluetooth — Selectable Bluetooth 4.x Classic or Bluetooth LE (Future)<br><br>https://www.sierrawireless.com/router-solutions/xr90/#specs |

Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 — Chart 2

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
|  | <br><br>https://fcc.report/FCC-ID/N7NXR90/5377488.pdf  Page 5 of 100<br><br>The BX3105 is a low power, 802.11 b/g/n Wi-Fi and Bluetooth 4.2 combo module. It comes preloaded with Sierra Wireless software including TCP/IP and Bluetooth stacks, and is ideal for developers who want to quickly and cost effectively integrate Wi-Fi and Bluetooth functionality into their products. The BX3105 includes an integrated PCB antenna.<br><br>https://source.sierrawireless.com/devices/wifi-bluetooth-modules/bx3105/?#sthash.nQARuit3.dpbs |

2

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
| | **AirPrime BX3100/BX3105 Wi-Fi/BT Module**<br><br>This document defines and illustrates the AirPrime BX310x (BX3100, BX3105) Wi-Fi/BT Host-less module's high-level product features, interfaces, and hardware features (including electrical and mechanical performance criteria).<br><br>**1.2.2 Bluetooth**<br><br>The AirPrime BX310x supports 2.4 GHz Bluetooth classic and BLE operation. Key features include:<br>• Bluetooth v4.2 BR/EDR and BLE compliant<br>• SPP (Serial Port Profile)<br><br>https://fcc.report/FCC-ID/N7NBX31A/4001999.pdf  Page 6 of 33<br><br>AirPrime BX3100<br><br>SIERRA WIRELESS<br>BX3100<br><br>The BX3100 is a low power, xSmall CF3 form factor, 802.11 b/g/n Wi-Fi and Bluetooth 4.2 combo module. It comes preloaded with Sierra Wireless software including TCP/IP and Bluetooth stacks, and is ideal for developers who want to quickly and cost effectively integrate Wi-Fi and Bluetooth functionality into their products. The BX3100 is meant for connection with an external antenna.<br><br>https://source.sierrawireless.com/devices/wifi-bluetooth-modules/bx3100/?utm_<br><br>**AirPrime BX3100/BX3105 Wi-Fi/BT Module** |

3

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
| |  This document defines and illustrates the AirPrime BX310x (BX3100, BX3105) Wi-Fi/ BT Host-less module's high-level product features, interfaces, and hardware features (including electrical and mechanical performance criteria).<br><br>**1.2.2 Bluetooth**<br><br>The AirPrime BX310x supports 2.4 GHz Bluetooth classic and BLE operation. Key features include:<br>• Bluetooth v4.2 BR/EDR and BLE compliant<br>• SPP (Serial Port Profile)<br><br>https://fcc.report/FCC-ID/N7NBX31A/4001999.pdf  Page 6 of 33<br><br>For the Sierra Wireless **BX3210**, we did not find the specific Bluetooth version supported by the product; however, we found that the BX3210 supports BR/EDR, which was introduced in Bluetooth v4.0 and later. |

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
| |  |

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
|  | **Key Specifications**<br><br>- Bluetooth Certified 4.2 Audio module<br>- Dual Mode: Bluetooth and Bluetooth Low Energy (BLE)<br>- Backwards compatible with 1.1, 2.0, 2.1 + EDR and 3.0<br>- Embedded Bluetooth Protocol Stack<br>- Supports HFP, A2DP, AVRCP, PBAP and SPP<br><br>https://www.rxelectronics.cz/datasheet/57/bc127-ext-aptx-1103783.pdf Page 7 of 34 |
| broadcasting a signal containing a wake-up data sequence for at least one computing device over a wireless network, wherein broadcasting the signal comprises periodically broadcasting the signal over one or more wireless channels until either a first predetermined time period expires or a confirmation signal is received; | Sierra's Accused BT Device performs the step of broadcasting a signal containing a wake-up data sequence for at least one computing device over a wireless network, wherein broadcasting the signal comprises periodically broadcasting the signal over one or more wireless channels until either a first predetermined time period expires or a confirmation signal is received.<br><br>Sierra's Accused BT Device broadcasts a signal (e.g., page message) containing a wake-up data sequence (e.g., slave device access code) for at least one computing device over a wireless network (e.g., Bluetooth network).  Sierra's Accused BT Device periodically broadcasts the signal over one or more wireless channels (e.g., different hop channels) until either a first predetermined time period expires (e.g., timeout pageTO) or a confirmation signal is received (e.g., response from slave device).<br><br>**8.3.2  Page Substate**<br><br>The **page** substate is used by the master (source) to activate and connect to a slave (destination) in the **page scan** substate. The master tries to coincide with the slave's scan activity by repeatedly transmitting the paging message consisting of the slave's device access code (DAC) in different hop channels. Since the Bluetooth clocks of the master and the slave are not synchronized, the master does not know exactly when the slave wakes up and on which hop frequency. Therefore, it transmits a train of identical page scan messages at different hop frequencies and listens in between the transmit intervals until it receives a response from the slave. |

6

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
| | (Bluetooth Core Specification v5.0, p. 447)<br><br>Train **B** shall be repeated for $N_{page}$ times. If no response is obtained, $k_{nudge}$ may be updated in the case where slots to receive are periodically not available and train **A** shall be tried again $N_{page}$ times. Alternate use of train **A** and train **B** and updates of $k_{nudge}$ shall be continued until a response is received or the timeout *pageTO* is exceeded. When *extended_pageTO* is greater than zero, the timeout may be extended to (*pageTO* + *extended_pageTO*). If a response is returned by the slave, the master device enters the **master response** substate.<br><br>(Bluetooth Core Specification v5.0, p. 448) |
| receiving the broadcast signal at the at least one computing device, while that device is in a reduced power mode, wherein receiving comprises first entering a wake-up data sequence detection mode; | Sierra's Accused BT Device performs the step of signal at the at least one computing device, while that device is in a reduced power mode, wherein receiving comprises first entering a wake-up data sequence detection mode.<br><br>Sierra's Accused BT Device's broadcast signal is received by the computing device while that device is in a reduced power mode (e.g., Page Scan substate).  The computing device first enters a wake-up sequence detection mode (e.g., Page Scan substate). |

7

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
|  | **8.3.1 Page Scan Substate**<br><br>In the **page scan** substate, a device may be configured to use either the standard or generalized interlaced scanning procedure. During a standard scan, a device listens for the duration of the scan window $T_{w\_page\_scan}$ (11.25ms default, see HCI [Vol 2] Part E, Section 7.3.20), while the generalized interlaced scan is performed as two back to back scans of $T_{w\_page\_scan}$. If the scan interval is not at least twice the scan window, then generalized interlaced scan shall not be used. During each scan window, the device shall listen at a single hop frequency, its correlator matched to its device access code (DAC). The scan window shall be long enough to completely scan 16 page frequencies.<br><br>When a device enters the **page scan** substate, it shall select the scan frequency according to the page hopping sequence determined by the device's Bluetooth device address, see Section 2.6.4.1. The phase in the sequence shall be determined by $CLKN_{16\text{-}12}$ of the device's native clock; that is, every 1.28s a different frequency is selected.<br><br>(Bluetooth Core Specification v5.0, p. 445) |
| scanning the received signal for a wake-up data sequence for that computing device, wherein scanning is performed until either the wake-up data sequence for that computing device is received or a second predetermined time period expires; and | Sierra's Accused BT Device performs the step of scanning the received signal for a wake-up data sequence for that computing device, wherein scanning is performed until either the wake-up data sequence for that computing device is received or a second predetermined time period expires.<br><br>Sierra's Accused BT Device's signal is scanned by the computing device for a wake-up data sequence (e.g., slave device access code). The scanning (e.g., generalized interlaced scan) is performed until either the wake-up data sequence (e.g., slave device access code) for that computing device is received or a second predetermined time period expires (e.g., two back to back scans of Tw_page_scan). |

8

Case 2:26-cv-00263    Document 1-3    Filed 03/31/26    Page 10 of 11 PageID #: 128

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
|  | **8.3.1 Page Scan Substate**<br><br>In the **page scan** substate, a device may be configured to use either the standard or generalized interlaced scanning procedure. During a standard scan, a device listens for the duration of the scan window $T_{w\_page\_scan}$ (11.25ms default, see HCI [Vol 2] Part E, Section 7.3.20), while the generalized interlaced scan is performed as two back to back scans of $T_{w\_page\_scan}$. If the scan interval is not at least twice the scan window, then generalized interlaced scan shall not be used. During each scan window, the device shall listen at a single hop frequency, its correlator matched to its device access code (DAC). The scan window shall be long enough to completely scan 16 page frequencies.<br><br>(Bluetooth Core Specification v5.0, p. 445) |
| restoring that computing device to a full power mode upon detection of a wake-up data sequence for that device and exiting the wake-up data sequence detection mode if the second predetermined time period expires. | Sierra's Accused BT Device performs the step of restoring that computing device to a full power mode upon detection of a wake-up data sequence for that device and exiting the wake-up data sequence detection mode if the second predetermined time period expires.<br><br>Sierra's Accused BT Device's signal restores the computing device to a full power mode (e.g., Connection State) upon detection of a wake-up data sequence (e.g., slave device access code) and exits the wake-up data sequence detection mode (e.g., Page Scan State) if the second predetermined time period expires (e.g., two back-to-back scans of Tw_page_scan in a generalized interlaced scan).<br><br>There are two ways to enter the CONNECTION state. A device can transition from the page/page scan substates to the CONNECTION state or directly from the STANDBY state to the connectionless slave broadcast mode of the CONNECTION state.<br><br>(Bluetooth Core Specification v5.0, pp. 459) |

| Claim 1 | Sierra Wireless, Inc. |
|---|---|
| | In the case of a standard scan, if the correlator exceeds the trigger threshold during the **page scan**, the device shall enter the **slave response** substate described in Section 8.3.3.1. The scanning device may also use generalized interlaced scan. In this case, if the correlator does not exceed the trigger threshold during the first scan it shall scan a second time using the phase in the sequence determined by $[\text{CLKN}_{16\text{-}12} + \text{interlace\_offset}] \mod 32$. If on this second scan the correlator exceeds the trigger threshold the device shall enter the **slave response** substate using $[\text{CLKN}_{16\text{-}12} + \text{interlace\_offset}] \mod 32$ as the frozen CLKN* in the calculation for $\text{Xprs}^{(79)}$ (see Section 2.6.4.3 for details). If the correlator does not exceed the trigger threshold during a scan in normal mode or during the second scan in interlaced scan mode it shall return to either the **STANDBY** or **CONNECTION** state.<br><br>(Bluetooth Core Specification v5.0, pp. 459) |