# EXHIBIT E

Evidence of Use Regarding Infringement of U.S. Patent No. 7,653,031

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| 15. An apparatus comprising: | Sierra Wireless, Inc.("Sierra" or "Defendant"), makes, uses (including via testing), sells, offers for sale, and/or imports, 802.11/BT Device compatible devices, including but not limited to **AirLink XR90, AirLink LX60, AirLink RX400, AirLink XR60, AirLink MG90, AirLink RX55, AirPrime BX3105, AirPrime BX3100, AirLink oMG2000, AirLink oMG500, AirPrime BX3210 Module, AirPrime Sensor Hub and AirLink XR80, AirPrime - XS1110, AirPrime WP75XX, WP8548, AirPrime EM7355, AirPrime - EM7305, AirPrime EM7455, MC7455, MC7354** and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), which practice claim 15.<br><br>SIERRA WIRELESS IS NOW SEMTECH®<br>PRO SERIES – ULTIMATE ROUTERS<br><br>**AirLink® XR90 – High-Performance Dual 5G Vehicle Router**<br><br>Designed for mission-critical connectivity, the AirLink® XR90 delivers unmatched performance for public safety, transit, and mobile fleets. Powered by dual 5G cellular radios and dual independent 4×4 MU-MIMO Wi-Fi 6, it provides resilient, high-speed connectivity virtually anytime, anywhere, while reducing maintenance costs with ALMS Out-of-Band Management. |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | RF Exposure Evaluation Report<br>XR90<br>June 23, 2021<br>*Table 1: Description of Equipment Under Test* |

| Brand Name | Sierra Wireless |
|---|---|
| Model Name | XR90 |
| FCC ID | N7NXR90 |
| IC/ISED ID | 2417C-XR90 |
| EUT Type | WiFi / Bluetooth |
| Wireless Technology and Frequency Range | WLAN 2.4 GHz: 2400 – 2483.5 MHz<br>WLAN 5.2 GHz: 5150 – 5250 MHz<br>WLAN 5.3 GHz: 5250 – 5350 MHz<br>WLAN 5.6 GHz: 5470 – 5725 MHz<br>WLAN 5.8 GHz: 5725 – 5825 MHz<br>Bluetooth: 2400 – 2483.5 MHz |
| Mode | WLAN: 802.11 b/g/n/a/ac/ax HE20/40/80<br>Bluetooth: BR/EDR/LE |
| Antenna Gain | 2.4GHz WiFi: -0.25dBi<br>5 GHz WiFi: 0.50 dBi |

(https://fccid.io/N7NXR90/RF-Exposure-Info/XR90WiFi10GUPCA-RFExp-20210520-v1-4-5377756.pdf p. 1 & 3)

| Claim 15 | Sierra Wireless, Inc. |
| --- | --- |
| | ESSENTIAL SERIES<br><br>**AirLink® LX60 Dual Ethernet 4G LTE Router for Enterprise & IoT**<br><br>**Dual Ethernet 4G LTE Router for Retail, Fleet, and IoT**<br><br>The AirLink® LX60 delivers secure, high-performance LTE and Wi-Fi connectivity for both primary and backup applications in Enterprise IoT—including ATMs, kiosks, and POS terminals. With dual Ethernet ports and industrial-grade reliability, the LX60 is also ideal for fleet vehicles, taxis, and IoT infrastructure in protected indoor or cabinet-based deployments.<br><br>(https://www.sierrawireless.com/router-solutions/lx60/) |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|

(https://www.ebay.com/itm/226959842702)

**Report No.: FCC_IC_SL17052001-SLX-014-W52W58**
**Supersede Report No.:**

| | | |
|---|---|---|
| Applicant | : | Silex Technology, Inc. |
| Product Name | : | 802.11a/b/g/n/ac + BT4.1 module |
| Model No. | : | SX-SDPAC |
| Test Standard | : | 47 CFR 15.407<br>RSS-247 Issue 2, February 2017 |
| Test Method | : | RSS-Gen Issue 4, Nov 2014<br>ANSI C63.4: 2014<br>789033 D02 General UNII Test Procedures New Rules v01r02 |
| FCC ID | : | N6C-SDPAC |
| IC ID | : | 4908A-SDPAC |
| Dates of test | : | 10/01/2017 – 10/03/2017 |
| Issue Date | : | 10/04/2017 |
| Test Result | : | ☒ Pass ☐ Fail |
| Equipment complied with the specification [X]<br>Equipment did not comply with the specification [ ] | | |

(https://fccid.io/N6C-SDPAC/Test-Report/NII-Test-Report-3646148.pdf p. 1)

| Claim 15 | Sierra Wireless, Inc. |
| --- | --- |
| | AirLink RX400 / EX400<br>Hardware User Guide<br>**IECEx Compliance (RX400 only)**<br>Special condition of safe use:<br>▪ Equipment shall be installed in an Ex certified tool secured enclosure which provides a minimum ingress protection of IP54. It must be mounted with mounting screws on a flat surface, or optional DIN rail mounting bracket with the DIN rail clip to a horizontal DIN rail and the spring clip at the bottom.<br>▪ Equipment references the enclosure ground. The end user shall ensure that the installation adequately mitigates the risks of circulating earth currents and floating voltages.<br>**Important:** *IECEx Compliance certification of radio equipment type RX400/EX400 is currently in progress. When complete, the following section will apply:*<br>This certification applies to the following Product SKUs:<br>▪ 1105304 RX400 Serial, Ethernet<br>▪ 1105305 RX400 Serial, Ethernet, Wi-Fi<br>RX400 SKUs contain FCC ID: N7NEM86T / ISED ID: 2417C-EM86T<br>RX400 SKUs with Wi-Fi also contain FCC ID: N6C-SDMAX / ISED ID: 4908A-SDMAX<br>(https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/user_guides/hardware-guide/41114996-rx400-ex400-hw-user-guide-r1.ashx p. 1 & 73) |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | **TEST REPORT**<br><br>**CERTIFICATE OF CONFORMITY**<br><br>**Standard:** **47 CFR FCC Part 15, Subpart E (Section 15.407)**<br>**Report No.:** RFBHVI-WTW-P22120237B-1<br>**FCC ID:** N6C-SDMAX<br>**Product:** Wireless Embedded Module<br>**Brand:** Silex Technology<br>**Model No.:** SX-SDMAX<br>**Received Date:** 2023/12/4<br>**Test Date:** 2024/1/2 ~ 2024/3/19<br>**Issued Date:** 2024/4/12<br><br>**Applicant:** Silex Technology, Inc.<br>**Address:** 2-3-1 Hikaridai, Seika-cho, Soraku-gun, Kyoto 619-0237, Japan<br>**Issued By:** Bureau Veritas Consumer Products Services (H.K.) Ltd., Taoyuan Branch Hsin Chu Laboratory |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | (see reproduced excerpt below) |

### 3 General Information

#### 3.1 General Description of EUT

| Product | Wireless Embedded Module |
|---|---|
| Brand | Silex Technology |
| Test Model | SX-SDMAX |
| Status of EUT | Engineering sample |
| Power Supply Rating | 3.3 Vdc from host equipment |
| Modulation Type | 64QAM, 16QAM, QPSK, BPSK for OFDM<br>256QAM for OFDM in 11ac mode<br>1024QAM for OFDMA in 11ax mode |
| Modulation Technology | OFDM, OFDMA |
| Transfer Rate | 802.11a: up to 54 Mbps<br>802.11n: up to 150 Mbps<br>802.11ac: up to 433.3 Mbps<br>802.11ax: up to 600.4 Mbps |
| Operating Frequency | 5.18 GHz ~ 5.24 GHz<br>5.26 GHz ~ 5.32 GHz<br>5.5 GHz ~ 5.72 GHz<br>5.745 GHz ~ 5.825 GHz |
| Number of Channel | 802.11a, 802.11n (HT20), 802.11ac (VHT20), 802.11ax (HE20): 25<br>802.11n (HT40), 802.11ac (VHT40), 802.11ax (HE40): 12<br>802.11ac (VHT80), 802.11ax (HE80):6 |
| Resource Unit (RU) | Single RU: 26-tone, 52-tone, 106-tone, 242-tone, 484-tone, 996-tone |
| Output Power | 5.18 GHz ~ 5.24 GHz : 43.451 mW (16.38 dBm)<br>5.26 GHz ~ 5.32 GHz : 43.551 mW (16.39 dBm)<br>5.5 GHz ~ 5.72 GHz : 42.855 mW (16.32 dBm)<br>5.745 GHz ~ 5.825 GHz : 43.451 mW (16.38 dBm) |

7

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | 1. This is a supplementary report of Report No.: RFBHVI-WTW-P22120237-1. The differences between them are as below information:<br>◆ Added new antenna (Refer to section 3.2)<br>◆ Change the firmware version to 18.99.1.p140.16, Reduce the output power of 5G particular preamble modes through software(In order to resolve some fixes issue. This update is not expected to affect the DFS test result.).<br>2. According to above condition, only RF Output Power, Power Spectral Density & Unwanted Emissions test items has to be performed. And all data are verified to meet the requirements.<br>3. There are Bluetooth and WLAN (2.4 GHz & 5 GHz) technology used for the EUT.<br>4. Simultaneously transmission condition.<br>Condition: 1 — Technology: WLAN (5 GHz), Bluetooth<br>Note: The emission of the simultaneous operation has been evaluated and no non-compliance was found.<br>5. The EUT support OFDMA and Partial RU mode, therefore partial RU combination were investigated and the worst case scenario was identified. (The worst case data were presented in section 3.4)<br>6. Since antenna type remains identical for newly added antennas, and the highest out-of-band gain and in-band gain still fall under the original approved antenna for 2.4GHz WLAN and BT bands, no re-test was deemed necessary.<br>7. The above EUT information is declared by manufacturer and for more detailed features description, please refers to the manufacturer's specifications or user's manual.<br>(https://fccid.io/N6C-SDMAX/Test-Report/Test-Report-NII-rev-7287378.pdf p. 1 & 6)<br><br>PERFORMANCE SERIES<br>**AirLink® XR60 Ultra-compact Rugged 5G and Wi-Fi 6 Cellular Router**<br>The AirLink® XR60 is an ultra-compact, rugged 5G cellular router designed to deliver reliable, high-performance 5G and Wi-Fi 6 connectivity in space-constrained and harsh environments — from tight industrial enclosures to fast-moving vehicles. |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | **KEY FEATURES**<br>Cellular Radios: 5G<br>Wi-Fi: 2×2 MIMO Wi-Fi 6 (Optional)<br>Ethernet: 1 x Ethernet RJ45 (1 Gbps) – Single Serial/Single Ethernet variant; 2 x Ethernet RJ45 (1×1 Gbps + 1×5 Gbps) – Dual Ethernet variant<br>Serial: Dual RS-232/485 (Serial/Ethernet variant)<br>GNSS: Dual-band 40 Channel GNSS<br>CAN: –<br>I/O: 1 GPIO<br>USB: USB 3.2 Gen 1 Type-C® with power delivery and 5 Gbps LAN networking<br>Bluetooth: –<br>IP Rating: Sealed Aluminum Housing (IP64 Rated)<br>Services: AirLink Complete (5 years included when registered in ALMS)<br>Operating System: AirLink OS<br>Management System: AirLink Management Service (ALMS)<br><br>SIERRA WIRELESS AirLink® XR60<br><br>(https://www.sierrawireless.com/router-solutions/xr60/)<br><br>AirLink XR60<br>Hardware User Guide |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | **Key Features**<br>• Cellular support:<br>· High-performance 4x4 5G NR Sub-6G and LTE-Advanced (Cat 20)<br>· FirstNet support (Band 14) with Carrier Aggregation (Certification in progress/ pending)<br>· Dual SIM support for nano-SIM (4FF) cards<br>*Note: The XR60 is the first Semtech router designed to use nano-SIM cards.*<br>· Fully automatic network operator switching on SIM card insertion<br>• Wi-Fi support:<br>· 2x2 Wi-Fi 802.11ax 2.4/5 GHz<br><br>AirLink XR60 Hardware User Guide<br><br>**Table 5-1: FCC Antenna Gain and Collocated Radio Transmitter Specifications (Continued)**<br>(table below)<br><br>(https://www.communica.se/sierrawireless/41114699%20AirLink%20XR60%20Hardware%20User%20Guide%20r1.pdf p. 1,9 & 74) |

| Band | Tx Freq Range (MHz) | Max Time-Avg Cond Power (dBm) | Antenna Gain Limit (dBi) | Source-based Time-Avg Max EIRP (dBm) |
|---|---|---|---|---|
| WLAN 2.4 GHz | 2400–2500 | 20.00 | 5.0 | 25.00 |
| WLAN 5 GHz | 5150–5850 | 20.00 | 5.0 | 25.00 |
| WLAN 6 GHz | 5925–7125 | 20.00 | 5.0 | 25.00 |
| Bluetooth | 2400–2500 | 15.00 | 5.0 | 20.00 |

Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,653,031

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| |  PRO SERIES – ULTIMATE ROUTERS<br>AirLink® MG90 5G<br>High Performance Multi-Network 5G/ Wi-Fi 5 Router<br>The AirLink® MG90 is purpose built for transit, rail and first responders with dual-Cellular radios and dual Gigabit Wi-Fi delivering always-on connectivity with extensions to Land Mobile Radio (LMR) and satellite systems.<br>Dual 5G or Dual 4G<br>Dual 3×3 MIMO Wi-Fi 5<br>5x Ethernet (1 Gbps)<br>Single Serial<br>GNSS with Dead Reckoning<br>IP64 Rated<br>MGOS with AirLink Support<br>SIERRA WIRELESS<br>MG90 (https://www.sierrawireless.com/router-solutions/mg90/) |

11

Page |E-11

| Claim 15 | Sierra Wireless, Inc. |
| --- | --- |
| |  |

Table 3-1: General Router Specifications (Continued)

| Vehicle Area Networking (LAN) | • Support for all on-board devices - wired and wireless<br>· IEEE 802.11 b/g/n/ac (built-in vehicle AP)<br>· 10/100/1000 Base-T Ethernet - RJ45 x 5 ports<br>· Bluetooth<br>· Serial—RS-232 DB-9<br>· DHCP Server (RFC 2131)<br>· USB - USB 3.0 x 2, Type A (female)<br>• Compatibility<br>· Operates with Wi-Fi certified client devices<br>· Supports all major client operating systems |
| --- | --- |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | **Table 2-1: Antenna Connector Types** (see table below) (https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/mg-series/4118699-airlink-mg90-hardware-user-guide-r11.ashx p. 1, 21 & 42) |

**Table 2-1: Antenna Connector Types**

| Module Type | | Connector Label | Description | Type |
|---|---|---|---|---|
| Cellular Radio | MG90 5G | Cellular A (1, 2) | Rx/Tx for<br>• Single radio variant (4x4 MIMO)<br>• Dual radio variant (first radio 2x2 MIMO) | SMA |
| | | Cellular B (1, 2) / Cellular A (3, 4) | Cellular A—Rx/Tx for single radio variant (4x4 MIMO)<br>Cellular B—Rx/Tx for dual radio variant (second radio 2x2 MIMO) | |
| | MG90 | Cellular A / Diversity A | Cellular A—First radio, Rx/Tx | |
| | | | Diversity A—First radio, Rx Diversity | |
| | | Cellular B / Diversity B | Cellular B—Second radio, Rx/Tx | |
| | | | Diversity B—Second radio, Rx Diversity | |
| GNSS | | GNSS | GNSS | SMA |
| Wi-Fi | | Wi-Fi A (1, 2, 3) | • Wi-Fi 802.11b/g/n/ac, 3x3 MIMO<br>• Used for Wi-Fi WAN (Default configuration) | RP-SMA |
| | | Wi-Fi B (1, 2, 3) | • Wi-Fi 802.11b/g/n/ac, 3x3 MIMO<br>• Used for Wi-Fi access point (Default configuration) | |
| Bluetooth | | Bluetooth | Bluetooth | |

(https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/mg-series/4118699-airlink-mg90-hardware-user-guide-r11.ashx p. 1, 21 & 42)

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | PRO SERIES – COMPACT ROUTERS<br><br>**AirLink® RX55 Rugged Industrial 4G LTE IoT Router**<br><br>**The World's Most Power-Efficient Rugged 4G LTE-A Router***<br><br>The AirLink® RX55 is purpose-built for Industrial IoT, offering the lowest idle power consumption in its class*. Engineered with a rugged design for harsh and remote environments, the RX55 enables ultra-reliable connectivity across both public and private networks.<br><br>With advanced networking features and industry-standard container support, it enables secure, real-time edge computing for mission-critical industrial applications—from smart infrastructure and utilities to transportation and energy.<br><br>4G LTE-A (Cat-7)<br>Dual 1×1 Wi-Fi 5<br>1x Ethernet (1 Gbps)<br>Single/Dual Serial<br>GNSS<br>IP64 Rated<br>AirLink OS with AirLink Complete |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|

(https://www.sierrawireless.com/router-solutions/rx55/)

AirLink® RX55 – Router Specifications  Print Specs  Download Specs →

| KEY FEATURES | |
|---|---|
| Cellular Radios | 4G LTE-A |
| Wi-Fi | Dual 1×1 Wi-Fi 5 |
| Ethernet | 1x 1 Gigabit Ethernet Port (RJ45) |
| Serial | Dual RS-232 serial port (DB9) – Base Model (with optional Y-cable)<br>Single RS-232 serial port (DB9) – Wi-Fi & Wi-Fi Plus Model |
| GNSS | 30 Channel GNSS |
| CAN | Wi-Fi & Wi-Fi Plus Model (with optional Y-cable) |
| I/O | 1 GPIO |
| USB | USB 2.0 Micro-B |
| Bluetooth | – |
| IP Rating | Sealed Aluminum Housing (IP64 Rated) |
| Services | AirLink Complete |
| Operating System | AirLink OS |
| Management System | ALMS |

(https://www.sierrawireless.com/router-solutions/rx55/#specs)

Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,653,031

| Claim 15 | Sierra Wireless, Inc. |
|---|---|

**Wi-Fi Performance**

| Technology | Frequency | MIMO | 20 MHz[a] | 40 MHz[a] | 80 MHz[a] |
|---|---|---|---|---|---|
| 802.11n | 2.4 GHz | 1 × 1 | 72 Mbps | | |
| | 5 GHz | 1 × 1 | 100 Mbps | 150 Mbps | |
| 802.11ac | 5 GHz | 1 × 1 | 87 Mbps | 200 Mbps | 433 Mbps |

| | | | | Maximum EIRP (dBm) |
|---|---|---|---|---|
| Collocated transmitters | WLAN 2.4 GHz | 2400 | 2500 | 30 |
| | WLAN 5 GHz | 5150 | 5850 | 30 |
| | Bluetooth | 2400 | 2500 | 16 |

(https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/user_guides/hardware-guide/41114494-airlink-rx55-hardware-user-guide-r4.ashx p.47 & 57)

SIERRA WIRELESS IS NOW SEMTECH
Source
HOME
SEARCH
BLOG
FORUM
DEVICES / End of Life Modules
BC118
BC127
BX3100
BX3105
EM7305
EM7330
EM7355
EM7430
EM7455
HiLo 3G
BX3105
SIERRA WIRELESS
BX3105
The BX3105 is a low power, 802.11 b/g/n Wi-Fi and Bluetooth 4.2 combo module. It comes preloaded with Sierra Wireless software including TCP/IP and Bluetooth stacks, and is ideal for developers who want to quickly and cost effectively integrate Wi-Fi and Bluetooth functionality into their products. The BX3105 includes an integrated PCB antenna.
Compatible Technologies
M2M cloud: AirVantage Ready certified (BX3100/BX3105) [learn more]

(https://source.sierrawireless.com/devices/wifi-bluetooth-modules/bx3105/#sthash.gtGn1GKG.dpbs)

16

Page |E-16

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| |  |

SIERRA WIRELESS IS NOW SEMTECH | Source

HOME SEARCH BLOG FORUM

DEVICES / End of Life Modules

BC118 BC127 BX3100 BX3105 EM7305 EM7330 EM7355 EM7430 EM7455 HiLo 3G

AirPrime BX3100

The BX3100 is a low power, xSmall CF3 form factor, 802.11 b/g/n Wi-Fi and Bluetooth 4.2 combo module. It comes preloaded with Sierra Wireless software including TCP/IP and Bluetooth stacks, and is ideal for developers who want to quickly and cost effectively integrate Wi-Fi and Bluetooth functionality into their products. The BX3100 is meant for connection with an external antenna.

Compatible Technologies

- M2M cloud: AirVantage Ready certified (BX3100/BX3105) [learn more ▸]

(https://source.sierrawireless.com/devices/wifi-bluetooth-modules/bx3100/#sthash.KGvlnaT4.dpbs)

AirPrime BX3100/BX3105
Wi-Fi/BT Module

Hardware Integration Guide

1.2 General RF/Software Features

The AirPrime BX310x is a low-power, small form-factor self-contained Wi-Fi/ Bluetooth® (Wi-Fi/BT) module.

With an embedded software suite, the BX310x is an ideal solution for developers who want to quickly and cost-effectively integrate Wi-Fi/BT functionality into their products.

The following table summarizes the module's supported wireless frequencies and modes:

Table 1-1: Supported RF Frequencies

| Technology | RF band | Notes |
|---|---|---|
| Wi-Fi | 2.4GHz (2.400–2.485 GHz) | • 802.11b/g/n/e/i<br>• Max data rate—MCS7 HT40 150 Mbps |
| Bluetooth | | • v4.2 BR/EDR and BLE compliant |

(https://fcc.report/FCC-ID/N7NBX31A/4001999.pdf p.1 & 6)

| Claim 15 | Sierra Wireless, Inc. |
| --- | --- |

(https://source.sierrawireless.com/devices/omg/omg2000/#sthash.hyrgnser.PtZzWAwY.dpbs)

(https://source.sierrawireless.com/-/media/support_downloads/imt/user-guides/41111664-omg-operation-and-configuration-guide-3,-d-,15-r1.ashx p.1 & 8)

Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,653,031

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| |  |

SIERRA WIRELESS IS NOW SEMTECH
Source
HOME
SEARCH
BLOG
FORUM
DEVICES / AirLink / AirLink End of Life
ES440
ES450
GNX
GX400
GX440
GX450
LS300
oMG2000
oMG500
RV50
AirLink oMG500
The oMG Mobile Gateway (oMG) is specifically designed to deliver secure, persistent, wireless wide area networking for vehicles. The oMG can be configured with multiple embedded WAN access technologies to provide uninterrupted data connectivity with unsurpassed throughput. Supported technologies include commercial cellular LTE, public safety broadband LTE and 2.4GHz or 5GHz Wi-Fi.
End of Sale Notification for oMG2000 and oMG500
Sierra Wireless has announced the planned End of Sale (EOS) of the oMG2000 and oMG500. Read the End of Sales Notification for details. The successor AirLink MG90 is recommended for new projects.
oMG
Operation and Configuration Guide 3.15
Key Features of the oMG:
Works in conjunction with the AMM to transmit data such as GPS, telemetry, GPIO, and asset tracking information
Supports customization through the installation of select applications (purchased separately) which tailor the unit to the needs of a fleet
Supports a variety of network interfaces including Ethernet, USB, Bluetooth, Serial, a wide range of 802.11 Wi-Fi frequencies, 3G cellular networks, and LTE networks
Supports network redundancy through multiple network interface installations

(https://source.sierrawireless.com/devices/omg/omg500/#sthash.sW2kFd7b.dpbs)

(https://source.sierrawireless.com/-/media/support_downloads/imt/user-guides/41111664-omg-operation-and-configuration-guide-3,-d-,15-r1.ashx p.1 & 8)

19

Page |E-19

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | BX3210<br>Sierra Wireless Inc.<br>device / Sierra Wireless Inc. / bx3210<br>AirPrime BX3210 Module - Original Equipment |

# Radio Exposure Evaluation Report

FCC ID : N7NBX3210
Equipment : AirPrime BX3210 Module
Brand Name : Sierra Wireless Inc.
Model Name : AirPrime BX3210 Module
Applicant/ Manufacturer : Sierra Wireless Inc. 13811 Wireless Way, Richmond, BC V6V 3A4, Canada
Standard : 47 CFR Part 2.1091

## 1 General Description

### 1.1 EUT General Information

| RF General Information | | | |
|---|---|---|---|
| Evaluation Mode | Frequency Range (MHz) | Operating Frequency (MHz) | Modulation Type |
| 2.4GHz WLAN | 2400-2483.5 | 2412-2462 | 802.11b: DSSS (DBPSK, DQPSK, CCK)<br>802.11g/n: OFDM (BPSK, QPSK, 16QAM, 64QAM) |
| 5GHz WLAN | 5150-5250<br>5250-5350<br>5470-5725<br>5725-5850 | 5180-5240<br>5260-5320<br>5500-5700<br>5745-5825 | 802.11a/n: OFDM (BPSK, QPSK, 16QAM, 64QAM)<br>802.11ac: OFDM (BPSK, QPSK, 16QAM, 64QAM, 256QAM) |
| Bluetooth | 2400-2483.5 | 2402-2480 | BR / EDR: FHSS (GFSK / π/4-DQPSK / 8DPSK)<br>LE: DSSS (GFSK) |

(https://fccid.io/N7NBX3210/RF-Exposure-Info/MPE-Report-4229683.pdf p. 1 & 5)

| Claim 15 | Sierra Wireless, Inc. |
| --- | --- |
| | AirPrime SensorHub<br><br>The Sierra Wireless AirPrime® SensorHub is an ultra-low power, highly ruggedized, reusable horizontal platform designed to anticipate and address a wide range of IoT use cases.<br><br>Features include:<br><br>• Compact form-factor to build on, test, or even take any IoT application to market including small tracking devices<br>• HL7802 cellular module for LTE-M (Cat-M1), NB-IOT (Cat-NB1) and 2G connectivity<br>• BX3105 Wi-Fi/BT module for built-in Wi-Fi b/g/n and Bluetooth 5.0 BLE<br>(https://fccid.io/N7NBX3210/RF-Exposure-Info/MPE-Report-4229683.pdf p. 1 & 5) |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | AirLink® XR80 5G LTE Router for Fixed and Mobile Applications<br><br>High Performance Multi-Network 5G /Wi-Fi 6 Router<br><br>The supercharged AirLink® XR80 5G LTE router is optimized for fixed and mobile applications. The available dual-5G cellular radio and 5×4 MU-MIMO Wi-Fi 6 deliver the flexibility expected from a high-performance vehicle and industrial 5G router with customized configurations. The AirLink XR80 supports complete device-to-cloud security, reduces total cost of ownership with ALMS Out-of-Band management, and, with its cartridge-based design, enables long-term expandability and upgradability for critical mobile and industrial deployments.<br><br>https://www.sierrawireless.com/router-solutions/xr80/#benefits<br><br>AIRLINK XR80 – PERFORMANCE SERIES ROUTER<br><br>Top Features \| Specifications<br><br>Host Interfaces: All WAN/LAN interfaces use Sierra Cognitive Wireless and Data Path Acceleration Architecture<br>Single 5G: 3x RJ-45 Ethernet ports (1x 5Gbps with PTP IEEE 1588, 2x 1Gbps)<br>Dual 5G: 4x RJ-45 Ethernet ports (1x 5Gbpswith PTP IEEE 1588, 4x 1Gbps)<br>Dual SIM Slots. Dual RS-232 serial on RJ-45<br>Aux Port (GPIO/CAN), USB 3.2 type-C port Bluetooth (future support)<br><br>(https://www.sphinxcomputer.de/produktdb/documents/7642_14833.pdf Page 2 of 2) |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | XS1110<br>SIERRA WIRELESS XS Series<br><br>https://source.sierrawireless.com/devices/positioning-modules/xs1110/#sthash.2Xcwn7Hq.dpbs<br><br>**Layout Underneath the Module**<br><br>The XS1110 modules have high receiving sensitivity at around -161 dBm. During hardware integration, try to avoid noise or harmonics in the following bands to prevent unnecessary reception degradation:<br>• **GPS — 2.046 MHz BW NB GPS (centered on 1575.42 MHz)**<br>• **Glonass (GLO) — ~8.3 MHz BW (1597–1606 MHz), 14 channels (-7 to +6)**<br>• **BeiDouSystems (BDS) — 4.092 MHz BW (1559.05 –1563.14 MHz)**<br>• **Galileo (GAL) — 4.092 MHz BW (centered on 1575.42 MHz)**<br><br>Modern GNSS positioning products integrate many components such as an LCD screen, MCU, high speed digital signal (access memory card) and RF system (i.e. cellular module, BT, Wi-Fi DVB-T). These may cause poor GNSS RF reception; keep these components away from the module to avoid noise interference.<br><br>https://source.sierrawireless.com/-/media/support_downloads/airprime/hardware_specs_user_guides/airprime---xs1110---product-technical-specification---rev4,-d-,0.ashx |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|

The AirPrime WP7504/AirPrime WP8548 module may transmit simultaneously with other collocated radio transmitters within a host device, provided the following conditions are met:

- Each collocated radio transmitter has been certified by FCC/IC for mobile application.
- At least 20 cm separation distance between the antennas of the collocated transmitters and the user's body must be maintained at all times.

**Table 9-2: Collocated Radio Transmitter Specifications**

| Device | Technology | Frequency (MHz) | EIRP Limit (dBm) | |
|---|---|---|---|---|
| | | | AirPrime WP7504 | AirPrime WP8548 |
| Collocated transmitters[a] | WLAN | 2400–2500 | 25 | 27 |
| | | 5150–5850 | 27 | 27 |
| | WiMAX | 2300–2400 | 25 | 27 |
| | | 2500–2700 | 25 | 27 |
| | | 3300–3800 | 25 | 27 |
| | BT | 2400–2500 | 15 | 20 |

a. Valid collocated transmitter combinations: WLAN+BT; WiMAX+BT. (WLAN+WiMAX+BT is not permitted.)

https://source.sierrawireless.com/-/media/support_downloads/airprime/hardware_specs_user_guides/4116440-airprime_wp75xx-wp8548_product_technical_specification_rev_15.ashx

AirPrime EM7355

SIERRA WIRELESS

EM7355

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | https://source.sierrawireless.com/devices/em-series/em7355/#sthash.2RPihLnG.dpbs |

Table 8-1: Collocated configuration specifications

| Device | Technology | Band | Frequency (MHz) | Collocated configuration: Maximum antenna gain (dBi) | Collocated configuration: Maximum conducted power (dBm) |
|---|---|---|---|---|---|
| EM7355 Embedded Module | LTE | 2 | 1850–1910 | 3.0 | See Table 4-10 on page 48. |
| | | 4 | 1710–1755 | 6.0 | |
| | | 5 | 824–849 | 3.0 | |
| | | 13 | 777–787 | 6.0 | |
| | | 17 | 704–716 | 6.0 | |
| | | 25 | 1850–1915 | 3.0 | |
| | UMTS | 2 | 1850–1910 | 3.0 | See Table 4-10 on page 48. |
| | | 4 | 1710–1755 | 6.0 | |
| | | 5 | 824–849 | 3.0 | |
| | GSM | 850 | 824–849 | 3.0 | See Table 4-10 on page 48. |
| | | 1900 | 1850–1910 | 3.0 | |
| | CDMA | BC0 | 824–849 | 3.0 | See Table 4-10 on page 48. |
| | | BC1 | 1850–1910 | 3.0 | |
| | | BC10 | 817–824 | 3.0 | |
| Collocated transmitters[1] | WLAN | | 2400–2500 | 5.0 | 29 |
| | | | 5150–5850 | 5.0 | 29 |
| | WiMAX | | 2300–2400 | 5.0 | 29 |
| | | | 2500–2700 | 5.0 | 29 |
| | | | 3300–3800 | 5.0 | 29 |
| | BT | | 2400–2500 | 5.0 | 15 |

1. Valid collocated transmitter combinations: WLAN+BT; WiMAX+BT. (WLAN+WiMAX+BT is not permitted.)

https://source.sierrawireless.com/-/media/support_downloads/airprime/hardware_specs_user_guides/airprime-em7355-product-technical-specification_r3.ashx

| Claim 15 | Sierra Wireless, Inc. |
| --- | --- |
| | AirPrime EM7305<br>SIERRA WIRELESS EM7305<br><br>https://source.sierrawireless.com/devices/em-series/em7305/#sthash.GLIcWj5y.U0JIiMVC.dpbs<br><br>**3.** The EM7305 modem may transmit simultaneously with other collocated radio transmitters within a host device, provided the following conditions are met:<br>· Each collocated radio transmitter has been certified by FCC for mobile application.<br>· At least 20 cm separation distance between the antennas of the collocated transmitters and the user's body must be maintained at all times. |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | (table below) |

Table 8-1: Collocated configuration specifications

| Device | Technology | Band | Frequency (MHz) | Collocated configuration: Maximum antenna gain (dBi) | Collocated configuration: Maximum conducted power (dBm) |
|---|---|---|---|---|---|
| EM7305 Embedded Module | UMTS | 2 | 1850–1910 | 3.0 | See Table 4-8 on page 46. |
| | | 5 | 824–849 | 3.0 | |
| | GSM | 850 | 824–849 | 3.0 | See Table 4-8 on page 46. |
| | | 1900 | 1850–1910 | 3.0 | |
| Collocated transmitters[1] | WLAN | | 2400–2500 | 5.0 | 29 |
| | | | 5150–5850 | 5.0 | 29 |
| | WiMAX | | 2300–2400 | 5.0 | 29 |
| | | | 2500–2700 | 5.0 | 29 |
| | | | 3300–3800 | 5.0 | 29 |
| | BT | | 2400–2500 | 5.0 | 15 |

1. Valid collocated transmitter combinations: WLAN+BT; WiMAX+BT. (WLAN+WiMAX+BT is not permitted.)

**4.** A label must be affixed to the outside of the end product into which the EM7305 modem is incorporated, with a statement similar to the following:
- **This device contains FCC ID: N7NEM7305.**

https://source.sierrawireless.com/-/media/support_downloads/airprime/hardware_specs_user_guides/airprime-em7305-product-technical-specification_r3.ashx

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | AirPrime EM7455<br>SIERRA WIRELESS<br>EM7455<br><br>https://source.sierrawireless.com/devices/em-series/em7455/#sthash.lm0fD5Cw.dpbs<br><br>3. The EM7455 module may transmit simultaneously with other collocated radio transmitters within a host device, provided the following conditions are met:<br>· Each collocated radio transmitter has been certified by FCC/IC for mobile application.<br>· At least 20 cm separation distance between the antennas of the collocated transmitters and the user's body must be maintained at all times.<br>· The output power and antenna gain in a collocated configuration must not exceed the limits and configurations stipulated in Table 8-2 on page 62.<br><br>**Table 8-2: Collocated Radio Transmitter Specifications** |

| Device | Technology | Frequency (MHz) | EIRP Limit (dBm) |
|---|---|---|---|
| Collocated transmitters[a] | WLAN | 2400–2500 | 25 |
| | | 5150–5850 | 27 |
| | WiMAX | 2300–2400 | 25 |
| | | 2500–2700 | 25 |
| | | 3300–3800 | 25 |
| | BT | 2400–2500 | 15 |

a. Valid collocated transmitter combinations: WLAN+BT; WiMAX+BT. (WLAN+WiMAX+BT is not permitted.)

https://source.sierrawireless.com/-/media/support_downloads/airprime/74xx/4116236-airprime-em7455-product-technical-specification-r15.ashx

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | MC7455<br><br>https://source.sierrawireless.com/devices/mc-series/mc7455/#sthash.3Zi57gPa.dpbs |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | (see below) |

3. The MC7455 module may transmit simultaneously with other collocated radio transmitters within a host device, provided the following conditions are met:

21 59 4116238

nical Specification

- Each collocated radio transmitter has been certified by FCC/IC for mobile application.
- At least 20 cm separation distance between the antennas of the collocated transmitters and the user's body must be maintained at all times.
- The output power and antenna gain in a collocated configuration must not exceed the limits and configurations stipulated in Table 8-2.

Table 8-2: Collocated Radio Transmitter Specifications

| Device | Technology | Frequency (MHz) | EIRP Limit (dBm) |
|---|---|---|---|
| Collocated transmitters[a] | WLAN | 2400–2500 | 25 |
| | | 5150–5850 | 27 |
| | WiMAX | 2300–2400 | 25 |
| | | 2500–2700 | 25 |
| | | 3300–3800 | 25 |
| | BT | 2400–2500 | 15 |

a. Valid collocated transmitter combinations: WLAN+BT; WiMAX+BT. (WLAN+WiMAX+BT is not permitted.)

https://source.sierrawireless.com/-/media/support_downloads/airprime/74xx/4116238-mc7455-pts-r15.ashx

Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 7,653,031

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| |  MC7354<br>SIERRA WIRELESS<br>AirPrime<br>MC7354 https://source.sierrawireless.com/devices/mc-series/mc7354/#sthash.LQsNfxwx.dpbs |

31

Page |E-31

| Claim 15 | Sierra Wireless, Inc. |
|---|---|

Table 8-1: Collocated configuration specifications

| Device | Technology | Band | Frequency (MHz) | Collocated configuration: Maximum antenna gain (dBi) | Collocated configuration: Maximum conducted power (dBm) |
|---|---|---|---|---|---|
| MC7354 Mini Card | LTE | 2 | 1850–1910 | 3.0 | See Table 4-10 on page 51. |
| | | 4 | 1710–1755 | 4.0 | |
| | | 5 | 824–849 | 4.0 | |
| | | 13 | 777–787 | 4.0 | |
| | | 17 | 704–716 | 4.0 | |
| | | 25 | 1850–1915 | 3.0 | |
| | UMTS | 2 | 1850–1910 | 3.0 | See Table 4-10 on page 51. |
| | | 4 | 1710–1755 | 4.0 | |
| | | 5 | 824–849 | 4.0 | |
| | GSM | Cellular (850) | 824–849 | 4.0 | See Table 4-10 on page 51. |
| | | PCS (1900) | 1850–1910 | 3.0 | |
| | CDMA | BC0 | 824–849 | 4.0 | See Table 4-10 on page 51. |
| | | BC1 | 1850–1910 | 3.0 | |
| | | BC10 | 817–824 | 4.0 | |
| Collocated transmitters[1] | WLAN | | 2400–2500 | 5.0 | 29 |
| | | | 5150–5850 | 5.0 | 29 |
| | WiMAX | | 2300–2400 | 5.0 | 29 |
| | | | 2500–2700 | 5.0 | 29 |
| | | | 3300–3800 | 5.0 | 29 |
| | BT | | 2400–2500 | 5.0 | 15 |

1. Valid collocated transmitter combinations: WLAN+BT; WiMAX+BT. (WLAN+WiMAX+BT is not permitted.)

https://source.sierrawireless.com/-/media/support_downloads/airprime/hardware_specs_user_guides/4114635_airprime-mc7354-product-technical-specification_r9.ashx

| Claim 15 | Sierra Wireless, Inc. |
| --- | --- |
| a first air interface subsystems comprising: | Sierra's accused 802.11/BT Device comprises a first air interface subsystem.<br><br>Sierra's accused 802.11/BT Device comprises a first air interface subsystem (e.g., 802.11 Device).<br><br><br><br>**Figure 1—Overall structure of 802.11b / 802.15.1 combined AWMA and PTA collaborative coexistence mechanism**<br><br>(802.15.2-2003, Part 15.2: Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, p. 10) |
| a receiver configured for receiving a beacon frame in accordance | Sierra's accused 802.11/BT Device comprises a receiver configured for receiving a beacon frame in accordance with a first communications protocol using a shared-communications channel wherein the beacon frame comprises a beacon interval. |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| with a first communications protocol using a shared-communications channel wherein the beacon frame comprises a beacon interval; | Sierra's accused 802.11/BT Device comprise a receiver (e.g., 802.11 receiver) configured for receiving a beacon frame (e.g., beacon) in according with a first communications protocol (e.g., 802.11) using a shared-communications channel (e.g., a 2.4 GHz channel), wherein the beacon frame comprises a beacon interval (e.g., a WLAN interval).<br><br>The IEEE 802.11 WLAN AP sends out a beacon at a periodic interval. The beacon period is $T_B$. AWMA subdivides this interval into two subintervals: one for WLAN traffic and one for WPAN traffic. Figure 2 illustrates the separation of the WLAN beacon interval into two subintervals. The WLAN interval begins at the WLAN target beacon transmit time (TBTT). The length of WLAN subinterval is $T_{WLAN}$, which is specified in the offset field of the medium sharing element (MSE) in the beacon. The WPAN subinterval begins at the end of the WLAN interval. The length of the WPAN subinterval is $T_{WPAN}$, which is specified in the duration field of the MSE in the beacon. The combined length of these two subintervals shall not be greater than the beacon period.<br><br>TBTT  TB  TBTT<br>WLAN Interval  WPAN Interval<br>TWLAN  TWPAN  TGUARD<br><br>**Figure 2—Timing of the WLAN and WPAN subintervals** |

| Claim 15 | Sierra Wireless, Inc. |
| --- | --- |
| | (802.15.2-2003, Part 15.2: Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, pp. 13-14) |
| a processor configured for determining a transmit opportunity on the shared-communications channel wherein the transmit opportunity is based on the time at which the beacon frame is received and on the beacon interval; and | Sierra's accused 802.11/BT Device comprises a processor configured for determining a transmit opportunity on the shared-communications channel wherein the transmit opportunity is based on the time at which the beacon frame is received and on the beacon interval.<br><br>Sierra's accused 802.11/BT Device comprises a processor (e.g., in 802.11 Device) configured for determining a transmit opportunity on the shared-communications channel wherein the transmit opportunity is based on the beacon frame.<br><br>The IEEE 802.11 WLAN AP sends out a beacon at a periodic interval. The beacon period is $T_B$. AWMA subdivides this interval into two subintervals: one for WLAN traffic and one for WPAN traffic. Figure 2 illustrates the separation of the WLAN beacon interval into two subintervals. The WLAN interval begins at the WLAN target beacon transmit time (TBTT). The length of WLAN subinterval is $T_{WLAN}$, which is specified in the offset field of the medium sharing element (MSE) in the beacon. The WPAN subinterval begins at the end of the WLAN interval. The length of the WPAN subinterval is $T_{WPAN}$, which is specified in the duration field of the MSE in the beacon. The combined length of these two subintervals shall not be greater than the beacon period.<br><br>(802.15.2-2003, Part 15.2: Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, p. 13) |
| an interface configured for notifying a second air interface subsystem of the transmit opportunity, wherein the | Sierra's accused 802.11/BT Device comprises an interface configured for notifying a second air interface subsystem of the transmit opportunity, wherein the second air interface subsystem comprises a first transmitter, wherein the first transmitter is configured to communicate in accordance with a second communications protocol using the shared-communications channel, and wherein the first air interface subsystem and the second air interface subsystem are both configured to be associated with a same host computer.<br><br>Sierra's accused 802.11/BT Device comprises an interface (e.g., AWMA Medium Free Generation) for notifying a second air interface (e.g., 802.15 Device) of the transmit opportunity. The second air interface subsystem comprises a first transmitter (e.g., 802.15 transmitter) configured to communicate in accordance with a second |

| Claim 15 | Sierra Wireless, Inc. |
| --- | --- |
| second air interface subsystem comprises a first transmitter, wherein the first transmitter is configured to communicate in accordance with a second communications protocol using the shared-communications channel, and wherein the first air interface subsystem and the second air interface subsystem are both configured to be associated with a same host computer. | communications protocol (e.g., 802.15, Bluetooth, etc.) using the shared-communications channel, and wherein the first air interface subsystem and the second air interface subsystem are both configured to be associated with a same host computer (e.g., processor-based device).<br><br>802.11 Device<br>Collaborative Coexistence Mechanism<br>802.15.1 Device<br>AWMA Medium Free Generation<br>Medium Free<br>802.11 MAC<br>Status<br>Status<br>802.15.1 Link Manager<br>Tx Request<br>PTA Control<br>Tx Request<br>Tx Confirm (status)<br>Tx Confirm (status)<br>802.11 PLCP + PHY<br>802.15.1 Baseband<br><br>**Figure 1—Overall structure of 802.11b / 802.15.1 combined AWMA and PTA collaborative coexistence mechanism**<br><br>(802.15.2-2003, Part 15.2: Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, p. 10) |

| Claim 15 | Sierra Wireless, Inc. |
|---|---|
| | **5.1 WLAN/WPAN synchronization**<br><br>AWMA requires that a WLAN node and the WPAN master are collocated in the same physical unit (e.g., both within a single laptop computer). AWMA requires the WLAN node to control the timing of the WLAN and WPAN subintervals. All WLAN nodes connected to the same AP are synchronized, and hence have the same TBTT. As a result all units that implement AWMA have synchronized WLAN and WPAN subintervals. The WLAN node is required to send a physical synchronization signal to the WPAN master, which is in the same physical unit as the WLAN node. That synchronization signal specifies both the WLAN interval and the WPAN interval. This synchronization signal is called the medium free signal. Therefore, the medium is free of WLAN traffic when the medium free signal is true. Figure 3 illustrates the medium free signal.<br>(802.15.2-2003, Part 15.2: Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, p. 15) |

| Claim 16 | Sierra Wireless, Inc. |
|---|---|
| 16. The apparatus of claim 15 further comprising a second transmitter wherein the second transmitter is configured to communicate in accordance with the first communications protocol using the shared- | Sierra's accused 802.11/BT Device further comprises a second transmitter wherein the second transmitter is configured to communicate in accordance with the first communications protocol using the shared-communications channel.<br><br>Sierra's accused 802.11/BT Device further comprises a second transmitter (e.g., 802.11 transmitter) configured to communicate in accordance with the first communications protocol using the shared-communications channel. |

| Claim 16 | Sierra Wireless, Inc. |
| --- | --- |
| communications channel. |  <br>**Figure 1—Overall structure of 802.11b / 802.15.1 combined AWMA and PTA collaborative coexistence mechanism**<br>(802.15.2-2003, Part 15.2: Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, p. 10) |