# **EXHIBIT F**

Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

Case 2:26-cv-00263   Document 1-6   Filed 03/31/26   Page 2 of 71 PageID #: 239

| Claim 1 | Sierra Wireless |
|---|---|
| 1. A MIMO signal transmitter, comprising: | Sierra Wireless makes, uses, tests, sells, offers for sale, and/or imports a MIMO signal transmitter.<br><br>Sierra Wireless 802.11n compatible devices comprises a MIMO signal transmitter. Sierra Wireless 802.11n compatible devices, including, but not limited to AirLink 802.11 routers (XR90, XR80, LX60, LX40, RX400, XR60, MG90, MP70, RX55, RV55), Wi-Fi modules (BX3105, AirPrime BX3100, BX3210), Wi-Fi X-Card (GX400/440/450, Wi-Fi Expansion Card EC4501), AirLink oMG2000, AirLink oMG500,  AirCard 763S Mobile Hotspot, AirPrime Sensor Hub, AirCard 770S, AirCard 754S, AC803S, AirCard W802S, etc., which practices Claim 1.<br><br>SIERRA WIRELESS IS NOW<br>SEMTECH®<br><br>PRO SERIES – ULTIMATE ROUTERS<br><br>AirLink® XR90 – High-Performance Dual 5G Vehicle Router<br><br>Designed for mission-critical connectivity, the AirLink® XR90 delivers unmatched performance for public safety, transit, and mobile fleets. Powered by dual 5G cellular radios and dual independent 4×4 MU-MIMO Wi-Fi 6, it provides resilient, high-speed connectivity virtually anytime, anywhere, while reducing maintenance costs with ALMS Out-of-Band Management.<br><br>Key Features:<br>• Dual 5G & Wi-Fi 6: Reliable, multi-network access with the latest wireless standards<br>• End-to-End Security: Full device-to-cloud protection with AirLink OS and secure boot |

1

| Claim 1 | Sierra Wireless |
|---|---|
|  | <br><br>([https://www.sierrawireless.com/router-solutions/xr90/](https://www.sierrawireless.com/router-solutions/xr90/))<br><br><br><br>([https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf](https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf) p. 1)<br><br>RF Exposure Evaluation Report<br>XR90<br><br>June 23, 2021 |

2

| Claim 1 | Sierra Wireless |
|---|---|
| | *Table 1: Description of Equipment Under Test* <br><br> | Brand Name | Sierra Wireless | <br> | Model Name | XR90 | <br> | FCC ID | N7NXR90 | <br> | IC/ISED ID | 2417C-XR90 | <br> | EUT Type | WiFi / Bluetooth | <br> | Wireless Technology and Frequency Range | WLAN 2.4 GHz: 2400 – 2483.5 MHz <br> WLAN 5.2 GHz: 5150 – 5250 MHz <br> WLAN 5.3 GHz: 5250 – 5350 MHz <br> WLAN 5.6 GHz: 5470 – 5725 MHz <br> WLAN 5.8 GHz: 5725 – 5825 MHz <br> Bluetooth: 2400 – 2483.5 MHz | <br> | Mode | WLAN: 802.11 b/g/n/a/ac/ax HE20/40/80 <br> Bluetooth: BR/EDR/LE | <br> | Antenna Gain | 2.4GHz WiFi: -0.25dBi <br> 5 GHz WiFi: 0.50 dBi | <br><br> (https://fccid.io/N7NXR90/RF-Exposure-Info/XR90WiFi10GUPCA-RFExp-20210520-v1-4-5377756.pdf p. 1 & 3) |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
|  |  (https://www.sierrawireless.com/router-solutions/antennas/#xr90) |

4

Case 2:26-cv-00263   Document 1-6   Filed 03/31/26   Page 6 of 71 PageID #: 243

Page |F-5

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|  | PRO SERIES – ULTIMATE ROUTERS —————<br><br>**AirLink® XR80 5G LTE Router for Fixed and Mobile Applications**<br><br>**High Performance Multi-Network 5G /Wi-Fi 6 Router**<br><br>The supercharged AirLink® XR80 5G LTE router is optimized for fixed and mobile applications. The available dual-5G cellular radio and 5×4 MU-MIMO Wi-Fi 6 deliver the flexibility expected from a high-performance vehicle and industrial 5G router with customized configurations. The AirLink XR80 supports complete device-to-cloud security, reduces total cost of ownership with ALMS Out-of-Band management, and, with its cartridge-based design, enables long-term expandability and upgradability for critical mobile and industrial deployments.<br><br><br><br>(https://www.sierrawireless.com/router-solutions/xr80/) |

5

| Claim 1 | Sierra Wireless |
|---|---|
|  | <br>(https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 1)<br><br> |

6

Case 2:26-cv-00263    Document 1-6    Filed 03/31/26    Page 8 of 71 PageID #: 245

| Claim 1 | Sierra Wireless |
|---|---|
|  | **1 General Description**<br><br>**1.1 Information**<br><br>**1.1.1 RF General Information** |

| Frequency Range (MHz) | IEEE Std. 802.11 | Ch. Frequency (MHz) | Channel Number |
|---|---|---|---|
| 5150-5250 | a, n (HT20), ac (VHT20), ax (HEW 20) | 5180-5240 | 36-48 [4] |
| 5250-5350 |  | 5260-5320 | 52-64 [4] |
| 5470-5725 |  | 5500-5700 | 100-140 [11] |
| Straddle 5720 |  | 5720 | 144 [1] |
| 5725-5850 |  | 5745-5825 | 149-165 [5] |
| 5150-5250 | n (HT40), ac (VHT40), ax (HEW 40) | 5190-5230 | 38-46 [2] |
| 5250-5350 |  | 5270-5310 | 54-62 [2] |
| 5470-5725 |  | 5510-5670 | 102-134 [5] |
| Straddle 5710 |  | 5710 | 142 [1] |
| 5725-5850 |  | 5755-5795 | 151-159 [2] |
| 5150-5250 | ac (VHT80), ax (HEW 80) | 5210 | 42 [1] |
| 5250-5350 |  | 5290 | 58 [1] |
| 5470-5725 |  | 5530-5610 | 106-122 [2] |
| Straddle 5690 |  | 5690 | 138 [1] |
| 5725-5850 |  | 5775 | 155 [1] |

**For 2.4GHz function (WiFi B):**
For IEEE 802.11 b/g/n/VHT/ax mode (4TX/4RX)
Ant. 5 (port 1), Ant. 6 (port 2), Ant. 7 (port 3) and Ant. 8 (port 4) could transmit/receive simultaneously.
**For 5GHz function (WiFi A):**
For IEEE 802.11 a/n/ac/ax mode (1TX/1RX)
Only Ant. 9 (port 1) can be used as transmitting/receiving antenna.
**For 5GHz function (WiFi B):**
For IEEE 802.11 a/n/ac/ax mode (4TX/4RX)
Ant. 5 (port 1), Ant. 6 (port 2), Ant. 7 (port 3) and Ant. 8 (port 4) could transmit/receive simultaneously.
(https://fccid.io/N7NXR80/Test-Report/N7NXR80-TestRpt-NII-Part-1-5414225.pdf p. 1, 5 & 7)

7

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
| | <br>(https://www.sierrawireless.com/router-solutions/antennas/#xr80) |

8

| Claim 1 | Sierra Wireless |
|---|---|
|  | ESSENTIAL SERIES <br><br> **AirLink® LX60 Dual Ethernet 4G LTE Router for Enterprise & IoT** <br><br> **Dual Ethernet 4G LTE Router for Retail, Fleet, and IoT** <br><br> The AirLink® LX60 delivers secure, high-performance LTE and Wi-Fi connectivity for both primary and backup applications in Enterprise IoT—including ATMs, kiosks, and POS terminals. With dual Ethernet ports and industrial-grade reliability, the LX60 is also ideal for fleet vehicles, taxis, and IoT infrastructure in protected indoor or cabinet-based deployments. |

9

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
|  | **WI-FI (OPTIONAL)** <br><br> Dual Band 2.4/5GHz Wi-Fi <br> 802.11 b/g/n/ac (Wave2 Client Mode) <br> Support for 10 clients, WPA2 Enterprise <br> Output power 16dBm <br> Access Point or Client Mode (Wi-Fi as WAN) <br> Single SSID Support <br> Captive Portal <br><br> (https://www.sierrawireless.com/router-solutions/lx60/) <br><br> <br><br> (https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 4) |

10

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
| --- | --- |
| |  |

11

| Claim 1 | Sierra Wireless |
|---|---|
|  |  (https://www.sierrawireless.com/router-solutions/antennas/#lx60) |

Case 2:26-cv-00263    Document 1-6    Filed 03/31/26    Page 13 of 71 PageID #:  250

12

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|         |  (https://www.sierrawireless.com/router-solutions/lx40/) |

| Claim 1 | Sierra Wireless |
| --- | --- |
|  | |

|  | LX40 | LX60 |
| --- | --- | --- |
| TECHNOLOGY SUPPORTED | LTE, HSPA+ | LTE, HSPA+ |
| MAX CELLULAR SPEED (DL/UL MBPS) | LTE: 150/50 | LTE: 150/50 |
| APPROVED CARRIERS* | Verizon, AT&T/FirstNet | Verizon, AT&T |
| NAVIGATION | N/A | 48 Channel Dedicated GNSS (Optional) |
| HOST INTERFACE | 1 Ethernet (10/100/1000) 1 USB 2.0 (Micro) 1 GPIO PoE - Powered Device | 2 Ethernet (10/100/1000) 1 Serial (RS232/485) 1 USB 2.0 (micro) 5 GPIO |
| SIM SLOT (2FF) | 1 | 1 |
| WI-FI | 2.4/5GHz (Optional) 802.11b/g/n/ac 1x1 SISO 1 SSID | 2.4/5GHz (Optional) 802.11b/g/n/ac 1x1 SISO 1 SSID |
| WI-FI CLIENTS/ SECURITY | 10 clients WPA2 Personal/ Enterprise | 10 clients WPA2 Personal/Enterprise |

(https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 4)

14

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
|  |  (https://www.sierrawireless.com/router-solutions/antennas/#lx40) |

15

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|  | Purpose-built for critical infrastructure, the rugged RX400 combines right-sized 5G RedCap connectivity with industry-leading power efficiency to bring 5G to extreme environments— even where only solar power is available.<br><br>With 5G RedCap and LTE support, built-in serial, edge computing capabilities and private networking support, utilities, oil & gas organizations, and cities can modernize aging infrastructure today while enabling future-ready communications. Delivered with defense-in-depth security from 30+ years of field-proven expertise.<br><br>(https://www.sierrawireless.com/router-solutions/rx400/)<br><br>**AirLink RX400** / EX400<br>Hardware User Guide |

| Claim 1 | Sierra Wireless |
| --- | --- |
|  | **IECEx Compliance (RX400 only)**<br><br>Special condition of safe use:<br>• Equipment shall be installed in an Ex certified tool secured enclosure which provides a minimum ingress protection of IP54. It must be mounted with mounting screws on a flat surface, or optional DIN rail mounting bracket with the DIN rail clip to a horizontal DIN rail and the spring clip at the bottom.<br>• Equipment references the enclosure ground. The end user shall ensure that the installation adequately mitigates the risks of circulating earth currents and floating voltages.<br><br>**Important:** *IECEx Compliance certification of radio equipment type RX400 / EX400 is currently in progress. When complete, the following section will apply:*<br><br>This certification applies to the following Product SKUs:<br>• 1105304 RX400 Serial, Ethernet<br>• 1105305 RX400 Serial, Ethernet, Wi-Fi<br>RX400 SKUs contain FCC ID: N7NEM86T / ISED ID: 2417C-EM86T<br>RX400 SKUs with Wi-Fi also contain FCC ID: N6C-SDMAX / ISED ID: 4908A-SDMAX<br>(https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/user_guides/hardware-guide/41114996-rx400-ex400-hw-user-guide-r1.ashx p. 1 & 73) |

| Claim 1 | Sierra Wireless |
|---|---|
|  | **TEST REPORT**<br><br>**CERTIFICATE OF CONFORMITY**<br><br>**Standard:** 47 CFR FCC Part 15, Subpart E (Section 15.407)<br><br>**Report No.:** RFBHVI-WTW-P22120237B-1<br><br>**FCC ID:** N6C-SDMAX<br><br>**Product:** Wireless Embedded Module<br><br>**Brand:** Silex Technology<br><br>**Model No.:** SX-SDMAX<br><br>**Received Date:** 2023/12/4<br><br>**Test Date:** 2024/1/2 ~ 2024/3/19<br><br>**Issued Date:** 2024/4/12<br><br>**Applicant:** Silex Technology, Inc.<br><br>**Address:** 2-3-1 Hikaridai, Seika-cho, Soraku-gun, Kyoto 619-0237, Japan<br><br>**Issued By:** Bureau Veritas Consumer Products Services (H.K.) Ltd., Taoyuan Branch Hsin Chu Laboratory |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
| | **3  General Information**<br><br>**3.1    General Description of EUT**<br><br>| Product | Wireless Embedded Module |<br>| Brand | Silex Technology |<br>| Test Model | SX-SDMAX |<br>| Status of EUT | Engineering sample |<br>| Power Supply Rating | 3.3 Vdc from host equipment |<br>| Modulation Type | 64QAM, 16QAM, QPSK, BPSK for OFDM<br>256QAM for OFDM in 11ac mode<br>1024QAM for OFDMA in 11ax mode |<br>| Modulation Technology | OFDM, OFDMA |<br>| Transfer Rate | 802.11a: up to 54 Mbps<br>802.11n up to 150 Mbps<br>802.11ac: up to 433.3 Mbps<br>802.11ax: up to 600.4 Mbps |<br>| Operating Frequency | 5.18 GHz ~ 5.24 GHz<br>5.26 GHz ~ 5.32 GHz<br>5.5 GHz ~ 5.72 GHz<br>5.745 GHz ~ 5.825 GHz |<br>| Number of Channel | 802.11a, 802.11n (HT20), 802.11ac (VHT20), 802.11ax (HE20): 25<br>802.11n (HT40), 802.11ac (VHT40), 802.11ax (HE40): 12<br>802.11ac (VHT80), 802.11ax (HE80):6 |<br>| Resource Unit (RU) | Single RU: 26-tone, 52-tone, 106-tone, 242-tone, 484-tone, 996-tone |<br>| Output Power | 5.18 GHz ~ 5.24 GHz : 43.451 mW (16.38 dBm)<br>5.26 GHz ~ 5.32 GHz : 43.551 mW (16.39 dBm)<br>5.5 GHz ~ 5.72 GHz : 42.855 mW (16.32 dBm)<br>5.745 GHz ~ 5.825 GHz : 43.451 mW (16.38 dBm) |<br><br>(https://fccid.io/N6C-SDMAX/Test-Report/Test-Report-NII-rev-7287378.pdf p. 1 & 6) |

19

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
|  |  (https://www.sierrawireless.com/router-solutions/antennas/#rx400) |

20

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|  | PERFORMANCE SERIES  ──────<br><br>**AirLink® XR60**<br>**Ultra-compact Rugged**<br>**5G and Wi-Fi 6 Cellular**<br>**Router**<br><br>The AirLink® XR60 is an ultra-compact, rugged 5G cellular router designed to deliver reliable, high-performance 5G and Wi-Fi 6 connectivity in space-constrained and harsh environments — from tight industrial enclosures to fast-moving vehicles.<br><br>Built for mission-critical applications, the XR60 supports advanced networking features, private network integration, and edge computing capabilities, enabling mission-critical organizations to future-proof their connectivity and accelerate digital transformation.<br><br>With AirLink Complete, the XR60 offers 5 years of hardware warranty, technical support, and secure remote management to keep your network online and optimized. |

| Claim 1 | Sierra Wireless |
|---------|-----------------|
| |  (https://www.sierrawireless.com/router-solutions/xr60/) <br><br> (https://www.communica.se/sierrawireless/41114699%20AirLink%20XR60%20Hardware%20User%20Guide%20r1.pdf p. 1 & 78) |

22

| Claim 1 | Sierra Wireless |
|---|---|
|  | **ELECTROMAGNETIC EMISSIONS COMPLIANCE REPORT** (ilac-MRA / TAF Testing Laboratory 3702)<br><br>**Applicant:** Silex Technology, Inc. 2-3-1 Hikaridai, Seika-cho, Soraku-gun, Kyoto 619-0237, Japan<br>**Manufacturer:** Silex Technology, Inc. 2-3-1 Hikaridai, Seika-cho, Soraku-gun, Kyoto 619-0237, Japan<br>**Product Name:** Embedded wireless module<br>**Brand Name:** Silex Technology<br>**Model No.:** SX-PCEAX<br>**Report Number:** TERF2305001230ER<br>**FCC ID** N6C-PCEAX<br>**IC:** 4908A-PCEAX<br>**Date of EUT Received:** April 26, 2023<br>**Date of Test:** May 3, 2023～July 17, 2024<br>**Issue Date:** July 18, 2024 |

23

| Claim 1 | Sierra Wireless |
| --- | --- |
|  | **1.1    Product Description** |

| Product Name: | Embedded wireless module |
| --- | --- |
| Brand Name: | Silex Technology |
| Model No.: | SX-PCEAX |
| Hardware Version: | N/A |
| Firmware Version: | HY103710 |
| EUT Series No.: | 1CBCEC011DAC |
| Power Supply: | 3.3Vdc |
| Test Software (Name/Version): | QRCT V4.0.210.0 |

**1.2    Modulation & Data Rate**

| Modulation type: | 64QAM, 16QAM, QPSK, BPSK for OFDM in 802.11a,11n |
| --- | --- |
|  | 256QAM, 64QAM, 16QAM, QPSK, BPSK for OFDM in 802.11ac |
|  | 1024QAM, 256QAM, 64QAM, 16QAM, QPSK, BPSK for OFDMA in 802.11ax |
| Transition Rate: | 802.11 a: 6 - 54 Mbps |
|  | 802.11 n_20MHz: up to 144.4 Mbps |
|  | 802.11 n_40MHz: up to 300 Mbps |
|  | 802.11 ac_20MHz: up to 173.4 Mbps |
|  | 802.11 ac_40MHz: up to 400 Mbps |
|  | 802.11 ac_80MHz: up to 866.6 Mbps |
|  | 802.11 ac_160MHz: up to 1733.4 Mbps |
|  | 802.11 ax_20MHz: up to 286.8 Mbps |
|  | 802.11 ax_40MHz: up to 573.6 Mbps |
|  | 802.11 ax_80MHz: up to 1201 Mbps |
|  | 802.11 ax_160MHz: up to 2402 Mbps |

(https://fccid.io/N6C-PCEAX/Test-Report/Test-Report-Part-1-7493608.pdf p. 1 & 4)

| Claim 1 | Sierra Wireless |
|---|---|
| |  (https://www.sierrawireless.com/router-solutions/antennas/#xr60) |

25

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
| --- | --- |
| | <br><br>(https://www.sierrawireless.com/router-solutions/mg90/) |

26

| Claim 1 | Sierra Wireless |
|---|---|
| |  (https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 3) |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|  | **Vehicle Area Networking (LAN)** • Support for all on-board devices - wired and wireless · IEEE 802.11 b/g/n/ac (built-in vehicle AP) · 10/100/1000 Base-T Ethernet - RJ45 x 5 ports · Bluetooth · Serial—RS-232 DB-9 · DHCP Server (RFC 2131) · USB - USB 3.0 x 2, Type A (female) • Compatibility · Operates with Wi-Fi certified client devices · Supports all major client operating systems **Wide Area Networking (WAN)** • Wireless Networking · For product-specific lists of supported bands, see Radio Bands/Conducted Tx Power on page 44. · Support for FirstNet Public Safety Band 14 · Integrated compatibility with current wireless WAN standards including HSPA+, LTE, 5G NR Sub-6G · IEEE 802.11 b/g/n/ac · Ethernet WAN devices (e.g. satellite modem) • Transmit video and data through the MG90 · QOS - Application priority queuing |

28

| Claim 1 | Sierra Wireless |
|---|---|
|  | **Wi-Fi Support**<br><br>The MG90 includes two Wi-Fi modules:<br>• Wi-Fi A<br>  · Default configuration—Wi-Fi WAN<br>   Instead of submitting data over cellular while in the field, the user can choose to wait until the vehicle arrives at its depot, where it can connect to the local access point.<br>  · Captive portal support<br>  · 802.11 b/g/n/ac<br>  · WPA2 Enterprise (RSA) with AES encryption<br>• Wi-Fi B<br>  · Default configuration—Wi-Fi Access Point<br>   The VAN supports connections to the router by wired devices (over Ethernet ports) and wireless devices.<br>  · Captive portal support<br>  · 802.11 b/g/n/ac<br>  · WPA2 Enterprise (RSA) with AES encryption<br>  · 4 SSIDs with separately configurable security, bandwidth, and QOS<br>  · Up to 128 clients can connect simultaneously<br><br>Both Wi-Fi modules support 2.4 GHz and 5 GHz.<br>(https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/mg-series/4118699-airlink-mg90-hardware-user-guide-r11.ashx p. 1, 42, 43 & 60) |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|         | <br>([https://www.sierrawireless.com/router-solutions/antennas/#mg90](https://www.sierrawireless.com/router-solutions/antennas/#mg90)) |

30

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
| | <br>(https://www.sierrawireless.com/router-solutions/mp70/) |

31

| Claim 1 | Sierra Wireless |
|---|---|
|  | |

|  | MG90/MG90 5G | MP70 |
|---|---|---|
| TECHNOLOGY SUPPORTED | 5G, LTE-A Pro, HSPA+ | LTE-A Pro, HSPA+ |
| MAX CELLULAR SPEED (DL/UL MBPS) | 5G: 2/1 Gbps<br>LTE-A Pro: 600/150 Mbps | 600/150 Mbps |
| APPROVED CARRIERS* | Verizon, AT&T/FirstNet, T-Mobile, Southern Linc, Rogers, Telus, Bell | Verizon, AT&T/FirstNet, T-Mobile, Southern Linc, Rogers, Telus, Bell, Telstra |
| NAVIGATION | 48 Channel Dedicated GNSS with Inertial Dead Reckoning | 48 Channel Dedicated GNSS with Inertial Dead Reckoning |
| HOST INTERFACE | 5 Ethernet (10/100/1000)<br>1 Serial (RS232)<br>2 USB 3.0<br>5 GPIO<br>1 Bluetooth | 4 Ethernet (10/100/1000)<br>1 Serial (RS232)<br>1 USB 2.0 (micro)<br>5 GPIO<br>1 OBD-II/J1939 (Direct Vehicle CAN Interface) |
| SIM SLOT (2FF) | 4 | 2 |
| WI-FI | Dual Radio 2.4/5GHz<br>802.11 b/g/n/ac<br>3x3 MIMO<br>4 SSIDs | 2.4/5GHz (Optional)<br>802.11b/g/n/ac<br>3x3 MIMO<br>4 SSIDs |
| WI-FI CLIENTS/ SECURITY | 128 clients<br>WPA2-Personal/Enterprise | 128 clients<br>WPA2-Personal/Enterprise |

(https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 3)

**AirLink MP70 Series**

Hardware User Guide

32

| Claim 1 | Sierra Wireless |
|---|---|
|  | **Wi-Fi Performance** |

**Wi-Fi Performance**

| Technology | Frequency | MIMO | 20 MHz$^a$ | 40 MHz$^a$ | 80 MHz$^a$ |
|---|---|---|---|---|---|
| 802.11n | 2.4 GHz | 1 × 1 | 72 Mbps |  |  |
|  |  | 2 × 2 | 144 Mbps |  |  |
|  |  | 3 × 3 | 216 Mbps |  |  |
|  | 5 GHz | 1 × 1 | 72 Mbps | 150 Mbps |  |
|  |  | 2 × 2 | 144 Mbps | 300 Mbps |  |
|  |  | 3 × 3 | 216 Mbps | 450 Mbps |  |
| 802.11ac | 5 GHz | 1 × 1 | 87 Mbps | 200 Mbps | 433 Mbps |
|  |  | 2 × 2 | 173 Mbps | 400 Mbps | 867 Mbps |
|  |  | 3 × 3 | 289 Mbps | 600 Mbps | 1.3 Gbps |

a.   Theoretical maximum performance. Actual data rates vary.

**Wi-Fi Output Power**

| Technology | Frequency | Max Output Power |
|---|---|---|
| 802.11n | 2.4 GHz | 26 dBm ±2 dB |
|  | 5 GHz | 24 dBm ±2 dB |
| 802.11ac | 5 GHz | 23 dBm ±2 dB |

(https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/user_guides/hardware-guide/4119008-airlink-mp70-hardware-user-guide-r12.ashx p. 1 & 42)

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
|  | <br><br>(https://www.sierrawireless.com/router-solutions/antennas/#mp70) |

34

| Claim 1 | Sierra Wireless |
|---|---|
|  | **PRO SERIES – COMPACT ROUTERS**<br><br>**AirLink® RX55 Rugged Industrial 4G LTE IoT Router**<br><br>**The World's Most Power-Efficient Rugged 4G LTE-A Router***<br><br>The AirLink® RX55 is purpose-built for Industrial IoT, offering the lowest idle power consumption in its class*. Engineered with a rugged design for harsh and remote environments, the RX55 enables ultra-reliable connectivity across both public and private networks.<br><br>With advanced networking features and industry-standard container support, it enables secure, real-time edge computing for mission-critical industrial applications—from smart infrastructure and utilities to transportation and energy. |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
|  |  (https://www.sierrawireless.com/router-solutions/rx55/) |

Case 2:26-cv-00263    Document 1-6    Filed 03/31/26    Page 37 of 71 PageID #: 274

Page |F-36

36

| Claim 1 | Sierra Wireless |
|---|---|
|  | (https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 2)<br><br>**AirLink RX55**<br><br>**Hardware User Guide**<br><br>**Wi-Fi Performance**<br><br>| Technology | Frequency | MIMO | 20 MHz[a] | 40 MHz[a] | 80 MHz[a] |<br>|---|---|---|---|---|---|<br>| 802.11n | 2.4 GHz | 1 × 1 | 72 Mbps |  |  |<br>|  | 5 GHz | 1 × 1 | 100 Mbps | 150 Mbps |  |<br>| 802.11ac | 5 GHz | 1 × 1 | 87 Mbps | 200 Mbps | 433 Mbps |<br><br>a. Theoretical maximum performance. Actual data rates vary.<br><br>(https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/user_guides/hardware-guide/41114494-airlink-rx55-hardware-user-guide-r4.ashx p. 1 & 47) |

37

| Claim 1 | Sierra Wireless |
|---|---|
| | <br>([https://www.sierrawireless.com/router-solutions/antennas/#rx55](https://www.sierrawireless.com/router-solutions/antennas/#rx55)) |

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|  | PRO SERIES – COMPACT ROUTERS<br><br>**AirLink® RV55 Compact Industrial LTE Router**<br><br>**Ultra-Low Power Industrial 4G LTE Router**<br><br>The AirLink® RV55 is a compact, rugged LTE router that provides reliable 4G LTE and Wi-Fi connectivity for both mobile and fixed remote assets. Designed for use in harsh environments, the RV55 features ultra-low power consumption, making it an ideal solution for solar- or battery-powered applications. |

| Claim 1 | Sierra Wireless |
|---|---|
|  | **WI-FI (OPTIONAL)**<br><br>Dual Band 2.4/5GHz Wi-Fi<br>Dual Radio, 802.11 b/g/n/ac (Wave2 Client Mode)<br>Support for 10 clients, WPA2 Enterprise per radio<br>Output power 16dBm<br>Configurable as Dual Band Access Point (AP) or AP+Client Mode<br>Single SSID Support per radio<br>Captive Portal<br><br>(https://www.sierrawireless.com/router-solutions/rv55/)<br><br>**RX55 / RV55 comparison**<br><br>TECHNOLOGY SUPPORTED — RX55: LTE-A, HSPA+ — RV55: LTE-A Pro, HSPA+<br><br>MAX CELLULAR SPEED (DL/UL MBPS) — RX55: 300/150 Mbps — RV55: LTE-A Pro: 600/150 Mbps, LTE: 150/50 Mbps<br><br>APPROVED CARRIERS* — RX55: Verizon, AT&T/FirstNet, T-Mobile — RV55: Verizon, AT&T/FirstNet, T-Mobile, Rogers, Bell, Telus, Telstra<br><br>NAVIGATION — RX55: 30 Channel GNSS — RV55: 30 Channel GNSS<br><br>HOST INTERFACE — RX55: 1 Ethernet (10/100/1000), 2 Serial (RS232) with accessory cable, 1 CAN (RS232) with accessory cable, 1 USB 2.0 (micro), 1 GPIO — RV55: 1 Ethernet (10/100/1000), 2 Serial (RS232) with accessory cable, 1 USB 2.0 (micro), 1 GPIO<br><br>SIM SLOT (2FF) — RX55: 2 — RV55: 2<br><br>WI-FI — RX55: Dual Radio, 2.4/5GHz (Optional), 802.11 b/g/n/ac, 1x1 SISO, 1 SSID per radio — RV55: Dual Radio, 2.4/5GHz (Optional), 802.11 b/g/n/ac, 1x1 SISO, 1 SSID per radio<br><br>WI-FI CLIENTS/ SECURITY — RX55: 10 clients per radio, WPA2/3 Personal/Enterprise — RV55: 10 clients per radio, WPA2 Personal/Enterprise<br><br>(https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 2) |

40

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
|  | **AirLink RV55**<br><br>**Hardware User Guide**<br><br>**Wi-Fi Performance**<br><br>| Technology | Frequency | MIMO | 20 MHz[a] | 40 MHz[a] | 80 MHz[a] |<br>|---|---|---|---|---|---|<br>| 802.11n | 2.4 GHz | 1 × 1 | 72 Mbps |  |  |<br>|  | 5 GHz | 1 × 1 | 100 Mbps | 150 Mbps |  |<br>| 802.11ac | 5 GHz | 1 × 1 | 87 Mbps | 200 Mbps | 433 Mbps |<br><br>a.  Theoretical maximum performance. Actual data rates vary.<br><br>(https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/user_guides/hardware-guide/41113042-airlink-rv55-hardware-user-guide-r7.ashx p. 1 & 47) |

41

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
| |  |

42

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
| |  (https://www.sierrawireless.com/router-solutions/antennas/#rv55) |

43

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
| | <br>(https://source.sierrawireless.com/devices/wifi-bluetooth-modules/bx3105/#sthash.gtGn1GKG.dpbs)<br><br>(https://source.sierrawireless.com/devices/wifi-bluetooth-modules/bx3100/#sthash.KGvlnaT4.dpbs) |

44

| Claim 1 | Sierra Wireless |
|---|---|
|  | **What X-Cards are Available for the GX400/440/450?**<br><br>Jan 22, 2016 - Author: Sierra Wireless - 2694 Views<br><br>The GX400/440/450 devices have an expansion card slot which greatly increases the versatility of the platform.<br><br>As of August 2012, Sierra Wireless has provided a WiFi X-Card that enables a WiFi (802.11 b/g/n) hotspot (access point) and supports WiFi client mode.<br><br>Since late 2012/early 2013, Sierra Wireless has made available two additional X-Cards to support extra Ethernet Ports and expanded I/O (inputs and outputs).<br><br>(https://source.sierrawireless.com/resources/airlink/forum_topics_and_questions/what-x-cards-are-available-for-the-gx400_440_450/#sthash.WDtcnnj5.dpbs)<br><br>**FCC CFR47 PART 15 SUBPART C**<br>**INDUSTRY CANADA RSS-210 ISSUE 8**<br><br>**CERTIFICATION TEST REPORT**<br><br>**FOR**<br><br>**Wi-Fi b/g/n Expansion Card**<br>**(CONTAINED IN MODEM: GX400, GX440)**<br><br>**FCC ID: N7NEC4501**<br><br>**IC ID: 2417C- EC4501**<br><br>**MODEL NUMBER: EC4501**<br><br>REPORT NUMBER: 12U14203-1, Revision C<br><br>ISSUE DATE: MARCH 23, 2012<br><br>*Prepared for*<br>**SIERRA WIRELESS, INC.**<br>**13811 WIRELESS WAY**<br>**RICHMOND, BC V6V 3A4, CANADA** |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
| |  (https://fccid.io/N7NEC4501/Test-Report/Test-Report-1666265.pdf p. 1 & 7) <br><br> (https://source.sierrawireless.com/devices/omg/omg2000/#sthash.hyrgnser.PtZzWAwY.dpbs) |

46

| Claim 1 | Sierra Wireless |
|---|---|
| | **oMG**<br><br>**Operation and Configuration Guide 3.15**<br><br>**Table 2-1: Technical Specifications**<br><br>| Feature | Description |<br>|---|---|<br>| **Vehicle Area Networking (LAN)** Support for all on-board devices - wired and wireless. | • IEEE 802.11 b/g (built-in vehicle AP). 802.11 n supported on hardware revision 7 (unit serial numbers starting with "H13" or higher)<br>• Ethernet – RJ45 x 4 ports<br>• Ethernet USB<br>• Serial - PPP, RS232, DB9<br>• DHCP Server (RFC 2131)<br>• USB - USB 2.0 x 2 (Serial or Ethernet)<br>• Configurable rear panel supports custom connector configurations |<br>| Compatibility | • Operates with WiFi certified client devices<br>• Supports all major client operating systems |<br>| **Wide Area Wireless Networking (WAN)** Wireless Networking | • 6 modem card slots including Express Card, MiniPCIe, MiniPCI and USB formats<br>• Integrated compatibility with current wireless WAN standards including 1xRTT, EVDO, GPRS, EDGE, UMTS, HSPA, HSPA+, 4G LTE.<br>• IEEE 802.11 a/b/g/n<br>• Satellite (via Ethernet)<br>• Antenna: SMA (1), TNC (2), RP-SMA (5)<br>• Future compatibility with new wireless WAN standards using standard Express Card, USB or MiniPCI or MiniPCIe form factors including 802.20 |<br>| Transmit voice, video and data through the oMG. | **QOS**<br>• Application priority queuing |<br><br>(https://source.sierrawireless.com/-/media/support_downloads/imt/user-guides/41111664-omg-operation-and-configuration-guide-3,-d-,15-r1.ashx p. 1 & 100) |

| Claim 1 | Sierra Wireless |
|---------|-----------------|
| | <br>(https://source.sierrawireless.com/devices/omg/omg500/#sthash.sW2kFd7b.dpbs) |

| Claim 1 | Sierra Wireless |
|---|---|
| | **Table 2-1: Technical Specifications** |
| | |

**Table 2-1: Technical Specifications**

| Feature | | Description |
|---|---|---|
| **Vehicle Area Networking (LAN)** | Support for all on-board devices - wired and wireless. | • IEEE 802.11 b/g (built-in vehicle AP). 802.11 n supported on hardware revision 7 (unit serial numbers starting with "H13" or higher) <br> • Ethernet – RJ45 x 4 ports <br> • Ethernet USB <br> • Serial - PPP, RS232, DB9 <br> • DHCP Server (RFC 2131) <br> • USB - USB 2.0 x 2 (Serial or Ethernet) <br> • Configurable rear panel supports custom connector configurations |
| | Compatibility | • Operates with WiFi certified client devices <br> • Supports all major client operating systems |
| **Wide Area Wireless Networking (WAN)** | Wireless Networking | • 6 modem card slots including Express Card, MiniPCIe, MiniPCI and USB formats <br> • Integrated compatibility with current wireless WAN standards including 1xRTT, EVDO, GPRS, EDGE, UMTS, HSPA, HSPA+, 4G LTE. <br> • IEEE 802.11 a/b/g/n <br> • Satellite (via Ethernet) <br> • Antenna: SMA (1), TNC (2), RP-SMA (5) <br> • Future compatibility with new wireless WAN standards using standard Express Card, USB or MiniPCI or MiniPCIe form factors including 802.20 |
| | Transmit voice, video and data through the oMG. | **QOS** <br> • Application priority queuing |

(https://source.sierrawireless.com/-/media/support_downloads/imt/user-guides/41111664-omg-operation-and-configuration-guide-3,-d-,15-r1.ashx p. 1 & 100)

49

| Claim 1 | Sierra Wireless |
|---|---|
|  | **Radio Exposure Evaluation Report** |

## Radio Exposure Evaluation Report

| | |
|---|---|
| FCC ID | : N7NBX3210 |
| Equipment | : AirPrime BX3210 Module |
| Brand Name | : Sierra Wireless Inc. |
| Model Name | : AirPrime BX3210 Module |
| Applicant/ Manufacturer | : Sierra Wireless Inc. 13811 Wireless Way, Richmond, BC V6V 3A4, Canada |
| Standard | : 47 CFR Part 2.1091 |

### 1 General Description

#### 1.1 EUT General Information

| RF General Information | | | |
|---|---|---|---|
| Evaluation Mode | Frequency Range (MHz) | Operating Frequency (MHz) | Modulation Type |
| 2.4GHz WLAN | 2400-2483.5 | 2412-2462 | 802.11b: DSSS (DBPSK, DQPSK, CCK) 802.11g/n: OFDM (BPSK, QPSK, 16QAM, 64QAM) |
| 5GHz WLAN | 5150-5250 5250-5350 5470-5725 5725-5850 | 5180-5240 5260-5320 5500-5700 5745-5825 | 802.11a/n: OFDM (BPSK, QPSK, 16QAM, 64QAM) 802.11ac: OFDM (BPSK, QPSK, 16QAM, 256QAM) |
| Bluetooth | 2400-2483.5 | 2402-2480 | BR / EDR: FHSS (GFSK / π/4-DQPSK / 8DPSK) LE: DSSS (GFSK) |

(https://fccid.io/N7NBX3210/RF-Exposure-Info/MPE-Report-4229683.pdf p. 1 & 5)

**Sierra Wireless AirCard 763S Mobile Hotspot**

User Guide

50

| Claim 1 | Sierra Wireless |
|---|---|
| | (https://fccid.io/N7NAC763S/User-Manual/User-Guide-1639463.pdf p. 1, 47 & 48) |

51

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
| | <br>(https://www.4gltemall.com/sierra-763s-wireless-aircard-4g-lte-mobile-hotspot.html) |

| Claim 1 | Sierra Wireless |
|---|---|
|  | DEVICES / AirPrime / IoT Products<br><br>AirPrime SensorHub<br><br><br>The Sierra Wireless AirPrime® SensorHub is an ultra-low power, highly ruggedized, reusable horizontal platform designed to anticipate and address a wide range of IoT use cases.<br><br>It provides a single hardware design with a comprehensive built-in feature suite, including multiple sensors, and wired/wireless connectivity to enable customers to build connected products for a wide variety of market segments.<br><br>The SensorHub's modular software design delivers a robust, versatile architecture that enables developers to branch software for multiple product variants and SKUs.<br><br>Features include:<br><br>• Compact form-factor to build on, test, or even take any IoT application to market including small tracking devices<br>• HL7802 cellular module for LTE-M (Cat-M1), NB-IOT (Cat-NB1) and 2G connectivity<br>• BX3105 Wi-Fi/BT module for built-in Wi-Fi b/g/n and Bluetooth 5.0 BLE<br>• IoT Expansion Card slot to plug in any technology based on the IoT Expansion Card open standard<br>• Built-in antennas for cellular, GPS, Wi-Fi, Bluetooth<br><br>(https://source.sierrawireless.com/devices/iot-products/sensorhub/) |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
| |  |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|

**1. Description of Equipment under Test (EUT)**

| | |
|---|---|
| Applicant | Sierra Wireless, Inc. |
| Applicant Address | 13811 Wireless Way, Richmond, BC, Canada, V6V 3A4 |
| Manufacture | Sierra Wireless, Inc. |
| Manufacture Address | 13811 Wireless Way, Richmond, BC, Canada, V6V 3A4 |
| Product Type | Wireless Mobile Hotspot |
| Trade Name | AirCard |
| Model Number | AirCard 770S |
| FCC ID | N7NAC770S |
| RF Function | GPRS/EGPRS 850<br>GPRS/EGPRS 1900<br>WCDMA(RMC 12.2K) / HSDPA / HSUPA Band II<br>WCDMA(RMC 12.2K) / HSDPA / HSUPA Band V<br>LTE Band 2 / Band 4 / Band 5 / Band 17<br>IEEE 802.11b / 802.11g / IEEE 802.11n 20MHz (2.4GHz) |

| Tx Frequency | Band | Operate Frequency (MHz) |
|---|---|---|
| | GPRS/EGPRS 850 | 824.2 - 848.8 |
| | GPRS/EGPRS 1900 | 1850.2 - 1909.8 |
| | WCDMA(RMC 12.2K) / HSDPA / HSUPA Band II | 1852.4 - 1907.6 |
| | WCDMA (RMC 12.2K) / HSDPA / HSUPA Band V | 826.4 - 846.6 |
| | LTE Band 2 (BW 1.4, 3, 5, 10, 15, 20 MHz) | 1850.0 - 1910.0 |
| | LTE Band 4 (BW 1.4, 3, 5, 10, 15, 20 MHz) | 1710.0 - 1754.9 |
| | LTE Band 5 (BW 1.4, 3, 5, 10 MHz) | 824.0 - 849.0 |
| | LTE Band 17 (BW 5, 10 MHz) | 704.0 - 715.9 |
| | IEEE 802.11b / 802.11g / IEEE 802.11n 20MHz | 2412 - 2462 |

| RF Conducted Power (Avg.) | Band | Power (W / dBm) |
|---|---|---|
| | GPRS/EGPRS 850 | 1.603 / 32.05 |
| | GPRS/EGPRS 1900 | 0.815 / 29.11 |
| | WCDMA(RMC 12.2K) / HSDPA / HSUPA Band II | 0.172 / 22.36 |
| | WCDMA (RMC 12.2K) / HSDPA / HSUPA Band V | 0.177 / 22.47 |
| | LTE Band 2 | 0.221 / 23.44 |
| | LTE Band 4 | 0.215 / 23.32 |
| | LTE Band 5 | 0.173 / 22.38 |
| | LTE Band 17 | 0.175 / 22.44 |
| | IEEE 802.11b | 0.008 / 8.76 |
| | IEEE 802.11g | 0.008 / 8.83 |
| | IEEE 802.11n 20MHz (2.4GHz) | 0.006 / 7.46 |

55

| Claim 1 | Sierra Wireless |
|---|---|
|  | **5.6 Conducted Power** |

**5.6 Conducted Power**

| Band | Data Rate | CH | Frequency (MHz) | Average Power (dBm) |
|---|---|---|---|---|
| IEEE 802.11n 20MHz (2.4 GHz) | 6.5 M | 1 | 2412.0 | 7.36 |
|  |  | 6 | 2437.0 | 7.34 |
|  |  | 11 | 2462.0 | **7.46** |
|  | 13.0 M | 1 | 2412.0 | 7.33 |
|  |  | 6 | 2437.0 | 7.32 |
|  |  | 11 | 2462.0 | 7.44 |
|  | 19.5 M | 1 | 2412.0 | 7.28 |
|  |  | 6 | 2437.0 | 7.27 |
|  |  | 11 | 2462.0 | 7.35 |
|  | 26.0 M | 1 | 2412.0 | 6.48 |
|  |  | 6 | 2437.0 | 7.35 |
|  |  | 11 | 2462.0 | 6.29 |
|  | 39.0 M | 1 | 2412.0 | 6.44 |
|  |  | 6 | 2437.0 | 7.28 |
|  |  | 11 | 2462.0 | 6.21 |
|  | 52.0 M | 1 | 2412.0 | 6.41 |
|  |  | 6 | 2437.0 | 7.21 |
|  |  | 11 | 2462.0 | 6.13 |
|  | 58.5 M | 1 | 2412.0 | 6.35 |
|  |  | 6 | 2437.0 | 7.11 |
|  |  | 11 | 2462.0 | 6.09 |
|  | 65.0 M | 1 | 2412.0 | 6.28 |
|  |  | 6 | 2437.0 | 7.08 |
|  |  | 11 | 2462.0 | 6.01 |

(https://fccid.io/N7NAC770S/RF-Exposure-Info/1211FS15-02-OET65-12-0544-121205-Part-1-for-TCB-1853546.pdf p. 1, 3 & 48)

| Claim 1 | Sierra Wireless |
| --- | --- |
| | **SAR TEST REPORT** <br><br> | Equipment Under Test | Mobile Hotspot | <br> | Model Number | AirCard 754S | <br> | Mode of Operation | GPRS\EGPRS\WCDMA\HSDPA\HSUPA\LTE\WLAN802.11 b/g/n(20M) band | <br> | Company Name | Sierra Wireless | <br> | Company Address | 13811 Wireless Way :: Richmond, BC, Canada, V6V 3A4 | <br> | Date of Receipt | 2011.04.07 | <br> | Date of Test(s) | 2011.04.27~2011.05.13 | <br> | Date of Issue | 2011.07.08 | <br><br> **1.3 Description of EUT** <br><br> | EUT Name | Mobile Hotspot | <br> | Model Number | AirCard 754S | <br> | IMEI code | 001027009999990 | <br> | FCC ID | N7NAC754S | <br> | Definition | Production unit | <br> | Mode of Operation | GSM\GPRS\EGPRS\WCDMA\HSDPA\HSUPA\ WLAN802.11 b/g/n(20M) band | |

The equipment details described in the report above:

| Equipment Under Test | Mobile Hotspot |
| --- | --- |
| Model Number | AirCard 754S |
| Mode of Operation | GPRS\EGPRS\WCDMA\HSDPA\HSUPA\LTE\WLAN802.11 b/g/n(20M) band |
| Company Name | Sierra Wireless |
| Company Address | 13811 Wireless Way :: Richmond, BC, Canada, V6V 3A4 |
| Date of Receipt | 2011.04.07 |
| Date of Test(s) | 2011.04.27~2011.05.13 |
| Date of Issue | 2011.07.08 |

**1.3 Description of EUT**

| EUT Name | Mobile Hotspot |
| --- | --- |
| Model Number | AirCard 754S |
| IMEI code | 001027009999990 |
| FCC ID | N7NAC754S |
| Definition | Production unit |
| Mode of Operation | GSM\GPRS\EGPRS\WCDMA\HSDPA\HSUPA\ WLAN802.11 b/g/n(20M) band |

| Claim 1 | Sierra Wireless |
|---------|-----------------|

| | | GPRS | EGPRS | WCDMA | LTE | WLAN |
|---|---|---|---|---|---|---|
| Duty Cycle | | 1/4 (multi class 10) | 1/2 (multi class 12) | 1 | 1 | 1 |

| TX Frequency range (MHz) | GPRS 850 | GPRS 1900 | WCDMA Band 2 | WCDMA Band 5 | LTE Band 4 | LTE Band 17 | WLAN 802. 11 b/g/n (20M) |
|---|---|---|---|---|---|---|---|
| | 824.2 - 848.8 | 1850.2 - 1909.8 | 1852.4 - 1907.6 | 826.4 - 846.6 | 1710 - 1755 | 704 - 716 | 2412 - 2462 |

| Channel Number (ARFCN) | GPRS 850 | GPRS 1900 | WCDMA Band 2 | WCDMA Band 5 | LTE Band 4 | LTE Band 17 | WLAN 802. 11 b/g/n (20M) |
|---|---|---|---|---|---|---|---|
| | 128-251 | 512-810 | 9262-9538 | 4132-4233 | 19950-20399 | 23730-23849 | 1-11 |

(https://fccid.io/N7NAC754S/RF-Exposure-Info/SAR-Report-Part-1-1499748.pdf p. 1, 4 & 5)

| Claim 1 | Sierra Wireless |
|---|---|
|  | **FCC OET BULLETIN 65 SUPPLEMENT C 01-01**<br>**IEEE STD 1528:2003**<br><br>**SAR EVALUATION REPORT**<br>**(CDMA+WIFI+LTE Portion)**<br><br>**For**<br>**CDMA+WIMAX+WIFI+LTE MOBILE HOT SPOT**<br><br>**MODEL NUMBER: AC803S**<br><br>**FCC ID: N7NAC803S**<br><br>**REPORT NUMBER: 11U14068-6A**<br><br>**ISSUE DATE: March 26, 2012**<br><br>*Prepared for*<br>**SIERRA WIRELESS INC.**<br>**2200 FARADAY AVENUE, SUITE 150**<br>**CARLSBAD, CA 92008**<br><br>**7. Device Under Test**<br><br>CDMA+WIMAX+WIFI+LTE MOBILE HOT SPOT<br>Model: AC803S<br><br>**7.1. Band and air interlaces** |

**7. Device Under Test**

CDMA+WIMAX+WIFI+LTE MOBILE HOT SPOT
Model: AC803S

| Normal operation: | Body and Wireless Router (Hotspot) |
|---|---|
|  | Front, Rear and Edges (Edge 1, 2, 3, and 4): Multiple display orientations supporting both portrait and landscape configurations |

**7.1. Band and air interlaces**

| Air Interfaces: | CDMA BC 1: 1850 - 1910 MHz |
|---|---|
|  | LTE Band 25: 1850 - 1915 MHz |
|  | WiFi: 802.11bgn: 2.4 GHz |
|  | WiMAX:  5 MHz BW: 2498.5 - 2687.5 MHz |
|  |    10 MHz BW:2501 – 2685 MHz |

| Claim 1 | Sierra Wireless |
|---|---|
|  | **KDB 941225 D05 SAR for LTE Devices v01 (Continued)** |

**Item 9** Identify all other U.S. wireless operating modes (3G, Wi-Fi, WiMax, Bluetooth etc), device/exposure configurations (head and body, antenna and handset flip-cover or slide positions, antenna diversity conditions etc.) and frequency bands used for these modes

| Band | Transmit Frequencies |
|---|---|
| US PCS Band | 1850 – 1910 MHz |
| 802.11b/g/n | 2412 – 2472 MHz |

| Mode | Uplink Modulations |
|---|---|
| CDMA 1xRTT | QPSK |
| EVDO Rev. 0, Rev. A | QPSK |
| 802.11 b/g/n | DSSS CCK, OFDM |

**Item 10** Include the maximum average conducted output power measured for the other wireless mode and frequency bands — Refer to section 6.1 and 6.3.

### 8.3. WIFI (802.11bgn)

**802.11b**

| Channel # | Freq. (MHz) | Conducted Avg Power (dBm) | Conducted Avg Power (mW) |
|---|---|---|---|
| 1 | 2412 | 14.5 | 28.2 |
| 6 | 2437 | 14.6 | 28.8 |
| 11 | 2462 | 14.6 | 28.8 |

**802.11g**

| Channel # | Freq. (MHz) | Conducted Avg Power (dBm) | Conducted Avg Power (mW) |
|---|---|---|---|
| 1 | 2412 | 12.8 | 19.1 |
| 6 | 2437 | 12.5 | 17.8 |
| 11 | 2462 | 12.3 | 17.0 |

**802.11n HT20**

| Channel # | Freq. (MHz) | Conducted Avg Power (dBm) | Conducted Avg Power (mW) |
|---|---|---|---|
| 1 | 2412 | 12.5 | 17.8 |
| 6 | 2437 | 12.3 | 17.0 |
| 11 | 2462 | 12.0 | 15.8 |

**802.11n HT40**

| Channel # | Freq. (MHz) | Conducted Avg Power (dBm) | Conducted Avg Power (mW) |
|---|---|---|---|
| 3 | 2422 | 12.4 | 17.5 |
| 6 | 2437 | 12.2 | 16.7 |
| 9 | 2452 | 12.0 | 15.9 |

(https://fccid.io/N7NAC803S/RF-Exposure-Info/SAR-Report-CDMA-LTE-WiFi-1663237.pdf p. 1, 12, 14 & 18)

**AirCard W802S Personal Hotspot**

**User Guide**

60

| Claim 1 | Sierra Wireless |
|---|---|
| | **Software Specifications** |

| | |
|---|---|
| CDMA (3G) specification | IS-2000 Release 0 |
| Data service | IS-707A |
| WiMAX (4G) specification | IEEE 802.16e-2005 |
| Wi-Fi specification | IEEE 802.11b IEEE 802.11g IEEE 802.11n |
| Wi-Fi security and encryption protocols | WEP Open & Shared WEP-64 WEP-128 WPA-Personal TKIP & AES (Pre-Shared Key or WPA-PSK) WPA2-Personal TKIP & AES (WPA2-PSK) WPA+WPA2-Personal (WPA+WPA2 PSK) |
| SMS (IS-637) | Not supported |
| FAX | Not supported |

(https://fccid.io/N7N-MHS802/User-Manual/Users-Manual-1412604.pdf p. 1 & 126)

| Claim 1 | Sierra Wireless |
|---------|-----------------|
| |  |

62

| Claim 1 | Sierra Wireless |
|---|---|
|  | **9. RF OUTPUT POWER VERIFICATION**<br><br>**Results**<br><br>802.11b<br><br>| Channel # | Freq. (MHz) | Conducted Avg Power (dBm) | Conducted Avg Power (mW) |<br>|---|---|---|---|<br>| 1 | 2412 | 15.6 | 36.3 |<br>| 6 | 2437 | 15.6 | 36.3 |<br>| 11 | 2462 | 15.5 | 35.5 |<br><br>802.11g<br>| 1 | 2412 | 12.0 | 15.8 |<br>| 6 | 2437 | 12.1 | 16.2 |<br>| 11 | 2462 | 12.2 | 16.6 |<br><br>802.11n HT20<br>| 1 | 2412 | 11.8 | 15.1 |<br>| 6 | 2437 | 12.0 | 15.8 |<br>| 11 | 2462 | 12.0 | 15.8 |<br><br>802.11n HT40<br>| 3 | 2422 | 11.1 | 12.9 |<br>| 6 | 2437 | 11.0 | 12.6 |<br>| 9 | 2452 | 11.0 | 12.6 |<br><br>(https://fccid.io/N7N-MHS802/RF-Exposure-Info/10U13412-7A-SAR-Report-1412597.pdf p. 1 & 14) |
| at least two vector multipliers, each vector multiplier configured to weight a respective input signal with a vector to form a weighted signal; and | Sierra Wireless 802.11n device comprises at least two vector multipliers, each vector multiplier configured to weight a respective input signal with a vector to form a weighted signal. |

63

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. 7,738,595

| Claim 1 | Sierra Wireless |
|---|---|
| | <br><br>**Figure 20-3—Transmitter block diagram 2**<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1685)<br><br>In Spatial Expansion and Beamforming, the Spatial Mapping comprises at least two vector multipliers, each vector multiplier configured to weight a respective input signal (e.g., space-time stream) with a vector (e.g., steering vector) to form a weighted signal. |

64

Page |F-64

| Claim 1 | Sierra Wireless |
|---|---|
| | h)  *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:<br><br>1)  *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).<br><br>2)  *Spatial expansion*: Vectors of constellation points from all the space-time streams are expanded via matrix multiplication to produce the input to all the transmit chains.<br><br>3)  *Beamforming*: Similar to spatial expansion, each vector of constellation points from all the space-time streams is multiplied by a matrix of steering vectors to produce the input to the transmit chains.<br><br>(Part 11:  Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1684) |
| at least two antennas comprising a transmit array, the transmit array configured to transmit each weighted signal along a respective signal path; | Sierra Wireless 802.11n device comprises at least two antennas comprising a transmit array, the transmit array configured to transmit each weighted signal along a respective signal path.<br><br>The "Analog and RF" shown in the figure below comprises at least two antennas comprising a transmit array configured to transmit each weight signal along a respective signal path. |

| Claim 1 | Sierra Wireless |
|---|---|
| |  Figure 20-3—Transmitter block diagram 2 (Part 11:  Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1685)  t)  Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 20.3.7 for details. The transmit chains are connected to antenna elements according to ANTENNA_SET of the TXVECTOR if ASEL is applied. |

| Claim 1 | Sierra Wireless |
|---|---|
|  | (Part 11:  Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1688) |
| wherein each vector is computed using a unit magnitude decomposition of a transmission channel matrix; and | Sierra Wireless 802.11n device comprises wherein each vector is computed using a unit magnitude decomposition of a transmission channel matrix.<br><br>Each vector is computed using a unit magnitude decomposition (e.g., decoding real and imaginary parts of each complex number) of a transmission channel matrix (e.g., a transmit steering matrix).<br><br>**20.3.12.3.2 CSI matrices feedback**<br><br>In CSI matrices feedback, the beamformer receives the quantized MIMO channel matrix, $H_{eff}$, from the beamformee. The beamformer then may use this matrix to compute a set of transmit steering matrices, $Q_k$.<br><br>(Part 11:  Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1730)<br><br>The received, quantized matrix $H_{eff}^{q}(k)$ (of a specific subcarrier, $k$) shall be decoded as follows:<br><br>a)   The real and imaginary parts of each element of the matrix, $H_{eff(m,l)}^{q(R)}(k)$ and $H_{eff(m,l)}^{q(I)}(k)$, are decoded as a pair of twos complement numbers to create the complex element, where $1 \le m \le N_r$ and $1 \le l \le N_c$.<br><br>(Part 11:  Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1731) |
| wherein the unit magnitude decomposition includes decomposing at least a portion of the transmission channel matrix into a unitary matrix with | Sierra Wireless 802.11n device comprises wherein the unit magnitude decomposition includes decomposing at least a portion of the transmission channel matrix into a unitary matrix with eigenvalues that lie substantially on a unit circle of a complex plane.<br><br>The unit magnitude decomposition includes decomposing at least a portion of the transmission channel matrix (e.g., a received quantized matrix) into a unitary matrix (e.g., an orthonormal column |

| Claim 1 | Sierra Wireless |
|---|---|
| eigenvalues that lie substantially on a unit circle of a complex plane. | matrix with equal rows and columns) with eigenvalues that lie substantially on a unit circle of a complex plane (which is true of unitary matrices).<br><br>**20.3.12.3.6 Compressed beamforming feedback matrix**<br><br>In compressed beamforming feedback matrix, the beamformee shall remove the space-time stream CSD in Table 20-10 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrices, $V(k)$, found by the beamformee are compressed in the form of angles, which are sent to the beamformer. The beamformer might use these angles to decompress the matrices and determine the steering matrices $Q_k$.<br><br>The matrix $V$ per tone shall be compressed as follows: The $N_r \times N_c$ beamforming feedback orthonormal column matrix $V$ found by the beamformee shall be represented as shown in Equation (20-79). When the number of rows and columns is equal, the orthonormal column matrix becomes a unitary matrix.<br><br>$$V = \left[ \prod_{i=1}^{\min(N_c, N_r-1)} \left[ D_i \left( 1_{i-1}\ e^{j\phi_{l,i}} \ \ldots \ e^{j\phi_{N_r-1,i}}\ 1 \right) \prod_{l=i+1}^{N_r} G_{li}^T(\psi_{li}) \right] \right] \tilde{I}_{N_r \times N_c} \qquad (20\text{-}79)$$<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1732-33) |

| Claim 2 | Sierra Wireless |
|---|---|
| 2. The transmitter of claim 1, wherein unit magnitude decomposition comprises decomposing the channel | Sierra Wireless 802.11n device comprises wherein unit magnitude decomposition comprises decomposing the channel matrix into a unitary matrix and a second matrix. |

| Claim 2 | Sierra Wireless |
|---|---|
| matrix into a unitary matrix and a second matrix. | The unit magnitude decomposition comprises decomposing the transmission channel matrix (e.g., a received quantized matrix) into a unitary matrix (e.g., an orthonormal column matrix with equal rows and columns) and a second matrix (e.g., at least one of matrix D and matrix G). The matrix $V$ per tone shall be compressed as follows: The $N_r \times N_c$ beamforming feedback orthonormal column matrix $V$ found by the beamformee shall be represented as shown in Equation (20-79). When the number of rows and columns is equal, the orthonormal column matrix becomes a unitary matrix. $$V = \left[ \prod_{i=1}^{\min(N_c, N_r-1)} \left[ D_i\left(1_{i-1}\ e^{j\phi_{i,i}} \ldots e^{j\phi_{N_r-1,i}}\ 1\right) \prod_{l=i+1}^{N_r} G_{li}^T(\psi_{li}) \right] \right] \tilde{I}_{N_r \times N_c} \qquad (20\text{-}79)$$ The matrix $D_i\left(1_{i-1}\ e^{j\phi_{i,i}} \ldots e^{j\phi_{N_r-1,i}}\ 1\right)$ is an $N_r \times N_r$ diagonal matrix, where $1_{i-1}$ represents a sequence of ones with length of $i-1$, as shown in Equation (20-80). $$D\left(1_{i-1}\ e^{j\phi_{i,i}} \ldots e^{j\phi_{N_r-1,i}}\ 1\right) = \begin{bmatrix} I_{i-1} & 0 & \cdots & \cdots & 0 \\ 0 & e^{j\phi_{i,i}} & 0 & \cdots & 0 \\ \vdots & 0 & \ddots & 0 & 0 \\ \vdots & \vdots & 0 & e^{j\phi_{N_r-1,i}} & 0 \\ 0 & 0 & 0 & 0 & 1 \end{bmatrix} \qquad (20\text{-}80)$$ The matrix $G_{li}(\psi)$ is an $N_r \times N_r$ Givens rotation matrix as shown in Equation (20-81). $$G_{li}(\psi) = \begin{bmatrix} I_{i-1} & 0 & 0 & 0 & 0 \\ 0 & \cos(\psi) & 0 & \sin(\psi) & 0 \\ 0 & 0 & I_{l-i-1} & 0 & 0 \\ 0 & -\sin(\psi) & 0 & \cos(\psi) & 0 \\ 0 & 0 & 0 & 0 & I_{N_r-l} \end{bmatrix} \qquad (20\text{-}81)$$ where each $I_m$ is an $m \times m$ identity matrix, and $\cos(\psi)$ and $\sin(\psi)$ are located at row $l$ and column $i$. $\tilde{I}_{N_r \times N_c}$ is an identity matrix padded with 0s to fill the additional rows or columns when $N_r \neq N_c$. (Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1733) |