# EXHIBIT G

Evidence of Use Regarding Infringement of U.S. Patent 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
| 1. A method, comprising | Sierra Wireless makes, uses, tests, sells, offers for sale, and/or imports 802.11n system that perform a method.<br><br>Sierra Wireless makes, uses, tests, sells, offers for sale, and/or imports 802.11n compatible devices, including, but not limited to AirLink 802.11 routers (XR90, XR80, LX60, LX40, RX400, XR60, MG90, MP70, RX55, RV55), Wi-Fi modules (BX3105, AirPrime BX3100, BX3210), Wi-Fi X-Card (GX400/440/450, Wi-Fi Expansion Card EC4501), AirLink oMG2000, AirLink oMG500, AirCard 763S Mobile Hotspot, AirPrime Sensor Hub, AirCard 770S, AirCard 754S, AC803S, AirCard W802S etc., that perform a method of Claim 1.<br><br>Sierra Wireless 802.11n compatible devices perform a method.<br><br>SIERRA WIRELESS IS NOW<br>SEMTECH®<br><br>PRO SERIES – ULTIMATE ROUTERS<br><br>**AirLink® XR90 – High-Performance Dual 5G Vehicle Router**<br><br>Designed for mission-critical connectivity, the AirLink® XR90 delivers unmatched performance for public safety, transit, and mobile fleets. Powered by dual 5G cellular radios and dual independent 4×4 MU-MIMO Wi-Fi 6, it provides resilient, high-speed connectivity virtually anytime, anywhere, while reducing maintenance costs with ALMS Out-of-Band Management.<br><br>**Key Features:**<br>• **Dual 5G & Wi-Fi 6:** Reliable, multi-network access with the latest wireless standards<br>• **End-to-End Security:** Full device-to-cloud protection with AirLink OS and secure boot |

1

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  | (https://www.sierrawireless.com/router-solutions/xr90/) <br><br> <br><br> (https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 1) <br><br> **RF Exposure Evaluation Report** <br> *XR90* <br><br> June 23, 2021 |

The comparison chart shows:

| | XR90 | XR80 |
|---|---|---|
| TECHNOLOGY SUPPORTED | 5G, LTE CAT 20, LPWA | 5G, LTE CAT 20, LPWA |
| MAX CELLULAR SPEED (DL/UL MBPS) | 5G – Up to 4.14 Gbps DL/660 Mbps UL<br>4G LTE CAT 20 – Up to 2 Gbps DL/210 Mbps UL | 5G – Up to 4.14 Gbps DL/660 Mbps UL<br>4G LTE CAT 20 – Up to 2 Gbps DL/210 Mbps UL |
| APPROVED CARRIERS* | BT, Verizon, AT&T/FirstNet and T-Mobile | BT, Verizon, AT&T/FirstNet and T-Mobile |
| NAVIGATION | 48 Channel Dedicated Assisted GNSS with Inertial Dead Reckoning | 48 Channel Dedicated Assisted GNSS with Inertial Dead Reckoning |
| HOST INTERFACE | Single 5G - 4 RJ-45 Ethernet ports (1x5 Gbps, 3x1 Gbps)<br>Dual 5G - 5 RJ-45 Ethernet ports (1x5 Gbps, 4x1 Gbps)<br>2 USB 3.2 type-C port<br>1 RS-232 serial port (RJ-45 connector)<br>1 Aux Port (GPIO/CAN) | Single 5G - 3 RJ-45 Ethernet ports (1x5 Gbps with PTP IEEE 1588, 2x1 Gbps)<br>Dual 5G - 4 RJ-45 Ethernet ports (1x5 Gbps with PTP IEEE 1588, 4x1 Gbps)<br>2 USB 3.2 type-C port<br>1 RS-232 serial port (RJ-45 connector)<br>1 Aux Port (GPIO/CAN) |
| SIM SLOT (2FF) | 2 | 2 |
| WI-FI | Dual 4X4 MIMO Wi-Fi 6<br>802.11 b/g/n/ac/ax<br>4 SSIDs | Single 4x5 MIMO Wi-Fi 6<br>802.11 b/g/n/ac/ax<br>4 SSIDs |
| WI-FI CLIENTS/ SECURITY | 128 Clients<br>WPA2/3 Enterprise | 128 Clients<br>WPA2/3 Enterprise |

2

| Claim 1 | Sierra Wireless |
|---|---|
|  | *Table 1: Description of Equipment Under Test*<br><br>| Brand Name | Sierra Wireless |<br>| Model Name | XR90 |<br>| FCC ID | N7NXR90 |<br>| IC/ISED ID | 2417C-XR90 |<br>| EUT Type | WiFi / Bluetooth |<br>| Wireless Technology and Frequency Range | WLAN 2.4 GHz: 2400 – 2483.5 MHz<br>WLAN 5.2 GHz: 5150 – 5250 MHz<br>WLAN 5.3 GHz: 5250 – 5350 MHz<br>WLAN 5.6 GHz: 5470 – 5725 MHz<br>WLAN 5.8 GHz: 5725 – 5825 MHz<br>Bluetooth: 2400 – 2483.5 MHz |<br>| Mode | WLAN: 802.11 b/g/n/a/ac/ax HE20/40/80<br>Bluetooth: BR/EDR/LE |<br>| Antenna Gain | 2.4GHz WiFi: -0.25dBi<br>5 GHz WiFi: 0.50 dBi |<br><br>(https://fccid.io/N7NXR90/RF-Exposure-Info/XR90WiFi10GUPCA-RFExp-20210520-v1-4-5377756.pdf p. 1 & 3) |

3

| Claim 1 | Sierra Wireless |
|---|---|
| |  (https://www.sierrawireless.com/router-solutions/antennas/#xr90) |

| Claim 1 | Sierra Wireless |
|---|---|
|  | PRO SERIES – ULTIMATE ROUTERS<br><br>**AirLink® XR80 5G LTE Router for Fixed and Mobile Applications**<br><br>**High Performance Multi-Network 5G /Wi-Fi 6 Router**<br><br>The supercharged AirLink® XR80 5G LTE router is optimized for fixed and mobile applications. The available dual-5G cellular radio and 5×4 MU-MIMO Wi-Fi 6 deliver the flexibility expected from a high-performance vehicle and industrial 5G router with customized configurations. The AirLink XR80 supports complete device-to-cloud security, reduces total cost of ownership with ALMS Out-of-Band management, and, with its cartridge-based design, enables long-term expandability and upgradability for critical mobile and industrial deployments.<br><br>(https://www.sierrawireless.com/router-solutions/xr80/) |

5

| Claim 1 | Sierra Wireless |
|---|---|
|  | (https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 1)<br><br> |

6

| Claim 1 | Sierra Wireless |
|---|---|
|  | **1    General Description**<br><br>**1.1    Information**<br><br>**1.1.1    RF General Information** |

| Frequency Range (MHz) | IEEE Std. 802.11 | Ch. Frequency (MHz) | Channel Number |
|---|---|---|---|
| 5150-5250 | a, n (HT20), ac (VHT20), ax (HEW 20) | 5180-5240 | 36-48 [4] |
| 5250-5350 |  | 5260-5320 | 52-64 [4] |
| 5470-5725 |  | 5500-5700 | 100-140 [11] |
| Straddle 5720 |  | 5720 | 144 [1] |
| 5725-5850 |  | 5745-5825 | 149-165 [5] |
| 5150-5250 | n (HT40), ac (VHT40), ax (HEW 40) | 5190-5230 | 38-46 [2] |
| 5250-5350 |  | 5270-5310 | 54-62 [2] |
| 5470-5725 |  | 5510-5670 | 102-134 [5] |
| Straddle 5710 |  | 5710 | 142 [1] |
| 5725-5850 |  | 5755-5795 | 151-159 [2] |
| 5150-5250 | ac (VHT80), ax (HEW 80) | 5210 | 42 [1] |
| 5250-5350 |  | 5290 | 58 [1] |
| 5470-5725 |  | 5530-5610 | 106-122 [2] |
| Straddle 5690 |  | 5690 | 138 [1] |
| 5725-5850 |  | 5775 | 155 [1] |

**For 2.4GHz function (WiFi B):**
For IEEE 802.11 b/g/n/VHT/ax mode (4TX/4RX)
Ant. 5 (port 1), Ant. 6 (port 2), Ant. 7 (port 3) and Ant. 8 (port 4) could transmit/receive simultaneously.
**For 5GHz function (WiFi A):**
For IEEE 802.11 a/n/ac/ax mode (1TX/1RX)
Only Ant. 9 (port 1) can be used as transmitting/receiving antenna.
**For 5GHz function (WiFi B):**
For IEEE 802.11 a/n/ac/ax mode (4TX/4RX)
Ant. 5 (port 1), Ant. 6 (port 2), Ant. 7 (port 3) and Ant. 8 (port 4) could transmit/receive simultaneously.
(https://fccid.io/N7NXR80/Test-Report/N7NXR80-TestRpt-NII-Part-1-5414225.pdf p. 1, 5 & 7)

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  | <br>(https://www.sierrawireless.com/router-solutions/antennas/#xr80) |

8

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|         | ESSENTIAL SERIES<br><br>**AirLink® LX60 Dual Ethernet 4G LTE Router for Enterprise & IoT**<br><br>**Dual Ethernet 4G LTE Router for Retail, Fleet, and IoT**<br><br>The AirLink® LX60 delivers secure, high-performance LTE and Wi-Fi connectivity for both primary and backup applications in Enterprise IoT—including ATMs, kiosks, and POS terminals. With dual Ethernet ports and industrial-grade reliability, the LX60 is also ideal for fleet vehicles, taxis, and IoT infrastructure in protected indoor or cabinet-based deployments. |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  | **WI-FI (OPTIONAL)** Dual Band 2.4/5GHz Wi-Fi 802.11 b/g/n/ac (Wave2 Client Mode) Support for 10 clients, WPA2 Enterprise Output power 16dBm Access Point or Client Mode (Wi-Fi as WAN) Single SSID Support Captive Portal (https://www.sierrawireless.com/router-solutions/lx60/) |

| | LX40 | LX60 |
|---|---|---|
| TECHNOLOGY SUPPORTED | LTE, HSPA+ | LTE, HSPA+ |
| MAX CELLULAR SPEED (DL/UL MBPS) | LTE: 150/50 | LTE: 150/50 |
| APPROVED CARRIERS* | Verizon, AT&T/FirstNet | Verizon, AT&T |
| NAVIGATION | N/A | 48 Channel Dedicated GNSS (Optional) |
| HOST INTERFACE | 1 Ethernet (10/100/1000) 1 USB 2.0 (Micro) 1 GPIO PoE - Powered Device | 2 Ethernet (10/100/1000) 1 Serial (RS232/485) 1 USB 2.0 (micro) 5 GPIO |
| SIM SLOT (2FF) | 1 | 1 |
| WI-FI | 2.4/5GHz (Optional) 802.11b/g/n/ac 1x1 SISO 1 SSID | 2.4/5GHz (Optional) 802.11b/g/n/ac 1x1 SISO 1 SSID |
| WI-FI CLIENTS/ SECURITY | 10 clients WPA2 Personal/ Enterprise | 10 clients WPA2 Personal/Enterprise |

(https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 4)

10

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|         |  |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  |  (https://www.sierrawireless.com/router-solutions/antennas/#lx60) |

12

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  |  (https://www.sierrawireless.com/router-solutions/lx40/) |

13

| Claim 1 | Sierra Wireless |
|---|---|
|  | |

|  | LX40 | LX60 |
|---|---|---|
| TECHNOLOGY SUPPORTED | LTE, HSPA+ | LTE, HSPA+ |
| MAX CELLULAR SPEED (DL/UL MBPS) | LTE: 150/50 | LTE: 150/50 |
| APPROVED CARRIERS* | Verizon, AT&T/FirstNet | Verizon, AT&T |
| NAVIGATION | N/A | 48 Channel Dedicated GNSS (Optional) |
| HOST INTERFACE | 1 Ethernet (10/100/1000) 1 USB 2.0 (Micro) 1 GPIO PoE - Powered Device | 2 Ethernet (10/100/1000) 1 Serial (RS232/485) 1 USB 2.0 (micro) 5 GPIO |
| SIM SLOT (2FF) | 1 | 1 |
| WI-FI | 2.4/5GHz (Optional) 802.11b/g/n/ac 1x1 SISO 1 SSID | 2.4/5GHz (Optional) 802.11b/g/n/ac 1x1 SISO 1 SSID |
| WI-FI CLIENTS/ SECURITY | 10 clients WPA2 Personal/ Enterprise | 10 clients WPA2 Personal/Enterprise |

(https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 4)

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|         |  |

| Claim 1 | Sierra Wireless |
| --- | --- |
|  | Purpose-built for critical infrastructure, the rugged RX400 combines right-sized 5G RedCap connectivity with industry-leading power efficiency to bring 5G to extreme environments— even where only solar power is available.<br><br>With 5G RedCap and LTE support, built-in serial, edge computing capabilities and private networking support, utilities, oil & gas organizations, and cities can modernize aging infrastructure today while enabling future-ready communications. Delivered with defense-in-depth security from 30+ years of field-proven expertise.<br><br>5G RedCap + LTE Cat-4<br>1×1 Wi-Fi 6 (Optional)<br>1x Ethernet (1 Gbps)<br>Single/Dual RS-232<br>Dual-Band GNSS<br>IP64 and MIL-STD-810H Rated<br>Powered by AirLink OS and AirLink Complete |

16

| Claim 1 | Sierra Wireless |
|---|---|
| | **WI-FI (OPTIONAL)**<br><br>Wi-Fi Standard — Wi-Fi 6<br>Access Point — Dual (2.4 & 5GHz)<br>Client (Depot/WAN) — Yes<br>Client & AP — Yes<br>Peak Throughput — 600 Mbps<br>MIMO — Single 1×1<br>Security — WPA2/3 Personal / WPA2/3 Transitional / WPA2 Enterprise (Client Only)<br>Clients — 16 per radio<br>SSID — 1<br>Output Power — 16 dBm (for 2.4 GHz) & 14 dBm (for 5 GHz) per chain conducted transmit power<br>Frequency — 2.4/5 GHz<br>RF Connectors — SMA (Reverse Polarity)<br><br>(https://www.sierrawireless.com/router-solutions/rx400/)<br><br>**AirLink RX400 / EX400**<br>**Hardware User Guide** |

17

| Claim 1 | Sierra Wireless |
|---|---|
|  | **IECEx Compliance (RX400 only)**<br><br>Special condition of safe use:<br>• Equipment shall be installed in an Ex certified tool secured enclosure which provides a minimum ingress protection of IP54. It must be mounted with mounting screws on a flat surface, or optional DIN rail mounting bracket with the DIN rail clip to a horizontal DIN rail and the spring clip at the bottom.<br>• Equipment references the enclosure ground. The end user shall ensure that the installation adequately mitigates the risks of circulating earth currents and floating voltages.<br><br>**Important:** *IECEx Compliance certification of radio equipment type RX400 / EX400 is currently in progress. When complete, the following section will apply:*<br><br>This certification applies to the following Product SKUs:<br>• 1105304 RX400 Serial, Ethernet<br>• 1105305 RX400 Serial, Ethernet, Wi-Fi<br>RX400 SKUs contain FCC ID: N7NEM86T / ISED ID: 2417C-EM86T<br>RX400 SKUs with Wi-Fi also contain FCC ID: N6C-SDMAX / ISED ID: 4908A-SDMAX<br>(https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/user_guides/hardware-guide/41114996-rx400-ex400-hw-user-guide-r1.ashx p. 1 & 73) |

18

Case 2:26-cv-00263    Document 1-7    Filed 03/31/26    Page 20 of 72 PageID #: 328

| Claim 1 | Sierra Wireless |
|---|---|
|  | **TEST REPORT**<br><br>**CERTIFICATE OF CONFORMITY**<br><br>**Standard:** 47 CFR FCC Part 15, Subpart E (Section 15.407)<br>**Report No.:** RFBHVI-WTW-P22120237B-1<br>**FCC ID:** N6C-SDMAX<br>**Product:** Wireless Embedded Module<br>**Brand:** Silex Technology<br>**Model No.:** SX-SDMAX<br>**Received Date:** 2023/12/4<br>**Test Date:** 2024/1/2 ~ 2024/3/19<br>**Issued Date:** 2024/4/12<br><br>**Applicant:** Silex Technology, Inc.<br>**Address:** 2-3-1 Hikaridai, Seika-cho, Soraku-gun, Kyoto 619-0237, Japan<br>**Issued By:** Bureau Veritas Consumer Products Services (H.K.) Ltd., Taoyuan Branch<br>Hsin Chu Laboratory |

| Claim 1 | Sierra Wireless |
|---|---|
| | **3   General Information**<br><br>**3.1   General Description of EUT**<br><br>(table below)<br><br>([https://fccid.io/N6C-SDMAX/Test-Report/Test-Report-NII-rev-7287378.pdf](https://fccid.io/N6C-SDMAX/Test-Report/Test-Report-NII-rev-7287378.pdf) p. 1 & 6) |

| Product | Wireless Embedded Module |
|---|---|
| Brand | Silex Technology |
| Test Model | SX-SDMAX |
| Status of EUT | Engineering sample |
| Power Supply Rating | 3.3 Vdc from host equipment |
| Modulation Type | 64QAM, 16QAM, QPSK, BPSK for OFDM<br>256QAM for OFDM in 11ac mode<br>1024QAM for OFDMA in 11ax mode |
| Modulation Technology | OFDM, OFDMA |
| Transfer Rate | 802.11a: up to 54 Mbps<br>802.11n up to 150 Mbps<br>802.11ac: up to 433.3 Mbps<br>802.11ax: up to 600.4 Mbps |
| Operating Frequency | 5.18 GHz ~ 5.24 GHz<br>5.26 GHz ~ 5.32 GHz<br>5.5 GHz ~ 5.72 GHz<br>5.745 GHz ~ 5.825 GHz |
| Number of Channel | 802.11a, 802.11n (HT20), 802.11ac (VHT20), 802.11ax (HE20): 25<br>802.11n (HT40), 802.11ac (VHT40), 802.11ax (HE40): 12<br>802.11ac (VHT80), 802.11ax (HE80):6 |
| Resource Unit (RU) | Single RU: 26-tone, 52-tone, 106-tone, 242-tone, 484-tone, 996-tone |
| Output Power | 5.18 GHz ~ 5.24 GHz : 43.451 mW (16.38 dBm)<br>5.26 GHz ~ 5.32 GHz : 43.551 mW (16.39 dBm)<br>5.5 GHz ~ 5.72 GHz : 42.855 mW (16.32 dBm)<br>5.745 GHz ~ 5.825 GHz : 43.451 mW (16.38 dBm) |

20

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
| | <br><br>(https://www.sierrawireless.com/router-solutions/antennas/#rx400) |

21

Page |G-21

| Claim 1 | Sierra Wireless |
| --- | --- |
| | **PERFORMANCE SERIES** <br><br> **AirLink® XR60** <br> **Ultra-compact Rugged** <br> **5G and Wi-Fi 6 Cellular** <br> **Router** <br><br> The AirLink® XR60 is an ultra-compact, rugged 5G cellular router designed to deliver reliable, high-performance 5G and Wi-Fi 6 connectivity in space-constrained and harsh environments — from tight industrial enclosures to fast-moving vehicles. <br><br> Built for mission-critical applications, the XR60 supports advanced networking features, private network integration, and edge computing capabilities, enabling mission-critical organizations to future-proof their connectivity and accelerate digital transformation. <br><br> With AirLink Complete, the XR60 offers 5 years of hardware warranty, technical support, and secure remote management to keep your network online and optimized. |

22

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  | |

**WI-FI**

| | |
|---|---|
| Wi-Fi Standard | Wi-Fi 6 |
| Access Point | Dual (2.4 & 5GHz) |
| Client (Depot/WAN) | Yes |
| Client & AP | Yes |
| Peak Throughput (Theoretical) | 1200 Mbps |
| MIMO | Single 2×2 |
| Security | WPA2/3 Personal WPA2/3 Transitional WPA2 Enterprise |
| Clients | Up to 32 maximum |
| SSID | 3 |
| Output Power | 21 dBm per chain |
| Frequency | 2.4/5 GHz |
| RF Connectors | SMA (Reverse Polarity) |

23

| Claim 1 | Sierra Wireless |
|---|---|
|  | (https://www.sierrawireless.com/router-solutions/xr60/)<br><br>**AirLink XR60**<br>Hardware User Guide<br><br>**IECEx Compliance**<br><br>Special condition of safe use:<br>• Equipment shall be installed in an Ex certified tool secured enclosure which provides a minimum ingress protection of IP54. It must be mounted with mounting screws on a flat surface, or optional DIN rail mounting bracket with the DIN rail clip to a horizontal DIN rail and the spring clip at the bottom.<br><br>This certification applies to the following Product SKUs:<br>• 1105099 Global Dual Ethernet<br>• 1105159 Global Dual Ethernet, Wi-Fi<br>• 1105160 Global Serial, Ethernet<br>• 1105161 Global Serial, Ethernet, Wi-Fi<br><br>XR60 SKUs contain FCC ID: N7NEM92<br><br>XR60 SKUs with Wi-Fi contain FCC ID: N6C-PCEAX<br>(https://www.communica.se/sierrawireless/41114699%20AirLink%20XR60%20Hardware%20User%20Guide%20r1.pdf p. 1 & 78) |

24

| Claim 1 | Sierra Wireless |
|---|---|
| | **ELECTROMAGNETIC EMISSIONS COMPLIANCE REPORT**<br><br>**Applicant:** Silex Technology, Inc. 2-3-1 Hikaridai, Seika-cho, Soraku-gun, Kyoto 619-0237, Japan<br>**Manufacturer:** Silex Technology, Inc. 2-3-1 Hikaridai, Seika-cho, Soraku-gun, Kyoto 619-0237, Japan<br>**Product Name:** Embedded wireless module<br>**Brand Name:** Silex Technology<br>**Model No.:** SX-PCEAX<br>**Report Number:** TERF2305001230ER<br>**FCC ID** N6C-PCEAX<br>**IC:** 4908A-PCEAX<br>**Date of EUT Received:** April 26, 2023<br>**Date of Test:** May 3, 2023～July 17, 2024<br>**Issue Date:** July 18, 2024 |

| Claim 1 | Sierra Wireless |
|---|---|
|  | **1.1   Product Description** <br><br> **Product Name:** Embedded wireless module <br> **Brand Name:** Silex Technology <br> **Model No.:** SX-PCEAX <br> **Hardware Version:** N/A <br> **Firmware Version:** HY103710 <br> **EUT Series No.:** 1CBCEC011DAC <br> **Power Supply:** 3.3Vdc <br> **Test Software (Name/Version):** QRCT V4.0.210.0 <br><br> **1.2   Modulation & Data Rate** <br><br> **Modulation type:** <br> 64QAM, 16QAM, QPSK, BPSK for OFDM in 802.11a,11n <br> 256QAM, 64QAM, 16QAM, QPSK, BPSK for OFDM in 802.11ac <br> 1024QAM, 256QAM, 64QAM, 16QAM, QPSK, BPSK for OFDMA in 802.11ax <br><br> **Transition Rate:** <br> 802.11 a: 6 - 54 Mbps <br> 802.11 n_20MHz: up to 144.4 Mbps <br> 802.11 n_40MHz: up to 300 Mbps <br> 802.11 ac_20MHz: up to 173.4 Mbps <br> 802.11 ac_40MHz: up to 400 Mbps <br> 802.11 ac_80MHz: up to 866.6 Mbps <br> 802.11 ac_160MHz: up to 1733.4 Mbps <br> 802.11 ax_20MHz: up to 286.8 Mbps <br> 802.11 ax_40MHz: up to 573.6 Mbps <br> 802.11 ax_80MHz: up to 1201 Mbps <br> 802.11 ax_160MHz: up to 2402 Mbps <br><br> (https://fccid.io/N6C-PCEAX/Test-Report/Test-Report-Part-1-7493608.pdf p. 1 & 4) |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---------|-----------------|
| |  (https://www.sierrawireless.com/router-solutions/antennas/#xr60) |

27

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|         |  (https://www.sierrawireless.com/router-solutions/mg90/) |

28

| Claim 1 | Sierra Wireless |
| --- | --- |
|  | <br><br>(https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 3)<br><br><br><br>**Table 3-1: General Router Specifications (Continued)** |

29

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  | **Vehicle Area Networking (LAN)** • Support for all on-board devices - wired and wireless · IEEE 802.11 b/g/n/ac (built-in vehicle AP) · 10/100/1000 Base-T Ethernet - RJ45 x 5 ports · Bluetooth · Serial—RS-232 DB-9 · DHCP Server (RFC 2131) · USB - USB 3.0 x 2, Type A (female) • Compatibility · Operates with Wi-Fi certified client devices · Supports all major client operating systems **Wide Area Networking (WAN)** • Wireless Networking · For product-specific lists of supported bands, see Radio Bands/Conducted Tx Power on page 44. · Support for FirstNet Public Safety Band 14 · Integrated compatibility with current wireless WAN standards including HSPA+, LTE, 5G NR Sub-6G · IEEE 802.11 b/g/n/ac · Ethernet WAN devices (e.g. satellite modem) • Transmit video and data through the MG90 · QOS - Application priority queuing |

Page |G-30

| Claim 1 | Sierra Wireless |
|---|---|
|  | **Wi-Fi Support**<br><br>The MG90 includes two Wi-Fi modules:<br>• Wi-Fi A<br> · Default configuration—Wi-Fi WAN<br>  Instead of submitting data over cellular while in the field, the user can choose to wait until the vehicle arrives at its depot, where it can connect to the local access point.<br> · Captive portal support<br> · 802.11 b/g/n/ac<br> · WPA2 Enterprise (RSA) with AES encryption<br>• Wi-Fi B<br> · Default configuration—Wi-Fi Access Point<br>  The VAN supports connections to the router by wired devices (over Ethernet ports) and wireless devices.<br> · Captive portal support<br> · 802.11 b/g/n/ac<br> · WPA2 Enterprise (RSA) with AES encryption<br> · 4 SSIDs with separately configurable security, bandwidth, and QOS<br> · Up to 128 clients can connect simultaneously<br><br>Both Wi-Fi modules support 2.4 GHz and 5 GHz.<br>(https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/mg-series/4118699-airlink-mg90-hardware-user-guide-r11.ashx p. 1, 42, 43 & 60) |

31

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  |

(https://www.sierrawireless.com/router-solutions/antennas/#mg90) |

32

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|  |  (https://www.sierrawireless.com/router-solutions/mp70/) |

33

| Claim 1 | Sierra Wireless |
|---|---|
|  | |
|  | (https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 3)<br><br>**AirLink MP70 Series**<br><br>Hardware User Guide |

| Claim 1 | Sierra Wireless |
|---|---|
|  | **Wi-Fi Performance** <br><br> (table below) <br><br> **Wi-Fi Output Power** <br><br> (table below) <br><br> (https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/user_guides/hardware-guide/4119008-airlink-mp70-hardware-user-guide-r12.ashx p. 1 & 42) |

**Wi-Fi Performance**

| Technology | Frequency | MIMO | 20 MHz[a] | 40 MHz[a] | 80 MHz[a] |
|---|---|---|---|---|---|
| 802.11n | 2.4 GHz | 1 × 1 | 72 Mbps |  |  |
|  |  | 2 × 2 | 144 Mbps |  |  |
|  |  | 3 × 3 | 216 Mbps |  |  |
|  | 5 GHz | 1 × 1 | 72 Mbps | 150 Mbps |  |
|  |  | 2 × 2 | 144 Mbps | 300 Mbps |  |
|  |  | 3 × 3 | 216 Mbps | 450 Mbps |  |
| 802.11ac | 5 GHz | 1 × 1 | 87 Mbps | 200 Mbps | 433 Mbps |
|  |  | 2 × 2 | 173 Mbps | 400 Mbps | 867 Mbps |
|  |  | 3 × 3 | 289 Mbps | 600 Mbps | 1.3 Gbps |

a. Theoretical maximum performance. Actual data rates vary.

**Wi-Fi Output Power**

| Technology | Frequency | Max Output Power |
|---|---|---|
| 802.11n | 2.4 GHz | 26 dBm ±2 dB |
|  | 5 GHz | 24 dBm ±2 dB |
| 802.11ac | 5 GHz | 23 dBm ±2 dB |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|         | <br>(https://www.sierrawireless.com/router-solutions/antennas/#mp70) |

36

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---------|-----------------|
|         | PRO SERIES – COMPACT ROUTERS ———|
|         | **AirLink® RX55 Rugged Industrial 4G LTE IoT Router** |
|         | **The World's Most Power-Efficient Rugged 4G LTE-A Router\*** |
|         | The AirLink® RX55 is purpose-built for Industrial IoT, offering the lowest idle power consumption in its class\*. Engineered with a rugged design for harsh and remote environments, the RX55 enables ultra-reliable connectivity across both public and private networks. |
|         | With advanced networking features and industry-standard container support, it enables secure, real-time edge computing for mission-critical industrial applications—from smart infrastructure and utilities to transportation and energy. |

37

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  | (https://www.sierrawireless.com/router-solutions/rx55/) |

| | RX55 | RV55 |
|---|---|---|
| TECHNOLOGY SUPPORTED | LTE-A, HSPA+ | LTE-A Pro, HSPA+ |
| MAX CELLULAR SPEED (DL/UL MBPS) | 300/150 Mbps | LTE-A Pro: 600/150 Mbps<br>LTE: 150/50 Mbps |
| APPROVED CARRIERS* | Verizon, AT&T/FirstNet, T-Mobile | Verizon, AT&T/FirstNet, T-Mobile, Rogers, Bell, Telus, Telstra |
| NAVIGATION | 30 Channel<br>GNSS | 30 Channel<br>GNSS |
| HOST INTERFACE | 1 Ethernet (10/100/1000)<br>2 Serial (RS232) with accessory cable<br>1 CAN (RS232) with accessory cable<br>1 USB 2.0 (micro)<br>1 GPIO | 1 Ethernet (10/100/1000)<br>2 Serial (RS232) with accessory cable<br>1 USB 2.0 (micro)<br>1 GPIO |
| SIM SLOT (2FF) | 2 | 2 |
| WI-FI | Dual Radio, 2.4/5GHz (Optional)<br>802.11 b/g/n/ac<br>1x1 SISO<br>1 SSID per radio | Dual Radio, 2.4/5GHz (Optional)<br>802.11 b/g/n/ac<br>1x1 SISO<br>1 SSID per radio |
| WI-FI CLIENTS/ SECURITY | 10 clients per radio<br>WPA2/3 Personal/Enterprise | 10 clients per radio<br>WPA2 Personal/Enterprise |

38

| Claim 1 | Sierra Wireless |
|---|---|
|  | (https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 2)<br><br>**AirLink RX55**<br><br>**Hardware User Guide**<br><br>**Wi-Fi Performance**<br><br><table><tr><td>Technology</td><td>Frequency</td><td>MIMO</td><td>20 MHz[a]</td><td>40 MHz[a]</td><td>80 MHz[a]</td></tr><tr><td rowspan="2">802.11n</td><td>2.4 GHz</td><td>1 × 1</td><td>72 Mbps</td><td></td><td></td></tr><tr><td>5 GHz</td><td>1 × 1</td><td>100 Mbps</td><td>150 Mbps</td><td></td></tr><tr><td>802.11ac</td><td>5 GHz</td><td>1 × 1</td><td>87 Mbps</td><td>200 Mbps</td><td>433 Mbps</td></tr></table><br>a.   Theoretical maximum performance. Actual data rates vary.<br><br>(https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/user_guides/hardware-guide/41114494-airlink-rx55-hardware-user-guide-r4.ashx p. 1 & 47) |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
| |  (https://www.sierrawireless.com/router-solutions/antennas/#rx55) |

40

| Claim 1 | Sierra Wireless |
|---|---|
|  | PRO SERIES – COMPACT ROUTERS<br><br>**AirLink® RV55 Compact Industrial LTE Router**<br><br>**Ultra-Low Power Industrial 4G LTE Router**<br><br>The AirLink® RV55 is a compact, rugged LTE router that provides reliable 4G LTE and Wi-Fi connectivity for both mobile and fixed remote assets. Designed for use in harsh environments, the RV55 features ultra-low power consumption, making it an ideal solution for solar- or battery-powered applications.<br><br> |

| Claim 1 | Sierra Wireless |
|---|---|
|  | **WI-FI (OPTIONAL)**<br><br>Dual Band 2.4/5GHz Wi-Fi<br>Dual Radio, 802.11 b/g/n/ac (Wave2 Client Mode)<br>Support for 10 clients, WPA2 Enterprise per radio<br>Output power 16dBm<br>Configurable as Dual Band Access Point (AP) or AP+Client Mode<br>Single SSID Support per radio<br>Captive Portal<br><br>(https://www.sierrawireless.com/router-solutions/rv55/)<br><br><table><tr><td></td><td>RX55</td><td>RV55</td></tr><tr><td>TECHNOLOGY SUPPORTED</td><td>LTE-A, HSPA+</td><td>LTE-A Pro, HSPA+</td></tr><tr><td>MAX CELLULAR SPEED (DL/UL MBPS)</td><td>300/150 Mbps</td><td>LTE-A Pro: 600/150 Mbps<br>LTE: 150/50 Mbps</td></tr><tr><td>APPROVED CARRIERS*</td><td>Verizon, AT&T/FirstNet, T-Mobile</td><td>Verizon, AT&T/FirstNet, T-Mobile, Rogers, Bell, Telus, Telstra</td></tr><tr><td>NAVIGATION</td><td>30 Channel GNSS</td><td>30 Channel GNSS</td></tr><tr><td>HOST INTERFACE</td><td>1 Ethernet (10/100/1000)<br>2 Serial (RS232) with accessory cable<br>1 CAN (RS232) with accessory cable<br>1 USB 2.0 (micro)<br>1 GPIO</td><td>1 Ethernet (10/100/1000)<br>2 Serial (RS232) with accessory cable<br>1 USB 2.0 (micro)<br>1 GPIO</td></tr><tr><td>SIM SLOT (2FF)</td><td>2</td><td>2</td></tr><tr><td>WI-FI</td><td>Dual Radio, 2.4/5GHz (Optional)<br>802.11 b/g/n/ac<br>1x1 SISO<br>1 SSID per radio</td><td>Dual Radio, 2.4/5GHz (Optional)<br>802.11 b/g/n/ac<br>1x1 SISO<br>1 SSID per radio</td></tr><tr><td>WI-FI CLIENTS/ SECURITY</td><td>10 clients per radio<br>WPA2/3 Personal/Enterprise</td><td>10 clients per radio<br>WPA2 Personal/Enterprise</td></tr></table><br>(https://www.sierrawireless.com/wp-content/uploads/2022/09/ES-AirLink-Product-Comparison-Chart-Sept2022-F.pdf p. 2) |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  | **AirLink RV55** |
|  | **Hardware User Guide** |
|  | **Wi-Fi Performance** |
|  | <table><tr><th>Technology</th><th>Frequency</th><th>MIMO</th><th>20 MHz[a]</th><th>40 MHz[a]</th><th>80 MHz[a]</th></tr><tr><td>802.11n</td><td>2.4 GHz</td><td>1 × 1</td><td>72 Mbps</td><td></td><td></td></tr><tr><td></td><td>5 GHz</td><td>1 × 1</td><td>100 Mbps</td><td>150 Mbps</td><td></td></tr><tr><td>802.11ac</td><td>5 GHz</td><td>1 × 1</td><td>87 Mbps</td><td>200 Mbps</td><td>433 Mbps</td></tr></table> a. Theoretical maximum performance. Actual data rates vary. (https://source.sierrawireless.com/-/media/support_downloads/airlink/docs/user_guides/hardware-guide/41113042-airlink-rv55-hardware-user-guide-r7.ashx p. 1 & 47) |

43

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---------|-----------------|
| |  |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  |  (https://www.sierrawireless.com/router-solutions/antennas/#rv55) |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  |  (https://source.sierrawireless.com/devices/wifi-bluetooth-modules/bx3105/#sthash.gtGn1GKG.dpbs) (https://source.sierrawireless.com/devices/wifi-bluetooth-modules/bx3100/#sthash.KGvlnaT4.dpbs) |

46

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  | **What X-Cards are Available for the GX400/440/450?**<br><br>Jan 22, 2016 - Author: Sierra Wireless - 2694 Views<br><br>The GX400/440/450 devices have an expansion card slot which greatly increases the versatility of the platform.<br><br>As of August 2012, Sierra Wireless has provided a WiFi X-Card that enables a WiFi (802.11 b/g/n) hotspot (access point) and supports WiFi client mode.<br><br>Since late 2012/early 2013, Sierra Wireless has made available two additional X-Cards to support extra Ethernet Ports and expanded I/O (inputs and outputs).<br><br>(https://source.sierrawireless.com/resources/airlink/forum_topics_and_questions/what-x-cards-are-available-for-the-gx400_440_450/#sthash.WDtcnnj5.dpbs)<br><br>FCC CFR47 PART 15 SUBPART C<br>INDUSTRY CANADA RSS-210 ISSUE 8<br><br>CERTIFICATION TEST REPORT<br><br>FOR<br><br>Wi-Fi b/g/n Expansion Card<br>(CONTAINED IN MODEM: GX400, GX440)<br><br>FCC ID: N7NEC4501<br><br>IC ID: 2417C- EC4501<br><br>MODEL NUMBER: EC4501<br><br>REPORT NUMBER: 12U14203-1, Revision C<br><br>ISSUE DATE: MARCH 23, 2012<br><br>Prepared for<br>SIERRA WIRELESS, INC.<br>13811 WIRELESS WAY<br>RICHMOND, BC V6V 3A4, CANADA |

47

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---------|-----------------|
| |  (https://fccid.io/N7NEC4501/Test-Report/Test-Report-1666265.pdf p. 1 & 7)<br><br>(https://source.sierrawireless.com/devices/omg/omg2000/#sthash.hyrgnser.PtZzWAwY.dpbs) |

48

| Claim 1 | Sierra Wireless |
|---|---|
|  | **oMG**<br><br>**Operation and Configuration Guide 3.15**<br><br>**Table 2-1: Technical Specifications**<br><br>| Feature | Description |<br>|---|---|<br>| Vehicle Area Networking (LAN)<br>Support for all on-board devices - wired and wireless. | • IEEE 802.11 b/g (built-in vehicle AP). 802.11 n supported on hardware revision 7 (unit serial numbers starting with "H13" or higher)<br>• Ethernet – RJ45 x 4 ports<br>• Ethernet USB<br>• Serial - PPP, RS232, DB9<br>• DHCP Server (RFC 2131)<br>• USB - USB 2.0 x 2 (Serial or Ethernet)<br>• Configurable rear panel supports custom connector configurations |<br>| Compatibility | • Operates with WiFi certified client devices<br>• Supports all major client operating systems |<br>| Wide Area Wireless Networking (WAN)<br>Wireless Networking | • 6 modem card slots including Express Card, MiniPCIe, MiniPCI and USB formats<br>• Integrated compatibility with current wireless WAN standards including 1xRTT, EVDO, GPRS, EDGE, UMTS, HSPA, HSPA+, 4G LTE.<br>• IEEE 802.11 a/b/g/n<br>• Satellite (via Ethernet)<br>• Antenna: SMA (1), TNC (2), RP-SMA (5)<br>• Future compatibility with new wireless WAN standards using standard Express Card, USB or MiniPCI or MiniPCIe form factors including 802.20 |<br>| Transmit voice, video and data through the oMG. | **QOS**<br>• Application priority queuing | |
|  | (https://source.sierrawireless.com/-/media/support_downloads/imt/user-guides/41111664-omg-operation-and-configuration-guide-3,-d-,15-r1.ashx p. 1 & 100) |

49

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
| --- | --- |
| | <br>(https://source.sierrawireless.com/devices/omg/omg500/#sthash.sW2kFd7b.dpbs) |

50

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
| | **Table 2-1: Technical Specifications**<br><br>**Vehicle Area Networking (LAN)** — Support for all on-board devices - wired and wireless.<br>• IEEE 802.11 b/g (built-in vehicle AP). 802.11 n supported on hardware revision 7 (unit serial numbers starting with "H13" or higher)<br>• Ethernet – RJ45 x 4 ports<br>• Ethernet USB<br>• Serial - PPP, RS232, DB9<br>• DHCP Server (RFC 2131)<br>• USB - USB 2.0 x 2 (Serial or Ethernet)<br>• Configurable rear panel supports custom connector configurations<br><br>Compatibility:<br>• Operates with WiFi certified client devices<br>• Supports all major client operating systems<br><br>**Wide Area Wireless Networking (WAN)** — Wireless Networking<br>• 6 modem card slots including Express Card, MiniPCIe, MiniPCI and USB formats<br>• Integrated compatibility with current wireless WAN standards including 1xRTT, EVDO, GPRS, EDGE, UMTS, HSPA, HSPA+, 4G LTE.<br>• IEEE 802.11 a/b/g/n<br>• Satellite (via Ethernet)<br>• Antenna: SMA (1), TNC (2), RP-SMA (5)<br>• Future compatibility with new wireless WAN standards using standard Express Card, USB or MiniPCI or MiniPCIe form factors including 802.20<br><br>Transmit voice, video and data through the oMG. — **QOS**<br>• Application priority queuing<br><br>(https://source.sierrawireless.com/-/media/support_downloads/imt/user-guides/41111664-omg-operation-and-configuration-guide-3,-d-,15-r1.ashx p. 1 & 100) |

51

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
| | **Radio Exposure Evaluation Report** |
| | FCC ID : N7NBX3210 |
| | Equipment : AirPrime BX3210 Module |
| | Brand Name : Sierra Wireless Inc. |
| | Model Name : AirPrime BX3210 Module |
| | Applicant/ : Sierra Wireless Inc. Manufacturer  13811 Wireless Way, Richmond, BC V6V 3A4, Canada |
| | Standard : 47 CFR Part 2.1091 |
| | **1 General Description** |
| | **1.1 EUT General Information** |

**RF General Information**

| Evaluation Mode | Frequency Range (MHz) | Operating Frequency (MHz) | Modulation Type |
|---|---|---|---|
| 2.4GHz WLAN | 2400-2483.5 | 2412-2462 | 802.11b: DSSS (DBPSK, DQPSK, CCK) 802.11g/n: OFDM (BPSK, QPSK, 16QAM, 64QAM) |
| 5GHz WLAN | 5150-5250 5250-5350 5470-5725 5725-5850 | 5180-5240 5260-5320 5500-5700 5745-5825 | 802.11a/n: OFDM (BPSK, QPSK, 16QAM, 64QAM) 802.11ac: OFDM (BPSK, QPSK, 16QAM, 256QAM) |
| Bluetooth | 2400-2483.5 | 2402-2480 | BR / EDR: FHSS (GFSK / π/4-DQPSK / 8DPSK) LE: DSSS (GFSK) |

(https://fccid.io/N7NBX3210/RF-Exposure-Info/MPE-Report-4229683.pdf p. 1 & 5)

**Sierra Wireless AirCard 763S Mobile Hotspot**

**User Guide**

| Claim 1 | Sierra Wireless |
|---|---|
| |  (https://fccid.io/N7NAC763S/User-Manual/User-Guide-1639463.pdf p. 1, 47 & 48) |

53

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
|---|---|
|  |  (https://www.4gltemall.com/sierra-763s-wireless-aircard-4g-lte-mobile-hotspot.html) |

54

| Claim 1 | Sierra Wireless |
|---|---|
| | DEVICES / AirPrime / IoT Products<br><br>**AirPrime SensorHub**<br><br><br><br>The Sierra Wireless AirPrime® SensorHub is an ultra-low power, highly ruggedized, reusable horizontal platform designed to anticipate and address a wide range of IoT use cases.<br><br>It provides a single hardware design with a comprehensive built-in feature suite, including multiple sensors, and wired/wireless connectivity to enable customers to build connected products for a wide variety of market segments.<br><br>The SensorHub's modular software design delivers a robust, versatile architecture that enables developers to branch software for multiple product variants and SKUs.<br><br>Features include:<br><br>• Compact form-factor to build on, test, or even take any IoT application to market including small tracking devices<br>• HL7802 cellular module for LTE-M (Cat-M1), NB-IOT (Cat-NB1) and 2G connectivity<br>• BX3105 Wi-Fi/BT module for built-in Wi-Fi b/g/n and Bluetooth 5.0 BLE<br>• IoT Expansion Card slot to plug in any technology based on the IoT Expansion Card open standard<br>• Built-in antennas for cellular, GPS, Wi-Fi, Bluetooth<br><br>(https://source.sierrawireless.com/devices/iot-products/sensorhub/) |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Sierra Wireless |
| --- | --- |
|  |  |

56

| Claim 1 | Sierra Wireless |
|---|---|
| | **1. Description of Equipment under Test (EUT)** |

| Applicant | Sierra Wireless, Inc. |
|---|---|
| Applicant Address | 13811 Wireless Way, Richmond, BC, Canada, V6V 3A4 |
| Manufacture | Sierra Wireless, Inc. |
| Manufacture Address | 13811 Wireless Way, Richmond, BC, Canada, V6V 3A4 |
| Product Type | Wireless Mobile Hotspot |
| Trade Name | AirCard |
| Model Number | AirCard 770S |
| FCC ID | N7NAC770S |
| RF Function | GPRS/EGPRS 850<br>GPRS/EGPRS 1900<br>WCDMA(RMC 12.2K) / HSDPA / HSUPA Band II<br>WCDMA(RMC 12.2K) / HSDPA / HSUPA Band V<br>LTE Band 2 / Band 4 / Band 5 / Band 17<br>IEEE 802.11b / 802.11g / IEEE 802.11n 20MHz (2.4GHz) |

| Tx Frequency | Band | Operate Frequency (MHz) |
|---|---|---|
| | GPRS/EGPRS 850 | 824.2 - 848.8 |
| | GPRS/EGPRS 1900 | 1850.2 - 1909.8 |
| | WCDMA(RMC 12.2K) / HSDPA / HSUPA Band II | 1852.4 - 1907.6 |
| | WCDMA (RMC 12.2K) / HSDPA / HSUPA  Band V | 826.4 - 846.6 |
| | LTE Band 2 (BW 1.4, 3, 5, 10, 15, 20 MHz) | 1850.0 - 1910.0 |
| | LTE Band 4 (BW 1.4, 3, 5, 10, 15, 20 MHz) | 1710.0 - 1754.9 |
| | LTE Band 5 (BW 1.4, 3, 5, 10 MHz) | 824.0 - 849.0 |
| | LTE Band 17 (BW 5, 10 MHz) | 704.0 - 715.9 |
| | IEEE 802.11b / 802.11g / IEEE 802.11n 20MHz | 2412 - 2462 |

| RF Conducted Power (Avg.) | Band | Power (W / dBm) |
|---|---|---|
| | GPRS/EGPRS 850 | 1.603 / 32.05 |
| | GPRS/EGPRS 1900 | 0.815 / 29.11 |
| | WCDMA(RMC 12.2K) / HSDPA / HSUPA Band II | 0.172 / 22.36 |
| | WCDMA (RMC 12.2K) / HSDPA / HSUPA  Band V | 0.177 / 22.47 |
| | LTE Band 2 | 0.221 / 23.44 |
| | LTE Band 4 | 0.215 / 23.32 |
| | LTE Band 5 | 0.173 / 22.38 |
| | LTE Band 17 | 0.175 / 22.44 |
| | IEEE 802.11b | 0.008 / 8.76 |
| | IEEE 802.11g | 0.008 / 8.83 |
| | IEEE 802.11n 20MHz (2.4GHz) | 0.006 / 7.46 |

| Claim 1 | Sierra Wireless |
|---|---|
| | **5.6    Conducted Power** |

### 5.6 Conducted Power

| Band | Data Rate | CH | Frequency (MHz) | Average Power (dBm) |
|---|---|---|---|---|
| IEEE 802.11n 20MHz (2.4 GHz) | 6.5 M | 1 | 2412.0 | 7.36 |
| | | 6 | 2437.0 | 7.34 |
| | | 11 | 2462.0 | **7.46** |
| | 13.0 M | 1 | 2412.0 | 7.33 |
| | | 6 | 2437.0 | 7.32 |
| | | 11 | 2462.0 | 7.44 |
| | 19.5 M | 1 | 2412.0 | 7.28 |
| | | 6 | 2437.0 | 7.27 |
| | | 11 | 2462.0 | 7.35 |
| | 26.0 M | 1 | 2412.0 | 6.48 |
| | | 6 | 2437.0 | 7.35 |
| | | 11 | 2462.0 | 6.29 |
| | 39.0 M | 1 | 2412.0 | 6.44 |
| | | 6 | 2437.0 | 7.28 |
| | | 11 | 2462.0 | 6.21 |
| | 52.0 M | 1 | 2412.0 | 6.41 |
| | | 6 | 2437.0 | 7.21 |
| | | 11 | 2462.0 | 6.13 |
| | 58.5 M | 1 | 2412.0 | 6.35 |
| | | 6 | 2437.0 | 7.11 |
| | | 11 | 2462.0 | 6.09 |
| | 65.0 M | 1 | 2412.0 | 6.28 |
| | | 6 | 2437.0 | 7.08 |
| | | 11 | 2462.0 | 6.01 |

(https://fccid.io/N7NAC770S/RF-Exposure-Info/1211FS15-02-OET65-12-0544-121205-Part-1-for-TCB-1853546.pdf p. 1, 3 & 48)

| Claim 1 | Sierra Wireless |
|---|---|
| | **SAR TEST REPORT** |

| Equipment Under Test | Mobile Hotspot |
|---|---|
| Model Number | AirCard 754S |
| Mode of Operation | GPRS\EGPRS\WCDMA\HSDPA\HSUPA\LTE\WLAN802.11 b/g/n(20M) band |
| Company Name | Sierra Wireless |
| Company Address | 13811 Wireless Way :: Richmond, BC, Canada, V6V 3A4 |
| Date of Receipt | 2011.04.07 |
| Date of Test(s) | 2011.04.27~2011.05.13 |
| Date of Issue | 2011.07.08 |

**1.3 Description of EUT**

| EUT Name | Mobile Hotspot |
|---|---|
| Model Number | AirCard 754S |
| IMEI code | 001027009999990 |
| FCC ID | N7NAC754S |
| Definition | Production unit |
| Mode of Operation | GSM\GPRS\EGPRS\WCDMA\HSDPA\HSUPA\ WLAN802.11 b/g/n(20M) band |

| Claim 1 | Sierra Wireless |
|---|---|

|  | GPRS | EGPRS | WCDMA | LTE | WLAN |
|---|---|---|---|---|---|
| Duty Cycle | 1/4 (multi class 10) | 1/2 (multi class 12) | 1 | 1 | 1 |

| TX Frequency range (MHz) | GPRS 850 | GPRS 1900 | WCDMA Band 2 | WCDMA Band 5 | LTE Band 4 | LTE Band 17 | WLAN 802. 11 b/g/n (20M) |
|---|---|---|---|---|---|---|---|
|  | 824.2 - 848.8 | 1850.2 - 1909.8 | 1852.4 - 1907.6 | 826.4 - 846.6 | 1710 - 1755 | 704 - 716 | 2412 - 2462 |

| Channel Number (ARFCN) | GPRS 850 | GPRS 1900 | WCDMA Band 2 | WCDMA Band 5 | LTE Band 4 | LTE Band 17 | WLAN 802. 11 b/g/n (20M) |
|---|---|---|---|---|---|---|---|
|  | 128-251 | 512-810 | 9262-9538 | 4132-4233 | 19950-20399 | 23730-23849 | 1-11 |

(https://fccid.io/N7NAC754S/RF-Exposure-Info/SAR-Report-Part-1-1499748.pdf p. 1, 4 & 5)

| Claim 1 | Sierra Wireless |
|---|---|
|  | **FCC OET BULLETIN 65 SUPPLEMENT C 01-01**<br>**IEEE STD 1528:2003**<br><br>**SAR EVALUATION REPORT**<br>**(CDMA+WIFI+LTE Portion)**<br><br>**For**<br>**CDMA+WIMAX+WIFI+LTE MOBILE HOT SPOT**<br><br>**MODEL NUMBER: AC803S**<br><br>**FCC ID: N7NAC803S**<br><br>**REPORT NUMBER: 11U14068-6A**<br><br>**ISSUE DATE: March 26, 2012**<br><br>*Prepared for*<br>**SIERRA WIRELESS INC.**<br>**2200 FARADAY AVENUE, SUITE 150**<br>**CARLSBAD, CA 92008**<br><br>**7. Device Under Test**<br><br>CDMA+WIMAX+WIFI+LTE MOBILE HOT SPOT<br>Model: AC803S<br><br>**7.1. Band and air interlaces** |

**7. Device Under Test**

| | |
|---|---|
| CDMA+WIMAX+WIFI+LTE MOBILE HOT SPOT<br>Model: AC803S | |
| Normal operation: | Body and Wireless Router (Hotspot)<br>Front, Rear and Edges (Edge 1, 2, 3, and 4): Multiple display orientations supporting both portrait and landscape configurations |

**7.1. Band and air interlaces**

| | |
|---|---|
| Air Interfaces: | CDMA BC 1: 1850 - 1910 MHz<br>LTE Band 25: 1850 - 1915 MHz<br>WiFi: 802.11bgn: 2.4 GHz<br>WiMAX:   5 MHz BW: 2498.5 - 2687.5 MHz<br>          10 MHz BW:2501 – 2685 MHz |

61

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

Case 2:26-cv-00263    Document 1-7    Filed 03/31/26    Page 63 of 72 PageID #:  371

Page |G-62

| Claim 1 | Sierra Wireless |
|---------|-----------------|

KDB 941225 D05 SAR for LTE Devices v01 (Continued)

| Item | Description | Information | | |
|------|-------------|-------------|--|--|
| 9 | Identify all other U.S. wireless operating modes (3G, Wi-Fi, WiMax, Bluetooth etc), device/exposure configurations (head and body, antenna and handset flip-cover or slide positions, antenna diversity conditions etc.) and frequency bands used for these modes | Band | | Transmit Frequencies |
| | | US PCS Band | | 1850 – 1910 MHz |
| | | 802.11b/g/n | | 2412 – 2472 MHz |
| | | Mode | | Uplink Modulations |
| | | CDMA 1xRTT | | QPSK |
| | | EVDO Rev. 0, Rev. A | | QPSK |
| | | 802.11 b/g/n | | DSSS CCK, OFDM |
| 10 | Include the maximum average conducted output power measured for the other wireless mode and frequency bands | Refer to section 6.1 and 6.3. | | |

8.3.    WIFI (802.11bgn)

| Channel # | Freq. (MHz) | Conducted Avg Power | |
|-----------|-------------|------|------|
| | | (dBm) | (mW) |
| **802.11b** | | | |
| 1 | 2412 | 14.5 | 28.2 |
| 6 | 2437 | 14.6 | 28.8 |
| 11 | 2462 | 14.6 | 28.8 |
| **802.11g** | | | |
| 1 | 2412 | 12.8 | 19.1 |
| 6 | 2437 | 12.5 | 17.8 |
| 11 | 2462 | 12.3 | 17.0 |
| **802.11n HT20** | | | |
| 1 | 2412 | 12.5 | 17.8 |
| 6 | 2437 | 12.3 | 17.0 |
| 11 | 2462 | 12.0 | 15.8 |
| **802.11n HT40** | | | |
| 3 | 2422 | 12.4 | 17.5 |
| 6 | 2437 | 12.2 | 16.7 |
| 9 | 2452 | 12.0 | 15.9 |

(https://fccid.io/N7NAC803S/RF-Exposure-Info/SAR-Report-CDMA-LTE-WiFi-1663237.pdf p. 1, 12, 14 & 18)

**AirCard W802S Personal Hotspot**

User Guide

62

| Claim 1 | Sierra Wireless |
| --- | --- |
|  | **Software Specifications** <br><br> | CDMA (3G) specification | IS-2000 Release 0 | <br> | Data service | IS-707A | <br> | WiMAX (4G) specification | IEEE 802.16e-2005 | <br> | Wi-Fi specification | IEEE 802.11b<br>IEEE 802.11g<br>IEEE 802.11n | <br> | Wi-Fi security and encryption protocols | WEP Open & Shared<br>WEP-64<br>WEP-128<br>WPA-Personal TKIP & AES (Pre-Shared Key or WPA-PSK)<br>WPA2-Personal TKIP & AES (WPA2-PSK)<br>WPA+WPA2-Personal (WPA+WPA2 PSK) | <br> | SMS (IS-637) | Not supported | <br> | FAX | Not supported | <br><br> (https://fccid.io/N7N-MHS802/User-Manual/Users-Manual-1412604.pdf p. 1 & 126) |

| Claim 1 | Sierra Wireless |
|---|---|
|  |  |

Case 2:26-cv-00263    Document 1-7    Filed 03/31/26    Page 65 of 72 PageID #:  373

| Claim 1 | Sierra Wireless |
|---|---|
| | **9. RF OUTPUT POWER VERIFICATION**<br><br>**Results**<br><br>802.11b<br><br>802.11b, 802.11g, 802.11n HT20, 802.11n HT40 table:<br><br><table><tr><td>Channel #</td><td>Freq. (MHz)</td><td colspan="2">Conducted Avg Power</td></tr><tr><td></td><td></td><td>(dBm)</td><td>(mW)</td></tr><tr><td colspan="4">802.11b</td></tr><tr><td>1</td><td>2412</td><td>15.6</td><td>36.3</td></tr><tr><td>6</td><td>2437</td><td>15.6</td><td>36.3</td></tr><tr><td>11</td><td>2462</td><td>15.5</td><td>35.5</td></tr><tr><td colspan="4">802.11g</td></tr><tr><td>1</td><td>2412</td><td>12.0</td><td>15.8</td></tr><tr><td>6</td><td>2437</td><td>12.1</td><td>16.2</td></tr><tr><td>11</td><td>2462</td><td>12.2</td><td>16.6</td></tr><tr><td colspan="4">802.11n HT20</td></tr><tr><td>1</td><td>2412</td><td>11.8</td><td>15.1</td></tr><tr><td>6</td><td>2437</td><td>12.0</td><td>15.8</td></tr><tr><td>11</td><td>2462</td><td>12.0</td><td>15.8</td></tr><tr><td colspan="4">802.11n HT40</td></tr><tr><td>3</td><td>2422</td><td>11.1</td><td>12.9</td></tr><tr><td>6</td><td>2437</td><td>11.0</td><td>12.6</td></tr><tr><td>9</td><td>2452</td><td>11.0</td><td>12.6</td></tr></table><br><br>(https://fccid.io/N7N-MHS802/RF-Exposure-Info/10U13412-7A-SAR-Report-1412597.pdf p. 1 & 14) |
| generating two or more forward weighted signals by weighting two or more input signals with initial transmitter weights Vi associated with two or more forward channels; | Sierra Wireless 802.11n device performs the step of generating two or more forward weighted signals by weighting two or more input signals with initial transmitter weights Vi associated with two or more forward channels.<br><br>Sierra Wireless 802.11n device generates two or more forward weight signals (e.g., transmit chains) by weighting two or more input signals (e.g., spatial streams) with initial transmitter weights Vi with two or more forward channels (e.g., a steering matrix Qk associated with the MIMO channels is applied). |

| Claim 1 | Sierra Wireless |
| --- | --- |
|  | **20.3.12 Beamforming**<br><br>**20.3.12.1 General**<br><br>Beamforming is a technique in which the beamformer utilizes the knowledge of the MIMO channel to generate a steering matrix $Q_k$ that improves reception in the beamformee.<br><br>The equivalent complex baseband MIMO channel model is one in which, when a vector $\mathbf{x}_k = [x_1, x_2, \ldots x_{N_{TX}}]^T$ is transmitted in subcarrier $k$, the received vector $\mathbf{y}_k = [y_1, y_2, \ldots y_{N_{RX}}]^T$ is modeled as shown in Equation (20-62).<br><br>$$\mathbf{y}_k = H_k \mathbf{x}_k + \mathbf{n} \qquad (20\text{-}62)$$<br><br>where<br><br>$H_k$      is channel matrix of dimensions $N_{RX} \times N_{TX}$<br>$\mathbf{n}$      is white (spatially and temporally) Gaussian noise as illustrated in Figure 20-14<br><br>When beamforming is used, the beamformer replaces $\mathbf{x}_k$, which in this case has $N_{STS} \leq N_{TX}$ elements, with $Q_k \mathbf{x}_k$, where $Q_k$ has $N_{TX}$ rows and $N_{STS}$ columns, so that the received vector is as shown in Equation (20-63).<br><br>$$\mathbf{y}_k = H_k Q_k \mathbf{x}_k + \mathbf{n} \qquad (20\text{-}63)$$<br><br>The beamforming steering matrix that is computed (or updated) from a new channel measurement replaces the existing $Q_k$ for the next beamformed data transmission. There are several methods of beamforming, differing in the way the beamformer acquires the knowledge of the channel matrices $H_k$ and on whether the beamformer generates $Q_k$ or the beamformee provides feedback information for the beamformer to generate $Q_k$.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1727) |
| transmitting the two or more forward weighted | Sierra Wireless 802.11n device performs the step of transmitting the two or more forward weighted signals via two or more forward antennas. |

| Claim 1 | Sierra Wireless |
|---|---|
| signals via two or more forward antennas; | t)   Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 20.3.7 for details. The transmit chains are connected to antenna elements according to ANTENNA_SET of the TXVECTOR if ASEL is applied.<br><br>(Part 11:  Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1688) |
| receiving, at the two or more forward antennas, two or more reverse weighted signals transmitted via two or more reverse antennas corresponding to two or more reverse channels, the two or more reverse weighted signals formed from two or more reverse signals with receiver weights Ui associated with the two or more reverse channels; | Sierra Wireless 802.11n device performs the step of receiving, at the two or more forward antennas, two or more reverse weighted signals transmitted via two or more reverse antennas corresponding to two or more reverse channels, the two or more reverse weighted signals formed from two or more reverse signals with receiver weights Ui associated with the two or more reverse channels.<br><br>Sierra Wireless 802.11n device receives at the two or more forward antennas, two or more reverse weighted signals (e.g., beamforming feedback matrix) via two or more reverse antennas corresponding to two or more reverse channels, in which the two or more reverse weighted signals formed form two or more reverse signals (e.g., transmit chains on the receiver) with receiver weights Ui (e.g., included in the beamforming feedback matrix for each subcarrier) associated with the two or more reverse channels (e.g., the channel from the receiver to the transmitter). |

| Claim 1 | Sierra Wireless |
|---|---|
| | **20.3.12.3 Explicit feedback beamforming**<br><br>**20.3.12.3.1 General**<br><br>In explicit beamforming, in order for STA A to transmit a beamformed packet to STA B, STA B measures the channel matrices and sends STA A either the effective channel, $H_{eff,k}$, or the beamforming feedback matrix, $V_k$, for STA A to determine a steering matrix, $Q_{steer,k} = Q_k V_k$, with $V_k$ found from $H_k Q_k$, where $Q_k$ is the orthonormal spatial mapping matrix that was used to transmit the sounding packet that elicited the $V_k$ feedback. The effective channel, $H_{eff,k} = H_k Q_k$, is the product of the spatial mapping matrix used on transmit with the channel matrix. When new steering matrix $Q_{steer,k}$ is found, $Q_{steer,k}$ may replace $Q_k$ for the next beamformed data transmission.<br><br>NOTE—$Q_{steer,k}$ is a mathematical term to update a new steering matrix for $Q_k$ in the next beamformed data transmission.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1730)<br><br>**20.3.12.3.5 Noncompressed beamforming feedback matrix**<br><br>In noncompressed beamforming feedback matrix, the beamformee shall remove the space-time stream CSD in Table 20-10 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrices, $V(k)$, found by the beamformee are sent to the beamformer in the order of real and imaginary components per tone as specified in 8.4.1.28. The beamformer might use these matrices to determine the steering matrices, $Q_k$.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1732) |
| determining the receiver weights Ui associated with each of the two or more reverse weighted signals; | Sierra Wireless 802.11n device performs the step of determining the receiver weights Ui associated with each of the two or more reverse weighted signals. |

| Claim 1 | Sierra Wireless |
|---|---|
|  | Sierra Wireless 802.11n device determines the receiver weights Ui associated with each of the two or more reverse weighted signals (e.g., by decoding the beamforming feedback matrix).<br><br>The received matrix $V^A(k)$ (of a specific subcarrier $k$) shall be decoded as follows:<br><br>a) The real and imaginary parts of each element of the matrix, $V_{m,l}^{A,R}$ and $V_{m,l}^{A,I}$, shall be decoded as a pair of twos complement numbers to create the complex element, where $1 \leq m \leq N_r$ and $1 \leq l \leq N_c$.<br><br>b) The dimensions of the beamforming feedback matrices are $N_r \times N_c$, where $N_r$ and $N_c$ are the number of rows and columns, respectively, in the beamforming feedback matrix computed by the receiving station. Each matrix is encoded using $2 \times N_b \times N_r \times N_c$ bits. $N_b$ may have the value of 2, 4, 6, or 8 bits.<br><br>c) Columns $1 \ldots N_c$ of the beamforming feedback matrix correspond to spatial streams $1 \ldots N_c$, respectively. The mapping of spatial stream to modulation is defined in the MCS tables in 20.6. A transmitter shall not reorder the columns of the beamforming feedback matrices.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1732) |
| choosing updated transmitter weights Vi′ for the two or more forward channels based at least in part on the determined receiver weights Ui to provide a target level of gain for the two or more forward channels; and | Sierra Wireless 802.11n device performs the step of choosing updated transmitter weights Vi′ for the two or more forward channels based at least in part on the determined receiver weights Ui to provide a target level of gain for the two or more forward channels.<br><br>Sierra Wireless 802.11n device chooses updated transmitter weights (e.g., for updating the steering matrix Qk) for the two or more forward channels based at least in part on the determined receiver weights Ui (e.g., from the beamforming feedback matrix) to provide a target level of gain (e.g., to achieve corrected amplitude and/or phase per tone) for the two or more forward channels. |

69

| Claim 1 | Sierra Wireless |
|---|---|
|  | **20.3.12.3 Explicit feedback beamforming**<br><br>**20.3.12.3.1 General**<br><br>In explicit beamforming, in order for STA A to transmit a beamformed packet to STA B, STA B measures the channel matrices and sends STA A either the effective channel, $H_{eff,k}$, or the beamforming feedback matrix, $V_k$, for STA A to determine a steering matrix, $Q_{steer,k} = Q_k V_k$, with $V_k$ found from $H_k Q_k$, where $Q_k$ is the orthonormal spatial mapping matrix that was used to transmit the sounding packet that elicited the $V_k$ feedback. The effective channel, $H_{eff,k} = H_k Q_k$, is the product of the spatial mapping matrix used on transmit with the channel matrix. When new steering matrix $Q_{steer,k}$ is found, $Q_{steer,k}$ may replace $Q_k$ for the next beamformed data transmission.<br><br>NOTE—$Q_{steer,k}$ is a mathematical term to update a new steering matrix for $Q_k$ in the next beamformed data transmission.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1727)<br><br>**20.3.12.3.5 Noncompressed beamforming feedback matrix**<br><br>In noncompressed beamforming feedback matrix, the beamformee shall remove the space-time stream CSD in Table 20-10 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrices, $V(k)$, found by the beamformee are sent to the beamformer in the order of real and imaginary components per tone as specified in 8.4.1.28. The beamformer might use these matrices to determine the steering matrices, $Q_k$.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1732) |
| iteratively repeating the transmitting, receiving, determining, or combinations thereof, for | Sierra Wireless 802.11n device performs the step of iteratively repeating the transmitting, receiving, determining, or combinations thereof, for subsequent transmissions using the two or more forward channels until the updated transmitter weights Vi', the receiver weights Ui, or combinations thereof, are at target values. |

Case 2:26-cv-00263   Document 1-7   Filed 03/31/26   Page 72 of 72 PageID #:  380

| Claim 1 | Sierra Wireless |
|---|---|
| subsequent transmissions using the two or more forward channels until the updated transmitter weights Vi′, the receiver weights Ui, or combinations thereof, are at target values. | Sierra Wireless 802.11n device iteratively repeats the process for computing its steering matrix Qk and updating the steering matrix for subsequent transmissions using the two or more forward channels until the transmitter weight and/or receiver weights are at target values.<br><br>**20.3.12.3 Explicit feedback beamforming**<br><br>**20.3.12.3.1 General**<br><br>In explicit beamforming, in order for STA A to transmit a beamformed packet to STA B, STA B measures the channel matrices and sends STA A either the effective channel, $H_{eff,k}$, or the beamforming feedback matrix, $V_k$, for STA A to determine a steering matrix, $Q_{steer,k} = Q_k V_k$, with $V_k$ found from $H_k Q_k$, where $Q_k$ is the orthonormal spatial mapping matrix that was used to transmit the sounding packet that elicited the $V_k$ feedback. The effective channel, $H_{eff,k} = H_k Q_k$, is the product of the spatial mapping matrix used on transmit with the channel matrix. When new steering matrix $Q_{steer,k}$ is found, $Q_{steer,k}$ may replace $Q_k$ for the next beamformed data transmission.<br><br>NOTE—$Q_{steer,k}$ is a mathematical term to update a new steering matrix for $Q_k$ in the next beamformed data transmission.<br><br>(Part 11:  Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1727) |